**EXHIBIT "A"**

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. 05J-08-826 <br> ) J-22-165 FJ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE STATE <br> ) OF NEW YORK <br> ) COUNTY OF KINGS |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| THE REPUBLIC OF CONGO, | ) WRIT OF GARNISHMENT <br> ) |
| Defendant. | ) <br> ) |

TO:  THE SHERIFF OF NEW CASTLE COUNTY, STATE OF DELAWARE,
you are commanded:

To serve this attachment on **CMS Nomeco Congo.,** c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, to attach the money, goods, chattels, credits and effects, stocks, bonds, personal property, and/or real estate of **Republic of the Congo**, to satisfy a debt owed to the assignee of the above named plaintiff by the defendant in the amount of **$13,628,340.11** according to the judgment of the Supreme Court of the State of New York, County of Kings, Index No. 26671/99, which has been converted to a Delaware judgment by the Superior Court of Delaware In and for New Castle County, **Delaware Judgment No. 05J-08-826, J-22-165 FJ.**

To the defendant's garnishee who is served this paper:

The Superior Court of the State of Delaware, in and for New Castle County, requires you to inform **PAUL D. BROWN, ESQUIRE, 1000 West Street, Suite 1540, Wilmington, Delaware, 19801 (302) 661-7000,** of all money, goods, credits and effects, stock, bonds, personal property, and/or real estate belonging to the defendant you currently possess. As the Garnishee, you are to retain the items stated by you in response to the above. You are to hold these items until another order of this Court releases you from this obligation. **You must do this within 20 days after service of this writ upon you, not counting the day that you received this writ.** Your failure to respond may result in a default judgment against you for the amounts the defendant owes as shown below. The amounts the defendant owes are:

Debt: $13,628.340.1
Interest at 9 % from May 9, 2000
Prothonotary filing & execution fees: $50
Sheriff filing & execution fees: $30
Garnishee fee: $20
Issued: _____

Prothonotary: _____

per Deputy: _____

Return this Writ on or before: _____

DEL-FS1\147924v01

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. 05J-08-826 <br> ) J-22-165 FJ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE STATE <br> ) OF NEW YORK <br> ) COUNTY OF KINGS |
| Plaintiff, | ) |
| vs. | ) |
| THE REPUBLIC OF CONGO, | ) |
| Defendant. | ) |

### PRAECIPE

TO: THE SHERIFF OF NEW CASTLE COUNTY, STATE OF DELAWARE,

PLEASE ISSUE WRIT OF EXECUTION AND ATTACHMENT FIERI FACIAS (GARNISHMENT) to The Sheriff of New Castle County for the State of Delaware for Service upon CMS Nomeco Congo, Inc., et al **c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.**

Paul D. Brown (#3903)
Joseph B. Cicero (#4388)
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801

Dated: October 3, 2005          *Attorneys for Plaintiff*

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE,<br><br>Plaintiff,<br><br>vs.<br><br>THE REPUBLIC OF CONGO,<br><br>Defendants. | ) Delaware Judgment No. _____<br>)<br>) Index No. 26671/99<br>)<br>) SUPREME COURT OF THE<br>) STATE OF NEW YORK<br>) COUNTY OF KINGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court, having considered the praecipe and unopposed motion of Af-Cap, Inc. ("Af-Cap"), as assignee of plaintiff/judgment creditor Connecticut Bank of Commerce, for an order directing the Prothonotary of this Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. (the "Motion"), and for good cause shown, it is hereby ORDERED that:

A. The Motion is GRANTED; and

B. In accordance with 28 U.S.C. § 1610 (c), the Court directs the Prothonotary of the Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. in aid of Af-Cap's execution of an underlying judgment against defendants/judgment debtors.

Dated: ~~August~~ Sixth 30, 2005

_____
Superior Court Judge

10:21 a.m.

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY