## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2005, two copies of the foregoing Notice of Removal were served by hand delivery upon counsel as set forth below:

Paul D. Brown, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

_____
M. Duncan Grant (Del. Bar No. 2994)
James C. Carignan
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500