# EXHIBIT E

Received 02/  2005 03:26PM in 01:14 on line [6] for GL06L    Pg 2/2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2005 FE -4 PM 2:06

AF-CAP, INC.,
    Plaintiff,

vs.

REPUBLIC OF CONGO,
    Defendant,

and

CMS OIL AND GAS COMPANY, et al.,
    Garnishees.

Case No. A-01-CA-100-SS

## JUDGMENT

BE IT REMEMBERED on this the 4th day of February 2005, the Court entered an order granting Garnishees CMS Nomeco Congo Inc., the Nuevo Congo Company, and Nuevo Congo, Ltd.'s ("Garnishees") Motion for Partial Summary Judgment [#169], and hereafter enters the following judgment:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Af-Cap, Inc. TAKE NOTHING in this cause against Garnishees and Defendant Republic of Congo, that the Writs of Garnishments in the above-styled cause of action issued on November 5, 2004 are DISSOLVED, and that Garnishees and Defendant Republic of Congo go hence without delay and with their costs, for which let execution issue against Plaintiff.

SIGNED this the 4th day of February 2005.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

197

EXHIBIT E