## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2005, the foregoing Motion to Remand

Pursuant to 28 U.S.C. § 1447 was electronically filed with the Clerk of the Court using

CM/ECF, which will send notification of such filing to counsel as set forth below:

M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

_____
Joseph B. Cicero (#4388)