UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CONNECTICUT BANK OF       )
COMMERCE                  )
                          )
           Plaintiff,     )
                          )
     v.                   )      Civil Action No. 05-762
                          )
THE REPUBLIC OF CONGO,    )
                          )
           Defendant.     )

## ORDER

Upon consideration of Af-Cap, Inc.'s Motion for Remand Pursuant to 28 U.S.C. § 1447 (the "Motion"), IT IS HEREBY ORDERED:

(i)     that the Motion is GRANTED;

(ii)    that the Court finds that removal is improper;

(iii)   that the action be remanded to the Delaware Superior Court forthwith; and

(iv)    that Plaintiff is entitled payment of just costs and any actual expenses, including reasonable attorney fees, incurred as a result of the improper removal.

_____
United States District Judge

DEL-FS1\150849v01