# EXHIBIT B

Jul-01-05  03:47pm  From-US Clerk Austin      512 916 5894         T-432  P.002/003  F-893

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

FILED
AUSTIN DIVISION
2005 JUL -1 PM 3: 25
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____
                DEPUTY

AF-CAP, INC.

        Plaintiff,

-vs-

THE REPUBLIC OF CONGO,
        Defendant.

Case No. A-01-CA-321-SS

## ORDER

BE IT REMEMBERED on the ___1st___ day of July 2005, the Court reviewed the file in the above-styled cause, and thereafter enters the following:

In light of Defendant Republic of Congo's ("the Congo") continuing refusal to comply with this Court's turnover order of February 22, 2005, and for essentially the same reasons set out in an order the Court today enters in the related case of *Walker Int'l Holdings, Ltd. v. Republic of Congo*, A-01-CV-117-SS, the Court holds the Congo in contempt. Accordingly,

IT IS ORDERED that the Congo SHALL PAY into the registry of the Court, beginning three days from its receipt of this order, a fine in the amount of $10,000.00 per day until it has complied with the Court's turnover order entered in this case on February 22, 2005.

IT IS FURTHER ORDERED that if, after 60 days have passed from the date of this order, the Congo has still not complied with its obligations under the turnover order of February 22, 2005, the Congo SHALL SEND WRITTEN NOTICE to all

entities located in the United States with whom it then conducts business, as well as all entities located in the United States that it thereafter seeks to conduct business, of the amount of the outstanding judgment in this case and of its continuing contempt of this Court's orders regarding the satisfaction thereof. The Congo's notification obligation will be ongoing until further order of the Court.

IT IS FINALLY ORDERED that the Congo's Motion for Stay [#154] is DENIED.

SIGNED this the 1st day of July 2005.

*[signature]*
SAM SPARKS
UNITED STATES DISTRICT JUDGE