15

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2005, the foregoing PLAINTIFF'S EXCEPTIONS TO GARNISHEES' ANSWER TO WRIT OF GARNISHMENT was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

_____
Joseph B. Cicero (#4388)