# EXHIBIT B

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
10/12/2005
Log Number 510613453

**TO:** Averil Eager
Perenco Company
10 Duke of York Square
London, SW34LY

**RE:** Process Served in Delaware

**FOR:** CMS NOMECO Congo, Inc. (Former Name) (Domestic State: DE)
CMS NOMECO Congo, LLC (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Connecticut Bank of Commerce, Pltf. vs. The Republic of Congo, Dft. // CMS Nomeco Congo, Inc., Garnishee
*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Writ of Attachment, Check ($20.00), Praecipe, and Order |
| **COURT/AGENCY:** | New Castle County Delaware Superior Court, DE
Case # 05J-08-826 |
| **NATURE OF ACTION:** | Garnishments (Wage) - In the amount of: $13,628,340.11 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/12/2005 at 12:45 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days |
| **ATTORNEY(S) / SENDER(S):** | Joseph B. Cicero
Greenberg Traurig, LLP
1000 West St.
Suite 1540
Wilmington, DE, 19801
302-661-7000 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex International Priority, 790184524520 |
| **SIGNED:** | The Corporation Trust Company |
| **PER:** | Scott LaScala |
| **ADDRESS:** | 1209 Orange Street
Wilmington, DE, 19801 |
| **TELEPHONE:** | 302-658-7581 |

Page 1 of 1 / SO

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

**EXHIBIT B**

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. 05J-08-826 <br> ) J-22-165 FJ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE STATE <br> ) OF NEW YORK <br> ) COUNTY OF KINGS |
| Plaintiff, | ) |
| vs. | ) |
| THE REPUBLIC OF CONGO, | ) WRIT OF GARNISHMENT |
| Defendant. | ) |

TO: THE SHERIFF OF NEW CASTLE COUNTY, STATE OF DELAWARE, you are commanded:

To serve this attachment on **CMS Nomeco Congo., c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801,** to attach the money, goods, chattels, credits and effects, stocks, bonds, personal property, and/or real estate of **Republic of the Congo,** to satisfy a debt owed to the assignee of the above named plaintiff by the defendant in the amount of **$13,628,340.11** according to the judgment of the Supreme Court of the State of New York, County of Kings, Index No. 26671/99, which has been converted to a Delaware judgment by the Superior Court of Delaware In and for New Castle County, **Delaware Judgment No. 05J-08-826, J-22-165 FJ.**

To the defendant's garnishee who is served this paper:

The Superior Court of the State of Delaware, in and for New Castle County, requires you to inform **PAUL D. BROWN, ESQUIRE, 1000 West Street, Suite 1540, Wilmington, Delaware, 19801 (302) 661-7000,** of all money, goods, credits and effects, stock, bonds, personal property, and/or real estate belonging to the defendant you currently possess. As the Garnishee, you are to retain the items stated by you in response to the above. You are to hold these items until another order of this Court releases you from this obligation. **You must do this within 20 days after service of this writ upon you, not counting the day that you received this writ.** Your failure to respond may result in a default judgment against you for the amounts the defendant owes as shown below. The amounts the defendant owes are:

Debt: $13,628.340.1
Interest at 9 % from May 9, 2000
Prothonotary filing & execution fees: $50
Sheriff filing & execution fees: $30
Garnishee fee: $20
Issued: ___10-4-05___

Prothonotary: _[signature]_

per Deputy: _[signature]_

Return this Writ on or before: _____

DEL-FS1\147924v01

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. 05J-08-826 <br> ) J-22-165 FJ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE STATE <br> ) OF NEW YORK <br> ) COUNTY OF KINGS |
| Plaintiff, | ) |
| vs. | ) |
| THE REPUBLIC OF CONGO, | ) |
| Defendant. | ) |

## PRAECIPE

TO: THE SHERIFF OF NEW CASTLE COUNTY, STATE OF DELAWARE,

PLEASE ISSUE WRIT OF EXECUTION AND ATTACHMENT FIERI FACIAS (GARNISHMENT) to The Sheriff of New Castle County for the State of Delaware for Service upon CMS Nomeco Congo, Inc., et al **c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.**

Paul D. Brown (#3903)
Joseph B. Cicero (#4388)
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801

Dated: October 3, 2005          *Attorneys for Plaintiff*

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. _____ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE <br> ) STATE OF NEW YORK <br> ) COUNTY OF KINGS <br> ) |
| Plaintiff, | ) |
| vs. | ) |
| THE REPUBLIC OF CONGO, | ) |
| Defendants. | ) |

## ORDER

The Court, having considered the praecipe and *unopposed* motion of Af-Cap, Inc. ("Af-Cap"), as assignee of plaintiff/judgment creditor Connecticut Bank of Commerce, for an order directing the Prothonotary of this Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. (the "Motion"), and for good cause shown, it is hereby ORDERED that:

A. The Motion is GRANTED; and

B. In accordance with 28 U.S.C. § 1610 (c), the Court directs the Prothonotary of the Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. in aid of Af-Cap's execution of an underlying judgment against defendants/judgment debtors.

Dated: ~~August~~ *Sept.* 30, 2005

_____
Superior Court Judge
10:21 a.m.