UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE<br><br>    Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CONGO,<br><br>    Defendant. | Civil Action No. 05-762 (SLR) |

### AF-CAP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST GARNISHEE, CMS NOMECO CONGO, INC. (now CMS NOMECO CONGO LLC)

Pursuant to Delaware Superior Court Civil Rule 5 (aa)(2), Af-Cap, Inc. ("Af-Cap"), successor to Plaintiff, Connecticut Bank of Commerce, moves this Court for a personal judgment against Garnishee, CMS Nomeco Congo, Inc. (now CMS Nomeco Congo LLC) ("CMS") for the full value of Af-Cap's judgment against its judgment debtor, the Republic of Congo ("Congo") in the amount of $13,628,340.11 plus interest and costs. As shown in the accompanying opening brief, in support of this motion, Af-Cap is entitled to judgment against CMS because CMS has failed to timely or properly answer the Writ of Garnishment. Alternatively, Af-Cap is entitled to judgment against CMS because CMS admits to holding property belonging to the Congo, but has not turned that property over to Af-Cap. Accordingly, there are no material facts in dispute and Af-Cap is entitled to judgment as a matter of law.

WHEREFORE, Af-Cap, Inc. respectfully requests that the Court enter summary judgment for the full value of Af-Cap's judgment plus interest and costs against CMS Nomeco, Congo, Inc. (now CMS Nomeco LLC).

| | |
|---|---|
| **GREENBERG TRAURIG LLP** | **GREENBERG TRAURIG LLP** |
| Sanford M. Saunders, Jr. | |
| Kenneth P. Kaplan | _/s/_ |
| 800 Connecticut Avenue, N.W. | Paul D. Brown (No. 3903) |
| Suite 500 | Joseph B. Cicero (No. 4388) |
| Washington, DC 20006 | The Nemours Building |
| (202) 331-3100 | 1007 North Orange Street |
| | Suite 1200 |
| | Wilmington, DE 19801 |
| | (302) 661-7000 |
| *Attorneys for Af-Cap, Inc.* | *Attorneys for Af-Cap, Inc.* |

Dated: November 30, 2005

DEL-FS1\151699v01