UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Civil Action No. 05-762 (SLR) |
| THE REPUBLIC OF CONGO, | ) ) |
| Defendant. | ) ) ) |

### ORDER

Upon consideration of Af-Cap, Inc.'s Motion for Summary Judgment Against Garnishee CMS Nomeco Congo, Inc. (now CMS Nomeco Congo LLC) (the "Motion"), IT IS HEREBY ORDERED:

(i) that the Motion is GRANTED;

(ii) garnishee, CMS Nomeco LLC ("CMS") failed to file timely its Answer to Af-Cap's writ of garnishment and also failed to file a verified answer;

(iii) Additionally, even if CMS had filed a timely, verified answer it would have shown that it is a Delaware-registered entity that holds an asset belonging to the Congo, which is, therefore, subject to garnishment in Delaware, but that it has not tendered to Af-Cap; and

(iv) Accordingly, summary judgment shall be entered against CMS in the amount of $13,628,340.11 (which constitutes the full amount of Af-Cap's judgment) plus interest and costs through today.

_____
United States District Judge