## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2005, the foregoing AF-CAP, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST GARNISHEE CMS NOMECO CONGO, INC. (now CMS NOMECO CONGO LLC) and OPENING BRIEF in support thereof, was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

_____
Joseph B. Cicero (#4388)