# EXHIBIT A

Case 1:05-cv-00762-SLR    Document 8-2    Filed 11/30/2005    Page 1 of 19

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    ed States Corporation Company
    3 Avenue of the Americas, Suite
    0
    York, NY 10006

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery 9-7-0

C. Signature
X _____ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7000 1670 0011 6180 5014

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 1.52 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: United States Corporation Company
Street, Apt: 1133 Avenue of the Americas, Suite 3100
City, State: New York, NY 10006

**Registered No.** RB 669 332 542 US

Date Stamp: WILMINGTON DE 19801, AUG 30 2005, RODNEY SQ STA

Reg. Fee $9.50
Handling Charge $
Postage $
Received by: [signature]
Return Receipt $1.75
Restricted Delivery $
Customer Must Declare Full Value $

☒ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**FROM:**
Greenberg Traurig LLP
1000 West Street Suite 1540
Wilmington DE 19801

**TO:**
Ministre de l'Economie, des Finances et de Budget
Centre Administratiff, Quartier Plateau
BP 2093
Brazzaville, Congo

PS Form **3806**, June 2002
**Receipt for Registered Mail** Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com®

---

**Item Description (Nature de l'envoi):**
☐ Insured Parcel (Colis avec valeur déclarée)
☒ Registered Article (Envoi recommandé)
☐ Letter (Lettre)
☐ Printed Matter (Imprimé)
☐ Other (Autre)
☐ Recorded Delivery (Envoi à livraison attestée)
☐ Express Mail International

**Article Number:** RB 669 332 542 US

**Insured Value (Valeur déclarée):**

**Office of Mailing (Bureau de dépôt):**

**Date of Posting (Date de dépôt):**

**Addressee Name:** Ministre de l'Economie, des Finances et de Budget
**Street and No:** Centre Administratiff, Quartier Plateau, BP 2093
**Place and Country:** Brazzaville, Congo

Postmark of the office of destination — Brazzaville CAD, SEP 2005, CONGO

☐ The article mentioned above was duly delivered.

**Signature of Addressee:** [signature]
**Office of Destination Employee Signature:** [signature]
**Date:** 08/09/[illegible]

PS Form **2865**, February 1997 (Reverse)

## Registered Mail Receipt (PS Form 3806, June 2002)

- Registered No.: RB 669 332 499 US
- Reg. Fee: $7.50
- Handling Charge: $
- Postage: $1.75
- Return Receipt: $
- Restricted Delivery: $
- Date Stamp: ROMNEY SQ STA, WILMINGTON, NOV 30 2005

FROM: Greenberg Traurig LLP, 1000 West Street Suite 1540, Wilmington DE 19801

TO: Directeur General de la Caisse Congolaise d'Amortissement, BP 2090, Brazzaville, Congo

## Receipt for Registered Mail (PS Form 2865, February 1997)

- Article Number: RB 669 332 499 US
- Addressee Name or Firm: Directeur General de la Caisse Congolaise d'Amortissement
- Street and No.: BP 2090
- Place and Country: Brazzaville, Congo
- The article mentioned above was duly delivered.
- Signature of Addressee / Office of Destination Employee Signature: [signed]

## Registered Mail Receipt

**Registered No.** RB 669 332 508 US

Date Stamp: WILMINGTON DE 19801, AUG 30 2005

Reg. Fee $ 7.50
Handling Charge $
Postage $ .55
Received by: [signature]
Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance
☐ Return Receipt
☐ Restricted Delivery

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**FROM:**
Greenberg Traurig LLP
1000 West Street Suite 1540
Wilmington DE 19801

**TO:**
Republic of the Congo
c/o Head of the Ministry of Foreign Affairs
Rodolphe Adada
BP 98
Brazzaville, Congo

PS Form 3806, June 2002 — Receipt for Registered Mail (Customer Copy) (See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

---

## International Registered Mail Form

Article Number: RB 669 332 508 US

Item Description (Nature de l'envoi):
☐ Insured Parcel (Colis avec valeur déclarée)
☐ Registered Article (Envoi recommandé)
☐ Letter (Lettre)
☐ Printed Matter (Imprimé)
☐ Other (Autre)
☐ Recorded Delivery (Envoi à livraison attestée)
☐ Express Mail International

Insured Value (Valeur déclarée):
Date of Posting (Date de dépôt):

Office of _____
Address: Republic of the Congo
c/o Head of the Ministry of Foreign Affairs
Rodolphe Adada
BP 98
Brazzaville, Congo

Place and Country (Localité et pays):

This receipt must be signed by: (1) the addressee; or (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date:
Office of Destination Employee Signature:

Postmark of the office of destination (Timbre du bureau de destination): Brazzaville

# EXHIBIT B

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE      }
                       } ss.
COUNTY OF NEW CASTLE   }

I, Joseph Saienni, of the State of Delaware, County of New Castle, being duly sworn, says that on the 31st day of August, 2005, at 12:20 p.m., I personally served a copy of a NOTICE OF SUIT, AFFIDAVIT FOR CONVERSION FOR FOREIGN JUDGEMENT TO DELAWARE JUDGEMENT, FORM FOR RECORDATION OF ASSIGNED DELAWARE JUDGEMENT NUMBER, NOTICE OF MOTION FOR ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT, MOTION FOR ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT, ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT & WRIT OF GARNISHMENT on **CMS NOMECO CONGO, INC.**, by serving its registered agent, The Corporation Trust Company, at 1209 Orange Street, Wilmington, DE 19801.

Name of individual personally served: Brian Penrod.

*Joseph J. Saienni III* (signature)

Subscribed and sworn before me
This 31st day of August, 2005.

_____
Notary Public

My commission expires: _____

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 24, 2007

# EXHIBIT C

Registered No. RB669332936US
Reg. Fee $ 7.50
Return Receipt $ 1.75
Date Stamp: SEP 8 2005 WILMINGTON DE USPS

FROM: Greenberg Traurig LLP
1000 West Street Suite 1540
Wilmington DE 19801

TO: Directeur General de la Caisse Congolaise d'Amortissement
BP 2090
Brazzeville, Congo

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
For delivery information, visit our website at www.usps.com ®

---

Registered No. RB669332953US
Return Receipt $ 1.75
Date Stamp: SEP 8 2005 WILMINGTON DE USPS

FROM: Greenberg Traurig LLP
1000 West Street Suite 1540
Wilmington DE 19801

TO: Republic of the Congo
c/o Head of the Ministry of Foreign Affairs
Rodolphe Adada
BP 98
Brazzaville, Congo

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
For delivery information, visit our website at www.usps.com ®

---

Registered No. RB669332940US
Reg. Fee $ 7.50
Return Receipt $ 1.75
Date Stamp: SEP 8 2005 WILMINGTON DE USPS

FROM: Greenberg Traurig LLP
1000 West Street Suite 1540
Wilmington DE 19801

TO: Minstre de l'Economie, des Finances et du Budget
Centre Administratiff, Quartier Plateau
BP 2093
Brazzaville, Congo

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
For delivery information, visit our website at www.usps.com ®

J-22-165

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Minstre de l'Economie, des Finances et du Budget
   Centre Administratif, Quartier Plateau
   BP 2093
   Brazzaville, Congo

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 20/09/05 [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[stamp: 20 SEP 2005 CONGO]

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   RB 669 332 940 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Republic of the Congo
   c/o Head of the Ministry of Foreign Affairs
   Rodolphe Adada
   BP 98
   Brazzaville, Congo

05-J-08-826   J-22-165

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[stamp: 20 SEP 2005 CONGO]

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   RB 669 332 953 US     20/08/05

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

05J-08-826   J-22-165

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Directeur General de la Caisse
   Congolaise d'Amortissement
   BP 2090
   Brazzeville, Congo

2. Article Number
   (Transfer from service label) RB 669 332 936 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   FILED PROTHONOTARY   2005 OCT 11 PM
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

# EXHIBIT D

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. _____ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE <br> ) STATE OF NEW YORK <br> ) COUNTY OF KINGS <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| THE REPUBLIC OF CONGO, | ) <br> ) |
| Defendants. | ) <br> ) |

### ORDER

The Court, having considered the praecipe and *unopposed* motion of Af-Cap, Inc. ("Af-Cap"), as assignee of plaintiff/judgment creditor Connecticut Bank of Commerce, for an order directing the Prothonotary of this Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. (the "Motion"), and for good cause shown, it is hereby ORDERED that:

A.   The Motion is GRANTED; and

B.   In accordance with 28 U.S.C. § 1610 (c), the Court directs the Prothonotary of the Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. in aid of Af-Cap's execution of an underlying judgment against defendants/judgment debtors.

_____
Superior Court Judge

Dated: ~~August~~ *Sept* 30, 2005

*10:21 a.m.*

CERTIFIED AS A TRUE COPY:
ATTEST: SHARON AGNEW
PROTHONOTARY

# EXHIBIT E

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. 05J-08-826 <br> ) J-22-165 FJ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE STATE <br> ) OF NEW YORK <br> ) COUNTY OF KINGS <br> ) |
| Plaintiff, | ) |
| vs. | ) |
| THE REPUBLIC OF CONGO, | ) WRIT OF GARNISHMENT |
| Defendant. | ) |

TO: THE SHERIFF OF NEW CASTLE COUNTY, STATE OF DELAWARE, you are commanded:

To serve this attachment on **CMS Nomeco Congo., c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801,** to attach the money, goods, chattels, credits and effects, stocks, bonds, personal property, and/or real estate of **Republic of the Congo,** to satisfy a debt owed to the assignee of the above named plaintiff by the defendant in the amount of $13,628,340.11 according to the judgment of the Supreme Court of the State of New York, County of Kings, Index No. 26671/99, which has been converted to a Delaware judgment by the Superior Court of Delaware In and for New Castle County, **Delaware Judgment No. 05J-08-826, J-22-165 FJ.**

To the defendant's garnishee who is served this paper:

The Superior Court of the State of Delaware, in and for New Castle County, requires you to inform **PAUL D. BROWN, ESQUIRE, 1000 West Street, Suite 1540, Wilmington, Delaware, 19801 (302) 661-7000,** of all money, goods, credits and effects, stock, bonds, personal property, and/or real estate belonging to the defendant you currently possess. As the Garnishee, you are to retain the items stated by you in response to the above. You are to hold these items until another order of this Court releases you from this obligation. **You must do this within 20 days after service of this writ upon you, not counting the day that you received this writ.** Your failure to respond may result in a default judgment against you for the amounts the defendant owes as shown below. The amounts the defendant owes are:

**Office of the Sheriff**
**Deputy Service Sheet**

05095078

## FIFA Garnishment

Court: Superior Court Execution (New Castle)
Return Date: 01/04/2006
CA#05J 08 826ET

**CONNECTCUT BANK OF COMMERCE**
vs.
**THE REPUBLIC OF CONGO**

Service Count: 1
Court Date:

Return of Service to be made by: __/__/__
Return of Service Mailed on: __/__/__

Received Date: 10/06/2005
Prepared by: LGGasby

### Service On

CMS NOMECO CONGO INC ET AL -GARNISHEE

1209 ORANGE STREET
WILMINGTON, DE

### File Comments

GARN CICERO GARN CK # 001596 $ 20.00 FOR CMS NOMECO CONGO INC ET AL

So Ans:
Sheriff _Michael P. Walsh_

Writ Returned 10/14/05
er _Debbie Gasby_
Deputy Sheriff

Attempted Service _____
Attempted Service _____
Attempted Service _____
Attempted Service _____
Attempted Service _____

FILED PROTHONOTARY 2005 OCT 17 PM 2:26

### Service

Served By _AB_
Served _B Penrod_
Date Served _10/12_  Time Served _1245_
Place Served _____
Substitute _____

### Attorney:

GREENBERG TRAURIG LLP

BRANDYWINE BUILDING
1000 WEST STREET
SUITE 11540
WILMINGTON, DE 19801

(302)661-7000

### Description of Person Served

Male _____  Female _____
Hair Color _____  Skin Color _____  Ethnicity _____
Height _____  Weight _____  Age _____
Other Identifying Marks _____

OCT 6

**EXHIBIT F**

Westlaw.

Not Reported in A.2d  
Not Reported in A.2d, 1988 WL 130393 (Del.Super.)  
**(Cite as: 1988 WL 130393 (Del.Super.))**

Page 1

**H**  
Only the Westlaw citation is currently available.

UNPUBLISHED OPINION. CHECK COURT RULES BEFORE CITING.

Superior Court of Delaware.  
Harris M. LISSAK  
v.  
FINNEGAN BUILDERS.

Submitted: Nov. 4, 1988.  
Decided: Nov. 22, 1988.

Melvyn A. Woloshin, Woloshin, Tenenbaum & Natalie, P.A., Wilmington.

Jane W. Evans, Wilmington.

MARTIN, Resident Associate Judge.

\*1 Plaintiff, Harris M. Lissak ("Lissak"), brings this summary judgment motion against defendants, John Finnegan, ("Finnegan"), and Finnegan Builders, Inc. ("Builders"), for Builder's failure to comply with garnishment procedures. For the following reasons this motion is denied.

On December 11, 1978, Lissak obtained a judgment against Finnegan in the amount of $9,585.00 plus interest and costs. Lissak made repeated attempts to recover the amount of the judgment from Finnegan but was unsuccessful. Due to the inability to recover judgment, Lissak sought recover through attachment of Finnegan's wages. At this time, Finnegan was employed by Builders. On March 6, 1986, a writ of attachment was served upon Builders. Also, pursuant to the requirements of 10 Del.C. § 3509, Builders was paid a twenty dollar garnishment fee. Pursuant to the writ of attachment, Builders paid the sum of $141.00 in two separate payments to Lissak.

On March 31, 1986 Builders sent a written response to Lissak stating that Finnegan had terminated his employment with Builders on March 12, 1986. Also, Builders stated that it would no longer honor the writ. On April 9, 1986 Lissak filed exceptions to the defects in Builder's response recognizing that it did not meet the qualifications of an answer to a writ Fi.Fa., pursuant to Delaware Civil Procedure Rule 5(aa)(2).

On June 30, 1987, Lissak filed this motion for summary judgment. Lissak demands from Builders the full judgment against Finnegan which went unsatisfied; $9,585.00, plus interest and cost minus the $141.68 paid by Builders.

Lissak contends that, because Builders failed to answer the writ pursuant to Delaware Superior Court Civil Rule 5(aa)(2), Builders did not perform its responsibilities as garnishee and is thus liable to have judgment rendered against it.

However, Builders contends that its' failure to properly respond to the writ was due to deficiencies within the writ itself. The writ lacked the proper notice required by Del.C. 4(C)(2).

Builders specifically argues that the writ failed to specify the contents of an answer, where to appear to give the answer, and when to appear.

The issue before this Court is whether the writ is defective pursuant to Del.C. Rules 4(c) and 4(c)(2) thereby relieving Builders of any obligation to act upon the writ.

Superior Court Civil Rules 4(c) and 4(c)(2) set forth the requirements for the contents of a writ generally and a writ of attachment. The rules are as follows:

Rule 4(c):

(c) Contents of Writ: Generally. The process shall bear the date of its issuance, be signed by the Prothonotary or one of his Deputies, be under the seal of the Court, contain the name of the Court and the names of the parties, state the name of the official or other person to whom it is directed, the name and address of the plaintiff's attorney, if any, otherwise the plaintiff's address and the time within which these Rules require the defendant to appear and defend, and shall notify him that in case of his failure to do so, judgment by default will be rendered against him for the relief demanded in the complaint....

\*2 Rule 4(c)(2):

(2) Attachment. The writ of attachment shall be directed to the person serving the writ and command him to attach the defendant by all his real and

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in A.2d
Not Reported in A.2d, 1988 WL 130393 (Del.Super.)
(Cite as: 1988 WL 130393 (Del.Super.))

Page 2

personal property in the county to which the writ is issued and to summon defendant's garnishees to appear within 20 days after service of the writ to answer or plead and shall notify them that, on failure to do so, they may be compelled by attachment.

The writ served upon Builders contained a summons for the Sheriff to attach the property of John Finnegan and, summoned the Garnishee, Builders, to appear at the Court to which the writ was returnable to give a verified answer, i.e., to declare what goods, chattels, rights, credits money or effects he had in his possession.

However, pursuant to the requirements of *Del.C.* 4(c)(2), the writ failed to notify Builders of the twenty day time limit within which to answer and of the possibility that on failure to do so the Court may compel Builders by attachment.

Since the contents of the writ failed to meet the requirements of *Del.C.* 4(c)(2), thereby giving insufficient notice to Builders, this Court finds the writ defective and thus unenforceable. Plaintiff's motion for summary judgment is denied.

IT IS SO ORDERED.

Not Reported in A.2d, 1988 WL 130393 (Del.Super.)

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.