## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, the foregoing AF-CAP, INC.'S REPLY BRIEF TO GARNISHEE'S OPPOSITION TO MOTION TO REMAND was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

                                           Joseph B. Cicero (#4388)

DEL-FS1\151826v02