CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005, the foregoing Reference to Additional Authority in Opposition to Af-Cap's Motion to Remand Action was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

    Paul D. Brown, Esq.
    Greenberg Traurig, LLP
    The Nemours Building
    1007 North Orange Street, Suite 1200
    Wilmington, DE 19801

    /s/ M. Duncan Grant
    M. Duncan Grant (Del. Bar No. 2994)
    PEPPER HAMILTON LLP
    Hercules Plaza, Suite 5100
    1313 North Market Street
    P.O. Box 1709
    Wilmington, DE 19899-1709
    (302) 777-6500