# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | )<br>)<br>) |
| Defendant; | )<br>) |
| CMS NOMECO CONGO INC., | )<br>) |
| Garnishee. | ) |

## GARNISHEE CMS NOMECO'S MOTION FOR LEAVE TO FILE SURREPLY BRIEF IN OPPOSITION TO AF-CAP'S MOTION TO REMAND ACTION

Garnishee CMS Nomeco Congo Inc. (now named CMS Nomeco Congo LLC) ("CMS Nomeco") hereby moves for leave to file a Surreply Brief in Opposition to the Motion to Remand Action (D.I. 3) that has been filed by Af-Cap, Inc., which asserts that it is the assignee of plaintiff Connecticut Bank of Commerce. The proposed Surreply Brief is attached as Exhibit A.

Although surreply briefs are not contemplated by the Local Rules, CMS Nomeco submits that a surreply brief is appropriate and necessary here. The reason is that in its Reply Brief in Support of its Motion to Remand Action (D.I. 9), Af-Cap made three arguments that it had not raised in its Opening Brief. Af-Cap thus violated Local Rule 7.1.3(c)(2), which provides that "[t]he party filing the opening brief shall not reserve material for the reply brief which should have been included in a full and fair opening brief." Unless CMS Nomeco is permitted to file its Surreply Brief, the inevitable result of Af-Cap's tardy assertion of those three issues will

be that the Court will be deprived of the opportunity to review both parties' viewpoints and interpretation of relevant case law and statutes regarding such issues. CMS Nomeco's proposed Surreply Brief is strictly limited to the three arguments that Af-Cap raised for the first time in its Reply Brief; it does not address matters that were included in either Af-Cap's Opening Brief or CMS Nomeco's Answering Brief.

For those reasons, it would be helpful to the Court in resolving the Motion to Remand Action if CMS Nomeco were permitted to present its response to Af-Cap's three new contentions in the form of its proposed Surreply Brief.

Pursuant to Local Rule 7.1.1, CMS Nomeco certifies that it has made a reasonable effort to reach agreement with Af-Cap respecting the matters set forth in this Motion, but that the parties were unable to reach agreement. CMS Nomeco wishes to add that it does not believe that there is any good faith basis for Af-Cap to have refused to consent to the filing of the Surreply Brief.

WHEREFORE, CMS Nomeco requests that the Court grant its Motion for Leave to File Surreply Brief in Opposition to Af-Cap's Motion to Remand Action.

Respectfully submitted,

| OF COUNSEL: | /s/ M. Duncan Grant |
|---|---|
| | M. Duncan Grant (Del. Bar No. 2994) |
| Guy S. Lipe | James C. Carignan (Del. Bar No. 4230) |
| Jason M. Powers | PEPPER HAMILTON LLP |
| VINSON & ELKINS L.L.P. | Hercules Plaza, Suite 5100 |
| First City Tower | 1313 N. Market Street |
| 1001 Fannin Street, Suite 2300 | P.O. Box 1709 |
| Houston, TX 77002-6760 | Wilmington, DE 19899-1709 |
| (713) 758-2222 | (302) 777-6500 |
| | |
| Dated: December 14, 2005 | Attorneys for Garnishee CMS Nomeco Inc. |

1832463