# EXHIBIT 12

## SNPC OVER/UNDER CHECK

| date of BL | lifting n° | M/T Vessel | Selling price | BL Qty | ACTIVITIES | BBLS | O/U SNPC | O/U GOV | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Nov-99 | 82 | ADAMAS | $18.9635 | 500,081 | Lift 82 | 500,081 | 62,510 | | | | |
|  |  |  |  |  | 82 royalty |  |  | 28,200 | | | |
| 21-Dec-99 | 83 | GOLDEN DESTINY | $18.8297 | 543,499 | Lift 83 | 543,499 | 67,937 | | | | |
|  |  |  |  |  | 83 royalty |  |  | 31,339 | | | |
| 9-Jan-00 | 85 | FOUR SPRING | $20.7500 |  | Lift 85 | 594,445 | 74,306 | | | | |
|  |  |  |  |  | 85 royalty |  |  | 34,191 | | | |
|  |  |  |  |  | 4 qtr 99 royalty |  |  | 10,751 | 104,481 | 293,665 | Overlift by SNPC |
|  |  |  |  |  |  |  |  |  |  | 602,899 | |
|  |  |  |  |  |  |  |  |  |  | 309,234 | |
| 8-Mar-00 | 86 | OMIKRONVENTUREL | $21.3923 |  | Lift 86 (snpc) | 602,899 | (423,056) | (104,481) | 204,753 | | |
|  |  |  |  |  | 86 royalty |  |  | 34,655 | 104,481 | | |
| 7-Apr-00 | 87 | GOLDEN DESTINY | $20.2458 | 513,235 | Lift 87 lift cost | 79,029 | 54,276 | | | | |
|  |  |  |  |  | Lift 87 remainder | 434,206 |  | 29,786 | | | |
|  |  |  |  |  | 87 royalty |  |  |  | | | |
| 19-May-00 | 88 | ADAMAS | $22.5417 | 525,794 | Lift 88 | 525,794 | 65,724 | | | | |
|  |  |  |  |  | 88 royalty |  |  | 31,065 | | | |
|  |  |  |  |  | 1 qtr 00 royalty |  |  | 12,575 | | | |
| 6-Jul-00 | 89 | ADAMAS | $26.8610 | 533,162 | Lift 89 | 533,162 | 66,645 | | | | |
|  |  |  |  |  | 89 royalty |  |  | 31,686 | | | |
| 1-Aug-00 | 90 | MARE DORICO | $23.9665 | 588,712 | Lift 90 | 588,712 | 73,589 | | | | |
|  |  |  |  |  | 90 royalty |  |  | 35,120 | | | |
|  |  |  |  |  | 2 qtr 00 royalty |  |  | 10,185 |  | 7,168 | Overlift by SNPC |
|  |  |  |  |  |  |  |  |  |  | 545,222 | |
|  |  |  |  |  |  |  |  |  |  | 538,054 | |
| 29-Aug-00 | 91 | GOLDEN DESTINY | $23.6798 | 504,743 | Lift 91 | 504,743 | 63,093 | | | | |
|  |  |  |  |  | 91 royalty |  |  | 29,655 | 323,327 | | |
| 13-Oct-00 | 92 | GOLDEN DESTINY | $29.9492 | 545,222 | Lift 92 (snpc) | 545,222 | (262,342) | (214,727) | 214,727 | | |
|  |  |  |  |  | 92 royalty |  |  | 31,930 | | | |
| 25-Nov-00 | 93 | GOLDEN DESTINY | $27.8073 | 541,129 | Lift 93 lift cost | 57,539 | 60,449 | | | | |
|  |  |  |  |  | Lift 93 remainder | 483,590 |  | 32,400 | | | |
|  |  |  |  |  | 93 royalty |  |  | 17,249 | | | |
| 23-Jan-01 | 94 | MINERVA NOUNOU | $25.0921 | 656,162 | Lift 94 | 656,162 | 82,020 | | | | |
|  |  |  |  |  | 3 qtr 00 royalty |  |  | 36,455 | | | |
|  |  |  |  |  | 94 royalty |  |  | 9,761 | | | |
|  |  |  |  |  | 4 qtr 00 royalty |  |  | (188) | | | |
|  |  |  |  |  | 1999 final roy |  |  | (100,046) | | | |
|  |  |  |  |  | Tax maritime (Lift 70-95) | 100,046 |  |  | | | |
| 16-Apr-01 | 95 | SCF CHAMPION | $22.1876 | 600,329 | Lift 95 remainder | 500,283 | 62,535 | | | | |
|  |  |  |  |  | 95 royalty |  |  | 33,685 | | | |
|  |  |  |  |  | 1 qtr 01 royalty |  |  | 6,655 | | | |
| 23-May-01 | 96 | SCF STAR | $21.2400 | 605,341 | Lift 96 | 600,351 | 75,044 | | | | |
|  |  |  |  |  | 96 royalty |  |  | (4,990) | | | |
|  |  |  |  |  | Tax maritime (Lift 96) | 4,990 |  | 35,869 | | | |
|  |  |  |  |  |  |  |  | 12,164 | | | |
| 2-Jul-01 | 97 | CRUDE BALTIC | $19.1408 | 604,988 | Lift 97 | 604,988 | 75,624 | | | | |
|  |  |  |  |  | Tax maritime (Lift 97) | 0 |  | 0 | TAX MARITIME WAS PAID FOR | 1,327 | Overlift by SNPC |
|  |  |  |  |  | 97 royalty |  |  | 35,876 | 355,672 | 503,819 | |
|  |  |  |  |  |  |  |  |  |  | 502,492 | |
| 9-Aug-01 | 98 | TEEKAY FULMAR | $18.0863 | 503,819 | Lift 98 (snpc) | 503,819 | (294,022) | (146,820) | 146,820 | 146,820 | |
|  |  |  |  |  | 98 royalty |  |  | 28,943 | | | |
| 12-Sep-01 | 99 | CRUDE OCEAN | $19.7603 | 604,965 | Lift 98 lift cost | 66,349 | 66,639 | | | | |
|  |  |  |  |  | Lift 99 remainder | 533,114 |  | 35,818 | | | |
|  |  |  |  |  | 99 royalty |  |  | (5,502) | | | |
|  |  |  |  |  | Tax maritime (Lift 99) | 5,502 |  | 1,068 | | | |
| 26-Oct-01 | 100 | CRUDE OCEAN | $17.6196 | 600,295 | 2000 final roy |  |  |  | | | |
|  |  |  |  |  | Lift 100 | 594,903 | 74,363 | 35,469 | | | |
|  |  |  |  |  | 100 royalty | 5,392 |  | (5,392) | | | |
|  |  |  |  |  | Tax maritime (Lift 100) |  |  | 16,887 | | | |
|  |  |  |  |  | 3rd qtr 01 royalty |  |  |  | | | |
| 3-Dec-01 | 101 | OLYMPIC SPONSOR | $14.2922 | 550,003 | Lift 101 | 543,264 | 67,908 | | | | |
|  |  |  |  |  | 101 royalty |  |  | 31,395 | | | |
|  |  |  |  |  | Tax maritime (Lift 101) | 6,739 |  | (6,739) | | | |
| 25-Dec-01 | 102 | ALMUDAINA | $14.8737 | 728,770 | Lift 102 | 720,224 | 90,028 | | | | |
|  |  |  |  |  | 102 royalty |  |  | 41,397 | 298,938 | 86,267 | Overlift by SNPC |
|  |  |  |  |  | Tax maritime (Lift 102) | 8,546 |  | (8,546) | 164,798 | 550,003 | |
|  |  |  |  |  |  |  |  |  |  | 463,736 | |
| 10-Feb-02 | 103 | GENMAR SPIRIT | $13.6963 | 550,003 | Lift 103 (snpc) | 550,003 | (316,455) | (164,798) | 164,798 | | |
|  |  |  |  |  | 103 royalty |  |  | 31,051 | | | |
|  |  |  |  |  | 4th qtr 01 royalty |  |  | 16,613 | | | |
| 28-Mar-02 | 104 | GENMAR LEONIDAS | $18.9375 | 619,939 | Lift 104 remainder | 63,366 | 68,853 | | | | |
|  |  |  |  |  | Lift 103 lift cost | 550,820 |  | 35,853 | | | |
|  |  |  |  |  | 104 royalty |  |  | (5,752) | | | |
|  |  |  |  |  | Tax maritime (Lift 104) | 5,752 |  | 10,628 | | | |
|  |  |  |  |  | 1st qtr 02 royalty |  |  |  | | | |
| 25-May-02 | 105 | GENMAR LEONIDAS | $22.8714 | 618,891 | Lift 105 | 614,126 | 76,766 | | | | |
|  |  |  |  |  | 105 royalty |  |  | 37,011 | | | |
|  |  |  |  |  | Tax maritime (Lift 105) | 4,765 |  | (4,765) | | | |
|  |  |  |  |  | 2nd qtr 02 royalty |  |  | 2,368 | | | |
| 2-Jul-02 | 106 | STAR OHIO | $21.6935 | 308,621 | Lift 106 | 306,130 | 38,266 | | | | |
|  |  |  |  |  | 106 royalty |  |  | 35,752 | | | |

**EXHIBIT 12**

SNPC OVER/UNDER CHECK

| date of BL | lifting n° | M/T Vessel | Selling price | BL Qty | ACTIVITIES | BBLS | O/U SNPC | O/U GOV | |
|---|---|---|---|---|---|---|---|---|---|
| 8-Jul-02 | 107 | STAR OHIO | $22.5400 | 248,132 | Tax maritime (Lift 106) | 2,491 | | (2,491) | |
| | | | | | Lift 107 | 246,133 | 30,767 | 28,744 | |
| | | | | | 107 royalty | | | (1,999) | |
| 18-Aug-02 | 108 | GENMAR ALTA | $24.5757 | 830,374 | Tax maritime (Lift 107) | 1,999 | | 98,919 | |
| | | | | | Lift 108 | 824,465 | 103,058 | (5,909) | |
| | | | | | 108 royalty | 5,909 | | | |
| 27-Sep-02 | 109 | NOTRH PACIFIC | $25.1718 | 604,883 | Tax maritime (Lift 108) | 604,883 | (253,250) | (276,022) | 276,022 |
| | | | | | Lift 109 (Snpc) | | | 73,062 | |
| | | | | | 109 royalty | 50,981 | | 39,918 | |
| | | | | | 3rd qtr 02 royalty | | | | |
| 26-Nov-02 | 110 | ALTAIR VOYAGER | $23.5380 | 752,409 | Lift 109 lift cost | 695,856 | 86,982 | 89,859 | |
| | | | | | Lift 110 remainder | 5,572 | | (5,572) | |
| | | | | | 110 royalty | | | | |
| 18-Jan-03 | 111 | VIRGO VOYAGER 18-Jan-03 | $31.2184 | 618,024 | Tax maritime (Lift 110) | 614,566 | 76,821 | 75,373 | |
| | | | | | Lift 111 | 3,458 | | (3,458) | |
| | | | | | 111 royalty | | | | |
| 3-Mar-03 | 112 | KYEEMA SPIRIT 5-Mar-03 | $31.5730 | 734,684 | Tax maritime (Lift 111) | 730,617 | 91,327 | 89,805 | |
| | | | | | Lift 112 | 4,067 | | 15,521 | |
| | | | | | 112 royalty | | | (4,067) | |
| 4-Apr-03 | 113 | AEGEAN SPIRIT 11-Apr-03 | $20.1650 | 550,026 | 4 th Qt 02 royalty | 550,026 | (110,811) | (370,462) | 370,462 |
| | | | | | Tax maritime (Lift 112) | | | 65,443 | |
| | | | | | Lift 113 (Snpc) | 47,923 | | 28,014 | |
| | | | | | 113 royalty | | | | |
| | | | | | 1st qtr 03 royalty | | | | |
| 20-06-2003 | 114 | VIRGO VOYAGER 20-Jun-03 | $25.0400 | 862,770 | Lift 113 lift cost | 808,801 | 101,100 | 104,326 | |
| | | | | | Lift 114 | 6,046 | | (6,046) | |
| | | | | | 114 royalty | 550,023 | | (191,737) | |
| | 115 | SCF KHIBINY 6-Aug-03 | $25.2500 | 550,023 | Tax maritime (Lift 114) | | (289,533) | 66,054 | 191,737 |
| | | | | | Lift 115 (Snpc) | 46,523 | | 27,802 | |
| | | | | | 115 royalty | | | | |
| | | | | | 2nd qtr 03 royalty | | | | |
| | 116 | ALMUDAINA 3-Oct-03 | $25.7937 | 811,437 | Lift 115 lift cost | 759,420 | 94,928 | 93,807 | |
| | | | | | Lift 116 | 5,494 | | 10,732 | |
| | | | | | 116 royalty | | | (5,494) | |
| | | | | | 3rd qtr 03 royalty | | | | |
| | 117 | HARMONY 25-Nov-03 | $25.9975 | 688,416 | Tax maritime (Lift 116) | 683,782 | 85,473 | 81,033 | |
| | | | | | Lift 117 | 4,634 | | (4,634) | |
| | | | | | 117 royalty | | | | |
| | 118 | ASTRO SCULPTOR 12-Jan-04 | $25.7450 | 600,003 | Tax maritime (Lift 117) | 600,003 | (255,703) | (269,300) | 269,300 |
| | | | | | Lift 118 (Snpc) | | | 70,367 | |
| | | | | | 118 royalty | 51,371 | | 33,946 | |
| | | | | | 4th qtr 03 royalty | | | | |
| | 119 | STELLAR VOYAGER 10-Mar-04 | $23.3595 | 678,975 | Lift 118 lift cost | 627,604 | 78,451 | 80,083 | |
| | | | | | Lift 119 | 5,084 | | (5,084) | |
| | | | | | 119 royalty | | | | |
| | 120 | STELLAR VOYAGER 3-May-04 | $29.6189 | 650,069 | Tax maritime (Lift 119) | 650,069 | 81,259 | 77,063 | |
| | | | | | Lift 120 | | | 28,613 | |
| | | | | | 120 royalty | | | (3,841) | |
| | | | | | 1 st Qt 04 royalty | | | | |
| | 121 | GENMAR CONSTANTINE 16-Jun-04 | $29.7060 | 560,022 | Tax maritime (Lift 120) | 560,022 | (208,872) | (281,147) | 281,147 |
| | | | | | Lift 121 (Snpc) | 44,083 | | 67,260 | |
| | | | | | 121 royalty | | | | |
| | 122 | SEBAROK SPIRIT 18-Aug-04 | $27.2151 | 610,853 | Lift 121 lift cost | 566,760 | 70,845 | 73,723 | |
| | | | | | Lift 122 | | | 29,298 | |
| | | | | | 122 royalty | | | (3,915) | |
| | | | | | 2nd qtr 04 royalty - estimation | | | | |
| | 123 | MT BRITISH HOLLY 27-Sep-04 | $27.4730 | 654,677 | Tax maritime (Lift 122) | 654,677 | 81,835 | 78,372 | |
| | | | | | Lift 123 | | | (4,170) | |
| | | | | | 123 royalty | | | 27,980 | |
| | | | | | 3rd qtr 04 royalty | | | | |
| | 124 | MT GENMAR NESTOR 22-Nov-04 | $25.5506 | 500,018 | Tax maritime (Lift 123) | 500,018 | 62,502 | 59,310 | |
| | | | | | Lift 124 | | | (3,409) | |
| | | | | | 124 royalty | | | 22,675 | |
| | | | | | regul TM | | | | |
| | 125 | MOSCOW RIVER 29-dec-2004 | $25.2214 | 550,032 | Tax maritime (Lift 124) | 550,032 | (134,154) | (347,124) | 347,124 |
| | | | | | Lift 125 (Snpc) | 4,439 | (4,439) | 56,513 | |
| | | | | | 125 royalty | | | | |
| | 126 | MT OLYMPIC FLAIR 19-Feb-05 | $33.80 | 439,973 | Lift 125 lift cost | 439,973 | 54,997 | 51,015 | |
| | | | | | Lift 126 | | | (2,269) | |
| | | | | | 126 royalty | | | 22,936 | |
| | | | | | Tax maritime (Lift 126) | | | | |
| | 127 | HARMONY 15-Mar-05 | $37.0939 | 255,067 | 4th qtr 04 royalty | 255,067 | 31,883 | 29,533 | |
| | | | | | Lift 127 | | | | |
| | | | | | 127royalty | | | 54,997 | |
| | | | | | | | | (2,959) | |

SNPC OVER/UNDER CHECK

| date of BL | lifting n° | M/T Vessel | Selling price | BL Qty | ACTIVITIES | BBLS | O/U SNPC | O/U GOV |
|---|---|---|---|---|---|---|---|---|
| | 128 | ADAIR 21-Apr-05 | $40.3129 | 342,589 | Tax maritime (Lift 127) Lift 128 128royalty | 342,589 | 42,824 | (1,212) 39,258 (1,486) |
| | | | | | Tax maritime (Lift 128) 1st qtr 05 royalty | | | 15,277 |
| | 129 | GENMAR TRUST 23-Jun-05 | $42.6677 | 132,403 | Lift 129 129royalty | 132,403 | 16,550 | 14,899 (544) |
| | | | | | Tax maritime (Lift 129) | | | |
| | 130 | NS CONCORD 2-Aug-05 | $43.9038 | 435,029 | Lift 130 130royalty | 435,029 | 54,379 | 49,960 (1,726) |
| | | | | | Tax maritime (Lift 130) 2nd qtr 05 royalty | | | 12,002 |
| | 131 | NS CONCEPT 7-Sep-05 | $44.9750 | 605,006 | Lift 131 (Snpc) 131 royalty | 605,006 | (245,225) | (284,155) 69,486 |
| | | | | | Lift 131 lift cost | 3,000 | (3,000) | |
| | 132 | HELLESPONT 20-Nov-05 | $50.0000 | 670,369 | Lift 132 132royalty | 670,369 | 83,796 | 82,623 (2,333) |
| | | | | | Tax maritime (Lift 132) 3nd qtr 05 royalty | | | 24,858 |
| | | | | | | | (104,512) | 174,634 |

284,155  FORECAST

70,122  Total Over/Under

**Explanation:**
1) Nomeco Lifting: bbls belong to SNPC = 12.5% of total bbls lifted    See example lift 90 above.
2) Nomeco Lifting Immediately After SNPC lifting: divide into two portions -> lifting cost and remainder.
   a) Lifting cost calculate as ($200,000/sales price)/12.5%.  These bbls do not go to SNPC or Gov.  Reconciliation to be done bills received (real lifting costs).
   b) Remainder: bbls belong to SNPC = 12.5% of (total bbls lifted minus lifting cost bbls calculated in (a))
   See example lift 93 above.
3) Royalties: bbls belong to government = in kind royalty bbls from each royalty declaration.
   See example in any of the royalty entry above.
4) SNPC Lifting: separate to government and SNPC share
   a) Government share = -(total government O/U balance since last SNPC lifting).
   b) SNPC share = (-total bbls lifted) * (87.5%) less amount calculated for government in (a).
   See example lift 86 above.