**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2005, the foregoing **AF-Cap's Citation Of Additional Authority In Support Of Its Motion To Remand And In Response To CMS' Reference To Additional Authority** was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

Joseph B. Cicero (#4388)