CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2005, the foregoing Reply in Support of CMS

Nomeco's Motion for Leave to File Surreply Brief in Opposition to Af-Cap's Motion to Remand

Action was electronically filed with the Clerk of the Court using CM/ECF, which will send

notification of such filing to counsel as set forth below:

Paul D. Brown, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500