## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2005, the foregoing **AF-CAP, INC.'S ANSWERING BRIEF IN OPPOSITION GARNISHEE CMS NOMECO CONGO, INC.'s (now CMS NOMECO CONGO LLC) CROSS-MOTION FOR SUMMARY JUDGMENT** was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

Joseph B. Cicero (#4388)