## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-762 (SLR) |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant. | ) ) | |

### TRANSMITTAL AFFIDAVIT OF JOSEPH B. CICERO

| | | |
|---|---|---|
| STATE OF DELAWARE | ) ) | ss: |
| COUNTY OF NEW CASTLE | ) | |

I, Joseph B. Cicero, having been duly sworn, hereby depose and say:

1.    I am an associated with the firm of Greenberg Traurig, LLP, counsel to Af-Cap, Inc. in the above-captioned action. I submit this affidavit in support of Af-Cap, Inc.'s Answering Brief in Opposition to CMS Nomeco Congo, Inc.'s (now CMS Nomeco Congo LLC) Cross-Motion for Summary Judgment.

2.    Attached hereto are true and correct copies of the documents listed below:

| Exhibit | Description |
|---|---|
| A | Motion of CMS Nomeco Congo Inc., The Nuevo Company, and Nuevo Congo Ltd. to Transfer to the Western District of Texas, Austin Division dated December 22, 2005 |
| B | FG Hemisphere v. Republique Du Congo, Order On Writs Of Garnishment dated September 14, 2005 |
| C | Af-Cap v. The Republic of Congo, Judgment dated February 4, 2005 |
| D | Af-Cap v. The Republic of Congo, Order dated April 8, 2005 |
| E | Red Mountain Finance, Inc. v. Democratic Republic of Congo, Transcript dated May 29, 2001 |

Joseph B. Cicero (#4388)

Subscribed and sworn to before me this 29 day of December, 2005.

Paul D. Brown (Delaware Bar No. 3903)
Attorney-at-Law
Pursuant to 29 *Del. C.* § 4323.

DEL-FS1\152868v01