## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, the foregoing Reply Brief in Support of CMS Nomeco's Cross-Motion for Summary Judgment was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

>   Paul D. Brown, Esq.
>   Greenberg Traurig, LLP
>   The Nemours Building
>   1007 North Orange Street, Suite 1200
>   Wilmington, DE 19801

>   /s/ M. Duncan Grant
>   M. Duncan Grant (Del. Bar No. 2994)
>   PEPPER HAMILTON LLP
>   Hercules Plaza, Suite 5100
>   1313 North Market Street
>   P.O. Box 1709
>   Wilmington, DE 19899-1709
>   (302) 777-6500