UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-762 (SLR) |
| THE REPUBLIC OF CONGO | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Paul D. Brown hereby withdraws his appearance on behalf of

plaintiff, Af-Cap, Inc.

GREENBERG TRAURIG LLP

Paul D. Brown (No. 3903)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
(302) 661-7000

Dated: January 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, the foregoing **Notice of Withdrawal of Appearance** was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

Paul D. Brown (#3903)