IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF CONGO, )<br>)<br>Defendant. ) | Civ. No. 05-762-SLR |

O R D E R

At Wilmington this 20th day of July, 2006, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Af-Cap's motion to remand (D.I. 3) is denied.

2. Af-Cap's request for attorney's fees (D.I. 3 at ¶ 11) pursuant to 28 U.S.C. § 1447(c) is denied.

3. CMS's motion for leave to file a surreply (D.I. 13) is denied as moot.

4. CMS's motion to amend (D.I. 6) is granted.

5. The parties' cross motions for summary judgment (D.I. 7, 14) are denied, without prejudice to renew after the completion of discovery.

_____
United States District Judge