IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant; | ) ) | |
| CMS NOMECO CONGO INC., | ) ) ) | |
| Garnishee. | ) | |

### NOTICE OF FILING OF DECLARATION OF MARYSE BERNARD TO VERIFY GARNISHEE CMS NOMECO'S ANSWER TO WRIT OF GARNISHMENT

NOTICE IS HEREBY GIVEN that garnishee CMS Nomeco Congo Inc. (now named CMS Nomeco Congo LLC) ("CMS Nomeco") hereby files the Declaration of Maryse Bernard (executed on November 22, 2005 and attached as Exhibit A) to verify its Answer to Writ of Garnishment (D.I. 2).

As set forth in its Motion to Amend Answer to Writ of Garnishment by Adding Verification (D.I. 6), CMS Nomeco inadvertently omitted a verification from its Answer to the Writ of Garnishment. It therefore sought permission, in its Motion to Amend, to file Ms. Bernard's declaration in order to verify such Answer.

-2-

In paragraph 4 of its order dated July 20, 2006 (D.I. 29), the Court granted CMS Nomeco's Motion to Amend. Consistently with that order, CMS Nomeco now files Ms. Bernard's declaration and gives notice that it is doing so.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | /s/ M. Duncan Grant |
| | M. Duncan Grant (Del. Bar No. 2994) |
| Guy S. Lipe | James C. Carignan (Del. Bar No. 4230) |
| Jason M. Powers | PEPPER HAMILTON LLP |
| VINSON & ELKINS L.L.P. | Hercules Plaza, Suite 5100 |
| First City Tower | 1313 N. Market Street |
| 1001 Fannin Street, Suite 2300 | P.O. Box 1709 |
| Houston, TX 77002-6760 | Wilmington, DE 19899-1709 |
| (713) 758-2222 | (302) 777-6500 |
| | |
| Dated: July 26, 2006 | Attorneys for Garnishee CMS Nomeco Inc. |

1935516