# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant; | ) ) | |
| CMS NOMECO CONGO INC., | ) ) | |
| Garnishee. | ) | |

## VERIFICATION OF ANSWER BY DECLARATION OF MARYSE BERNARD

I, Maryse Bernard, declare:

1. My name is Maryse Bernard. I am President of CMS Nomeco Congo LLC, formerly known as CMS Nomeco Congo Inc. ("CMS Nomeco"). I have personal knowledge concerning the facts set out in this declaration.

2. I have read the Answer to Writ of Garnishment of CMS Nomeco filed in this case on November 2, 2005, and the facts stated therein are true and correct and are within my personal knowledge.

3. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing statements are true and correct.

EXECUTED on the 22nd day of November, 2005, in Paris, France.

_____
Maryse Bernard