CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2006, the foregoing Notice of Filing of Declaration of Maryse Bernard to Verify Garnishee CMS Nomeco's Answer to Writ of Garnishment was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

Cathy L. Reese, Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE 19899-1114

Titania R. Mack, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500