IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant; | ) ) ) | |
| CMS NOMECO CONGO INC., | ) ) ) | |
| Garnishee. | ) | |

**NOTICE OF SERVICE OF GARNISHEE CMS NOMECO'S
INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

I hereby certify that on August 10, 2006, Garnishee CMS Nomeco's Initial Disclosures Pursuant to Rule 26(a)(1) were served on the following counsel by hand delivery:

    Cathy L. Reese, Esq.
    Fish & Richardson, P.C.
    919 North Market Street, Suite 1100
    Wilmington, DE 19899-1114

    Titania R. Mack, Esq.
    Greenberg Traurig, LLP
    1007 North Orange Street, Suite 1200
    Wilmington, DE 19801

| | |
|---|---|
| OF COUNSEL: | /s/ M. Duncan Grant |
| | M. Duncan Grant (Del. Bar No. 2994) |
| Guy S. Lipe | James C. Carignan (Del. Bar No. 4230) |
| Jason M. Powers | PEPPER HAMILTON LLP |
| VINSON & ELKINS L.L.P. | Hercules Plaza, Suite 5100 |
| First City Tower | 1313 N. Market Street |
| 1001 Fannin Street, Suite 2300 | P.O. Box 1709 |
| Houston, TX 77002-6760 | Wilmington, DE 19899-1709 |
| (713) 758-2222 | (302) 777-6500 |
| | |
| Dated: August 10, 2006 | Attorneys for Garnishee CMS Nomeco Congo Inc. |