UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CONGO, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-762-SLR <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Cathy L. Reese, Esquire is no longer with the firm of Greenberg Traurig, LLP hereby withdraws her appearance on behalf of the Plaintiff.

**GREENBERG TRAURIG, LLP**

/s/ Dennis A. Meloro
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

Counsel for Af-Cap

Dated: August 11, 2006

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, certify that on August 11, 2006 a copy of the **Notice of Withdrawal of Appearance** was served upon the following via First Class, United States Mail.

M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

                                                                       _Dennis A. Meloro_
                                                                       Dennis A. Meloro (No. 4435)