UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-762 (SLR) |
| THE REPUBLIC OF CONGO | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the attorney set forth below, hereby appears as counsel for Plaintiff, Af-Cap, Inc. The undersigned request that an entry be made on the Clerk's Matrix in these cases, and that all notices given or required to be given and all papers served or required to be served, in these cases, be given to and served on:

| | |
|---|---|
| Kenneth P. Kaplan, Esq.<br>Sanford M. Saunders, Jr., Esq.<br>GREENBERG TRAURIG LLP<br>800 Connecticut Avenue, N.W.<br>Suite 500<br>Washington, DC 20006 | Dennis A. Meloro, Esq.<br>GREENBERG TRAURIG LLP<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801 |

**GREENBERG TRAURIG LLP**

/s/ Dennis A. Meloro
Titania R. Mack (#4120)
Dennis A. Meloro (#4435)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
Dated: August 11, 2006                    (302) 661-7000

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 11, 2006, the foregoing **Notice of Appearance** was served upon the following via First Class, United States Mail.

M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

                                          /s/ Dennis A. Meloro
                                          Dennis A. Meloro (No. 4435)