UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, )<br> )<br> Plaintiff, )<br> )<br> v. ) Civil Action No. 05-762-SLR<br> )<br>THE REPUBLIC OF CONGO, )<br> )<br> Defendant. ) | |

## NOTICE OF SERVICE OF SUBPOENA

**PLEASE TAKE NOTICE** that a true and correct copy of the attached subpoena directed to Trafigura AG was served in accordance with Federal Rule of Civil Procedure 45.

Dated: September 26, 2006

Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff