## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, hereby certify that on September 26, 2006, the Notice of Service of

Subpoena was served upon the following as indicated:

> VIA HAND DELIVERY
> M. Duncan Grant, Esquire
> James C. Carignan, Esquire
> Pepper Hamilton LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> Wilmington, DE 19801

Dennis A. Meloro (No. 4435)