UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 05-726 SLR |
| THE REPUBLIC OF CONGO | ) ) ) | |
| Defendant | ) ) | |
| CMS NOMECO CONGO, INC., | ) ) ) | |
| Garnishee | ) | |

## NOTICE OF SERVICE OF DISCOVERY

I, Dennis A. Meloro, hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, and that on October 13, 2006, copies of the following documents were served upon the parties in the manner indicated.

- *DEPOSITION NOTICE OF GARNISHEE'S CORPORATE DESIGNEE*
- *FIRST REQUEST FOR PRODUCTION OF DOCUMENTS*
- *FIRST REQUEST FOR ADMISSIONS*
- *FIRST SET OF INTERROGATORIES*

VIA HAND DELIVERY
M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

VIA FIRST CLASS MAIL
Guy Lipe, Esquire
Jason Powers, Esquire
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston TX 77002

Dated: October 13, 2006

_____
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff