IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CONGO, <br><br> Defendant; <br><br> CMS NOMECO CONGO INC., <br><br> Garnishee. | Civil Action No. 05-762 SLR |

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTIES**

Pursuant to Federal Rule of Civil Procedure 25(c), Af-Cap, Inc. ("Af-Cap"), successor to plaintiff Connecticut Bank of Commerce ("CBC"), by and through its undersigned counsel, hereby moves for an order authorizing the substitution of Af-Cap as the plaintiff in this action. Federal Rule 25(c) provides that in case of any transfer in interest, upon motion the Court may direct that the party to whom the interest is transferred be substituted in the action. FED. R. CIV. P. 25(c).

On September 3, 2002, an Assignment Agreement was executed between the Federal Deposit Insurance Corporation, acting as receiver for Connecticut Bank of Commerce, and Af-Cap, Inc. (the "Agreement"). By the Agreement, Af-Cap was assigned the money judgment at issue in this case. A true and correct copy of the Agreement is attached hereto as Exhibit A.

Pursuant to Local Rule 7.1.1, undersigned counsel to Af-Cap conferred with counsel to CMS Nomeco Congo Inc. ("CMS"). CMS informed Af-Cap that it opposes the relief sought herein.

WHEREFORE, Af-Cap respectfully requests that it be substituted for CBC as the plaintiff in this case.

Dated: November 2, 2006

Respectfully submitted,
GREENBERG TAURIG, LLP

_____
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

GREENBERG TRAURIG LLP
Sanford M. Saunders, Jr.
Kenneth Kaplan
800 Connecticut Ave., N.W.
Suite 500
Washington, DC 20006
(202) 331-3100

*Attorneys for Plaintiff*