IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant; | ) ) ) | |
| CMS NOMECO CONGO INC., | ) ) ) | |
| Garnishee. | ) | |

**ORDER GRANTING PLAINTIFF'S
MOTION TO SUBSTITUTE PARTIES**

Upon consideration of the Motion of Af-Cap, Inc. ("Af-Cap"), successor to plaintiff Connecticut Bank of Commerce ("CBC"), for an order authorizing the substitution of Af-Cap as the plaintiff in this action, any opposition thereto, and the court file, the Court finds that the Federal Deposit Insurance Corporation as Receiver of CBC transferred CBC's judgment to Af-Cap, Inc. on September 3, 2002.

ACCORDINGLY, IT IS HEREBY ORDERED:

(i) that the Motion is GRANTED;

(ii) Af-Cap is substituted for CBC as the plaintiff in this action; and

(iii) This case shall now be captioned Af-Cap, Inc. v. Republic of Congo, Defendant and CMS Nomeco Congo, Inc., Garnishee.

IT IS SO ORDERED THIS __ day of November 2006.

_____
Honorable Sue L. Robinson
United States District Judge