IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE,<br><br>          Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CONGO,<br><br>          Defendant;<br><br>CMS NOMECO CONGO INC.,<br><br>          Garnishee. | Civil Action No. 05-762 SLR |

**NOTICE OF SERVICE OF ANSWERS AND OBJECTIONS
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

I hereby certify that I served two true and correct copies of Defendant CMS Nomeco Congo, Inc.'s Answers and Objections to Plaintiff's First Set of Interrogatories upon counsel as set forth below, by hand delivery, on November 13, 2006.

    Titania R. Mack, Esq.
    Greenberg Traurig, LLP
    The Nemours Building
    1007 North Orange Street, Suite 1200
    Wilmington, DE 19801

| | |
|---|---|
| OF COUNSEL:<br><br>Guy S. Lipe<br>Jason M. Powers<br>VINSON & ELKINS L.L.P.<br>First City Tower<br>1001 Fannin Street, Suite 2300<br>Houston, TX 77002-6760<br>(713) 758-2222<br><br>Dated: November 13, 2006 | /s/ M. Duncan Grant<br>M. Duncan Grant (Del. Bar No. 2994)<br>James C. Carignan (Del. Bar No. 4230)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>Attorneys for Garnishee CMS Nomeco Inc. |