IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE,<br><br>           Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CONGO,<br><br>           Defendant;<br><br>CMS NOMECO CONGO INC.,<br><br>           Garnishee. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-762 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF SERVICE OF OBJECTIONS
TO PLAINTIFF'S DEPOSITION NOTICE
OF CMS NOMECO CONGO INC.

I hereby certify that I served two true and correct copies of Defendant CMS Nomeco Congo, Inc.'s Objections to Plaintiff's Deposition Notice of CMS Nomeco Congo Inc. upon counsel as set forth below, by hand delivery, on November 13, 2006.

    Titania R. Mack, Esq.
    Greenberg Traurig, LLP
    The Nemours Building
    1007 North Orange Street, Suite 1200
    Wilmington, DE 19801

| OF COUNSEL: | /s/ M. Duncan Grant |
|---|---|
|  | M. Duncan Grant (Del. Bar No. 2994) |
| Guy S. Lipe | James C. Carignan (Del. Bar No. 4230) |
| Jason M. Powers | PEPPER HAMILTON LLP |
| VINSON & ELKINS L.L.P. | Hercules Plaza, Suite 5100 |
| First City Tower | 1313 N. Market Street |
| 1001 Fannin Street, Suite 2300 | P.O. Box 1709 |
| Houston, TX 77002-6760 | Wilmington, DE 19899-1709 |
| (713) 758-2222 | (302) 777-6500 |
|  |  |
| Dated: November 13, 2006 | Attorneys for Garnishee CMS Nomeco Inc. |