IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant; | ) ) | |
| CMS NOMECO CONGO INC., | ) ) ) | |
| Garnishee. | ) | |

**NOTICE OF SERVICE OF RESPONSES
TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

I hereby certify that I served two true and correct copies of Defendant CMS Nomeco Congo, Inc.'s Responses to Plaintiff's First Request for Production upon counsel as set forth below, by hand delivery, on November 13, 2006.

    Titania R. Mack, Esq.
    Greenberg Traurig, LLP
    The Nemours Building
    1007 North Orange Street, Suite 1200
    Wilmington, DE 19801

| | |
|---|---|
| OF COUNSEL: | /s/ M. Duncan Grant |
| | M. Duncan Grant (Del. Bar No. 2994) |
| Guy S. Lipe | James C. Carignan (Del. Bar No. 4230) |
| Jason M. Powers | PEPPER HAMILTON LLP |
| VINSON & ELKINS L.L.P. | Hercules Plaza, Suite 5100 |
| First City Tower | 1313 N. Market Street |
| 1001 Fannin Street, Suite 2300 | P.O. Box 1709 |
| Houston, TX 77002-6760 | Wilmington, DE 19899-1709 |
| (713) 758-2222 | (302) 777-6500 |
| | |
| Dated: November 13, 2006 | Attorneys for Garnishee CMS Nomeco Inc. |