# EXHIBIT A

| | |
|---|---|
| From: | Kaplan, Kenneth P. (Assoc-DC-LT) |
| Sent: | Friday, October 27, 2006 9:03 AM |
| To: | 'glipe@velaw.com' |
| Cc: | Saunders, Sanford (Shld-DC-LT) |
| Subject: | Af-Cap v.Congo & CMS |
| Attachments: | motion to sub.pdf; Document.pdf |

Guy:

Further to our conversation Monday in Austin, attached please find the following.

1. Af-Cap's Unopposed Motion to Substitute filed in the Western District Action. Exhibit A to the Motion shows that the FDIC transferred its right, title and interest in the judgment to Af-Cap on September 3, 2002.

2. Motion to Substitute that we propose to file in the D. Delaware action. As you can see, the Motion is identical to the one filed in the W.D. Texas action and relies upon the same factual evidence for its basis to substitute. We trust, therefore, that CMS will take the same position as before and not oppose Af-Cap's Motion to Substitute.

Kindly provide us your position on the Delaware motion to substitute by 5:00 p.m. east coast time on Monday, October 30, 2006.

Separately, we understand that Judge Ellison has lifted the requirement that CMS provide notice prior to removing its assets outside the United States such that it would potentially remove the assets from the jurisdiction of the pending creditor actions. Previously, CMS has provided mixed signals regarding the status of the transaction and, based on our records, last reported to the Southern District that the deal to transfer assets was not complete. Given the pending litigation in Delaware, and the ongoing action in the Western District of Texas and the Fifth Circuit, we request an update on the status of the transaction. Further, we request that you advise us at least thirty days prior to such transaction occurring. We would prefer that you provide this information to us informally in order to avoid unnecessary legal proceedings as we contend that the transfer is improper and knowingly designed to frustrate the Congo's creditors. Alternatively, we will seek expedited discovery to obtain an answer. Thank you, in advance, for your cooperation on this matter.

Should you have any questions, please do not hesitate to contact us.

Sincerely,
Ken

---

Kenneth P. Kaplan
Greenberg Traurig LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006
(202) 331.3191 (O)
(202) 261.0156 (F)
(202) 441.9753 (M)
kaplank@gtlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**FILED**

MAR 0 7 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

|  |  |
|---|---|
| CONNECTICUT BANK OF COMMERCE,<br>    Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CONGO,<br>    Defendant,<br><br>and<br><br>CMS OIL AND GAS COMPANY, et al.,<br>    Garnishees | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. A-01-CA-100-SS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AF-CAP'S UNOPPOSED MOTION TO SUBSTITUTE PARTIES

TO THE HONORABLE JUDGE OF THIS COURT:

    Pursuant to Federal Rule of Civil Procedure 25(c), Af-Cap, Inc. respectfully submits this Motion to Substitute Parties. On September 3, 2002, an Assignment Agreement was executed between the Federal Deposit Insurance Corporation, acting as receiver for Connecticut Bank of Commerce, and Af-Cap, Inc. *See* Ex. A. By that agreement, Af-Cap, Inc. was assigned the money judgment underlying this case. *See id.* By order filed October 4, 2002, this Court substituted Af-Cap as Plaintiff in the underlying judgment matter, Civil Action No. A-01-CA-321-SS. *See* Ex. B. Accordingly, Af-Cap, Inc. should be substituted for Connecticut Bank of Commerce as the Plaintiff in this case as well.

361873

94

Respectfully submitted,

SCOTT, DOUGLASS & McCONNICO, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701-2589
(512) 495-6300
(512) 474-0731 Fax


By _____
    Thomas A. Albright
    State Bar No. 00974790
    Doug Sigel
    State Bar No. 18347650

WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

By _____
    Jonathan P. Graham (DC Bar 419419)

ATTORNEYS FOR AF-CAP, INC.


## CERTIFICATE OF CONFERENCE

    I have spoken by telephone with counsel for defendant and counsel for garnishees. They stated that they do not oppose this motion.


_____
Jonathan P. Graham

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Af-Cap's Unopposed Motion to Substitute Parties has been served on counsel for Defendant and Garnishees, as listed below, on this 7th day of March, 2003.

Mr. Boaz S. Morag                          Via Certified Mail 7002 0860 0005 4676 1640
Cleary, Gottlieb, Steen & Hamilton                    Return Receipt Requested
One Liberty Plaza
New York, New York 10006

Mr. Donald S. Thomas, Jr.                              Via Hand Delivery
Clark, Thomas & Winters
300 West Sixth Street, 15th Floor
Austin, Texas 78701

Mr. Guy S. Lipe                            Via Certified Mail 7002 0860 0005 4676 1657
Vinson & Elkins, L.L.P.                               Return Receipt Requested
2300 First City Tower
1001 Fannin
Houston, Texas 77002-6760

Mr. Marc Vockell                                       Via Hand Delivery
Ms. Beverly G. Reeves
Vinson & Elkins, L.L.P.
The Terrace Seven
2801 Via Fortuna, Suite 100
Austin, Texas 78746


_____
Doug Sigel

No. GN100095

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | IN THE DISTRICT COURT |
| Plaintiff, | ) ) | |
| v. | ) ) | OF TRAVIS COUNTY, TEXAS |
| THE REPUBLIC OF CONGO | ) ) | |
| Defendant. | ) ) | 345th JUDICIAL DISTRICT |

## TRANSFER OF JUDGMENT

Pursuant to Texas Property Code Section 12.014, Af-Cap, Inc. and the Federal Deposit Insurance Corporation ("the FDIC"), as Receiver for the Connecticut Bank of Commerce ("the Bank"), respectfully submit this Transfer of Judgment. As authority for the Transfer, Af-Cap, Inc. and the FDIC state the following:

1.    On January 11, 2001, pursuant to Section 35.003 of the Texas Civil Practice and Remedies Code, the Bank filed a Notice of Filing of Foreign Judgment in this action. *See* Ex. A. The Notice was based on a judgment of the Supreme Court of the State of New York against The Republic of Congo ("the Congo") and in favor of the Bank for $13,628,340.11. *See id.*

2.    On June 26, 2002, the FDIC was named receiver for the Bank. *See* Ex. B (FDIC press release).

3.    The name and address of the judgment creditor is:  Connecticut Bank of Commerce, c/o The Federal Deposit Insurance Corporation acting as Receiver, Division of Resolutions and Receiverships, 1910 Pacific Avenue, Dallas, Texas 75201.

Exhibit A

4.      The name and address of the judgment debtor is: The Republic of Congo, c/o Head of the Ministry of Foreign Affairs, Rodolphe Adada, BP 98, Brazzaville, Congo.

5.      The FDIC, as Receiver for the judgment creditor, hereby acknowledges that the judgment creditor transfers its right, title and interest in the judgment in this action, consisting of the unpaid amount of $13,628,340.11, to Af-Cap, Inc., c/o Wakefield Quin, Chancery Hall, 52 Reid Street, Hamilton HM 12, Bermuda.

6.      Accordingly, pursuant to Texas Property Code Section 12.014(c), Af-Cap, Inc. and the FDIC respectfully request that the Clerk of the Court "note the transfer on the margin of the minute book at the place where the judgment is recorded."

Dated: ~~August~~ September 3, 2002

By: _____

the FEDERAL DEPOSIT INSURANCE CORPORATION as SELLER acting as RECEIVER for CONNECTICUT BANK OF COMMERCE

Subscribed and sworn to before me
This 3rd day of ~~August~~ September 2002.

_____
Notary Public
My commission expires:

MOLLY D. McDEVITT
Notary Public, State of New York
No. 02MC6067018
Qualified in New York County
Commission Expires Dec. 3, 2005

- 2 -

A

NO. *GI01000 95*

| CONNECTICUT BANK OF COMMERCE, | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| THE REPUBLIC OF CONGO, | § | |
| | § | |
| Defendant | § | *345* JUDICIAL DISTRICT |

## NOTICE OF FILING OF FOREIGN JUDGMENT

Pursuant to Section 35.003 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, Connecticut Bank of Commerce hereby files the enclosed judgment (Exhibit A) of the Supreme Court of the State of New York, County of Kings, against the Republic of Congo, in favor of Connecticut Bank of Commerce, in the sum of $13,628,340.11 (a certified copy of which is included in Exhibit A).

The judgment creditor is Connecticut Bank of Commerce, 612 Bedford Street, Stamford, Connecticut 06901.

An affidavit stating the name and last known post office address of the judgment debtor and the judgment creditor is attached as Exhibit B.

Connecticut Bank of Commerce also requests that it collect post judgment interest at a rate of nine percent (9%) per annum as provided in the New York Civil Practice Law and Rules Sections 5003 and 5004.

FILED

01 JAN 11  AM 11: 21

288402

Respectfully submitted,

SCOTT, DOUGLASS & McCONNICO, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas  78701-2589
(512) 495-6300
(512) 474-0731 Fax

By _____

Thomas A. Albright
State Bar No. 00974790
Doug Sigel
State Bar No. 18347650

ATTORNEYS FOR CONNECTICUT BANK
OF COMMERCE

287678

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing of Foreign Judgment has been served on Defendant, as shown below, on January/1, 2001.

| | |
|---|---|
| Directeur General de la Caisse Congolaise<br>d'Amortissement<br>BP 2090<br>Brazzaville, Congo | By Registered Mail<br>Return Receipt Requested |
| Republic of the Congo<br>c/o Head of the Ministry of Foreign Affairs<br>Rodolphe Adada<br>BP 98<br>Brazzaville, Congo | By Registered Mail<br>Return Receipt Requested |
| United States Corporation Company<br>(Registered Agent for Republic of Congo)<br>2 World Trade Center, Suite 8746<br>New York, NY 10048 | By Registered Mail<br>Return Receipt Requested |

_____
Doug Sigel

287678

3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

————————————————————X    Index No. 26671/99

CONNECTICUT BANK OF COMMERCE

Plaintiff,                                        **MONEY JUDGMENT**

-against-

                                                  FILE COPY

THE REPUBLIC OF CONGO

                        Defendant.

————————————————————X

STATE OF NEW YORK )
                  )ss:
COUNTY OF KINGS   )

    1.  Plaintiff, CONNECTICUT BANK OF COMMERCE, by its attorneys, GOLDBERG &

COHN, LLP., LOCAL COUNSEL to the FIRM OF WILLIAMS & CONNOLLY, having moved

by Motion for Summary Judgment in Lieu of Complaint dated for an Order that a Money Judgment

be granted to Plaintiff in the sum of Ten Million Three Hundred Seventy Five Thousand Two

Hundred Forty Four Dollars and Eighty Three ($10,375,244.83) DOLLARS plus interest and such

costs and disbursements as are fixed by the Court; and

    2.  The Defendant having defaulted by failing to put in any Response to said motion and

the matter having come before Hon. Irving Aronin on November 17, 1999 and Justice Aronin having

granted Plaintiff's Motion for a Money Judgment of Ten Million Three Hundred Seventy Five

Thousand Two Hundred Forty Four Dollars and Eighty Three ($10,375,244.83) Cents and directing

Plaintiff to settle an Order on Notice and Plaintiff having settled said Order on Notice to Defendant,

and this Order having been signed by Justice Aronin on February 1, 2000 and having been duly

entered by the County Clerk, Kings County on March 10, 2000, *granting that*

~~a Mo~~ ~~judgment be~~ _Entered_ ~~against Defendant~~ ~~Republic of Congo in the sum~~

of Ten Million Three Hundred Seventy Five Thousand Two Hundred Forty Four Dollars and Eighty

Three ($10,375,244.83) Cents plus interest from November 15,1996 of ~~——————~~

~~————————————————————————~~ and now on the Motion of

GOLBERG & COHN, LLP., LOCAL COUNSEL to the FIRM OF WILLIAMS & CONNOLLY

it is;

ADJUDGED that Plaintiff CONNECTICUT BANK OF COMMERCE residing at and with

a principal place of business at 612 Bedford Street, Stamford, Connecticut 06901 have Judgment

against and do recover of the Defendant, The Republic of Congo, a sovereign foreign entity with a

principal residence in the United States at its Embassy located in 4891 Colorado Avenue, Northwest,

Washington, D.C., (202) 726-0825 the sum of $10,375,244.83, plus interest in the amount of $3,252,650.28 plus costs and disbursements in the amount of $445.10, making a total sum of $13,628,340.11 and the plaintiff shall have execution therefor.

_Wilbur A. Levin_
CLERK
SUPREME COURT, KINGS COUNTY

KINGS COUNTY CLERKS OFFICE

2002 MAY -9 PM 12:46

FILED

CONNECTICUT ...NK OF COMMERCE,

Plaintiff(s)

-against-

THE REPUBLIC OF CONGO,

— Defendant(s).

MONEY JUDGMENT

GOLDBERG & COHN, LLP
*Attorneys for*

*Office and Post Office Address, Telephone*
16 Court Street - Suite 2304
· BROOKLYN, N.Y. 11241
(718) 875-2400
FAX (718) 858-2101

| To | Signature (Rule 130-1.1-a) |
|---|---|
| | Print name beneath  Elliott S. MARTIN |
| Attorney(s) for | |

Service of a copy of the within                                    is hereby admitted.

Dated

_____
Attorney(s) for

Please take notice
☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT
that an order                                    of which the within is a true copy will be presented for
settlement to the HON.                                    one of the judges
of the within named court, at

Dated

Yours, etc.
GOLDBERG & COHN, LLP
*Attorneys for*

*Office and Post Office Address*
16 Court Street - Suite 2304
BROOKLYN, N.Y. 11241

CONNECTICUT BANK OF COMMERCE,

Plaintiff(s)

-against-

THE REPUBLIC OF CONGO,

Defendant(s)

## BILL OF COSTS

GOLDBERG & COHN, LLP

Attorneys for

Office and Post Office Address, Telephone
16 Court Street - Suite 2304
BROOKLYN, N.Y. 11241
(718) 875-2400
FAX (718) 858-2101

To                                              Signature (Rule 130-1.1-a)

_____                          Print name beneath
Attorney(s) for                                  Elliott S. Martin

Service of a copy of the within                  is hereby admitted.

Dated,

_____                          _____
                                                 Attorney(s) for

Please take notice

□ notice of entry

that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on

□ notice of settlement

that an order                                    of which the within is a true copy will be presented for
settlement to the HON.                           one of the judges
of the within named court at

                                                 IM

                                                 Yours, etc.
                                                 GOLDBERG & COHN, LLP

                                                 Office and Post Office Address
To:                                              16 Court Street - Suite 2304
                                                 BROOKLYN, N.Y. 11241

## ATTORNEY'S CERTIFICATION

ELLIOTT S. MARTIN, an attorney duly admitted to practice law in the State of New

York, make this affirmation pursuant to CPLR 2106 and under the penalty of perjury:

I certify that the annexed **MONEY JUDGMENT AND BILL OF COSTS** has been

compared by me with the original and found to be a true and complete copy thereof.

DATED: Brooklyn, New York
       June 21, 2000

ELLIOTT S. MARTIN, ESQ.

Case 1:01-cv-00100-SS    Document 94    Filed 03/07/2003    Page 15 of 20

*against*

Plaintiff(s) Petitioner(s)

THE REPUBLIC OF CONGO

Defendant(s) Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF: KINGS    ss: 09171151    ROGELIO A. NICHOLSON

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides in    KINGS COUNTY

JUNE 21ST, 2000 at 12:55PM at 2 WORLD TRADE CENTER, Suite 8746, N.Y. N.Y.

deponent served the within ☐ summons ☐ with notice ☐ summons, Spanish summons and complaint, the language
☐ summons and complaint ☐ notice of petition and petition    required by NYCRR 2900.2(e), (f) & (h) was set forth on
☐ subpoena duces tecum ☐ subpoena    on the face of the summons(es)
☐ citation ☑ MONEY JUDGEMENT / BILL OF COST

THE REPUBLIC OF CONGO    ☐ defendant ☐ witness { hereinafter called } therein
☐ respondent    the recipient } named

INDIVIDUAL
1. ☐    by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as
said recipient therein.

CORPORATION
2. ☑    a DOMESTIC corporation, by delivering thereat a true copy *of each* to JUDITH MORGAN
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said
individual to be MANAGING AGENT    thereof. TO ACCEPT

SUITABLE
AGE PERSON
3. ☐    by delivering thereat a true copy *of each* to    a person of suitable age and
discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

AFFIXING TO
DOOR, ETC.
4. ☐    by affixing a true copy *of each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place
☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age
and discretion, thereat, having called there

MAILING TO
RESIDENCE
ITEM 1 OR 4
A. ☐    Deponent talked to    at said premises who stated that recipient ☐ lived ☐ worked there.
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
at recipient's last known residence, at    and deposited
said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO
BUSINESS
ITEM 1 OR 4
1. ☐    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
addressed to recipient at recipient's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service
within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof,
by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

DESCRIPTION
☑

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☑ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☑ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☑ 36-50 Yrs. | ☑ 5'4"-5'8" | ☑ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

WITNESS
FEES
☐    $    the authorizing traveling expenses    ☐ was paid (tendered) to the recipient
and one days' witness fee:    ☐ was mailed to the witness with subpoena copy.

MILITARY
SERVICE
☐    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity
whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information
and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not
in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

6/31/00

RICHARD S. GOLDBERG
Notary Public, State of New York
No. 24 - 5062700
Qualified in Kings County
Commission Expires May 31, 2002

Rogelio A. Nicholson

License No. 0917151

1-47—Affidavit of service multi-purpose form, 10 pt. type, 1-95    © 1976 BY JULIUS BLUMBERG, INC. PUBLISHER NYC 10013

NO. _____

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | OF TRAVIS COUNTY, TEXAS |
| v. | § | |
| THE REPUBLIC OF CONGO, | § | |
| | § | |
| Defendant | § | _____ JUDICIAL DISTRICT |

STATE OF CONNECTICUT
COUNTY OF FAIRFIELD

## AFFIDAVIT OF J. DONALD WEAND

On this date, J. Donald Weand personally appeared before me, the undersigned Notary Public, and after being duly sworn stated the following under oath:

1. My name is J. Donald Weand. I reside in Fairfield, Connecticut. I am over 18 years of age. I have never been convicted of a crime, and I am fully competent to make this affidavit. I have personal knowledge of the facts stated, and they are true and correct.

2. I am the president of Connecticut Bank of Commerce.

3. This affidavit is being filed together with an authentic copy of a judgment of the Supreme Court of the State of New York, County of Kings, against the Republic of Congo, in favor of Connecticut Bank of Commerce, in the sum of $13,628,340.11.

271387

4. The last known post office addresses of the judgment debtor, the Republic of

Congo, are as follows:

Directeur General de la Caisse Congolaise d'Amortissement
BP 2090
Brazzaville, Congo

Republic of the Congo
c/o Head of the Ministry of Foreign Affairs
Rodolphe Adada
BP 98
Brazzaville, Congo

5.    The address of the registered agent for the Republic of Congo, pursuant to

the loan agreement that gave rise to the judgment, is:

United States Corporation Company
2 World Trade Center, Suite 8746
New York, NY 10048

6. The post office address of the judgment creditor, Connecticut Bank of

Commerce, is 612 Bedford Street, Stamford, Connecticut 06901.

Further Affiant saith not.

_J. Donald Weand_

SUBSCRIBED AND SWORN TO BEFORE ME by J. Donald Weand on this the
8th day of January, 2001.

MARIA E. DIAZ
Notary Public, State of New York
No. 01DI5044777
Qualified in New York County
Commission Expires July 10, 2022

Notary Public's Signature

271387                                            2

ß

**FDIC**

Press Releases

## FDIC ANNOUNCES RECEIVERSHIP OF THE CONNECTICUT BANK OF COMMERCE, STAMFORD, CONNECTICUT

**FOR IMMEDIATE RELEASE**
PR-74-2002 (6-26-2002)

**Media Contact:**
Phil Battey (202) 898-6993

WASHINGTON, D.C. -- The Connecticut Bank of Commerce, Stamford, Connecticut, was closed today by the Banking Commissioner, Connecticut Department of Banking, and the Federal Deposit Insurance Corporation (FDIC) was named receiver.

The FDIC is attempting to arrange a transaction under which the failed bank's insured deposits will be assumed by a healthy bank over the weekend. If this effort proves unsuccessful, the FDIC will move immediately to make funds available to depositors up to the statutory insurance limit of $100,000.

The FDIC expects to make an announcement of the outcome of its effort within the next few days. As of March 31, 2002, the Connecticut Bank of Commerce reported approximately $398.6 million in assets and $323.7 million in deposits.

This was the seventh failure of an FDIC-insured institution in 2002.

# # #

Congress created the Federal Deposit Insurance Corporation in 1933 to restore public confidence in the nation's banking system. The FDIC insures deposits at the nation's 9,538 banks and savings associations and it promotes the safety and soundness of these institutions by identifying, monitoring and addressing risks to which they are exposed. The FDIC receives no federal tax dollars - insured financial institutions fund its operations.

FDIC press releases and other information are available on the Internet at www.fdic.gov or through the FDIC's Public Information Center (800-276-6003 or 202-416-6940).

Last Updated 06/26/2002

communications@fdic.gov

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2002 OC -4 AM 11: 05

CONNECTICUT BANK OF COMMERCE,
Plaintiff,

-vs-                                        Case No. A-01-CA-321-SS

THE REPUBLIC OF CONGO,
Defendant.

---

### O R D E R

BE IT REMEMBERED on the 3rd day of October 2002 the Court reviewed the file in the above-styled cause, specifically Plaintiff's Motion to Substitute Parties [#22], Plaintiff's Motion for Permission to Serve Garnishment Writs [#23], and Defendant's Response [#25]. After considering the motions and responses, the case file as a whole, and the relevant law, the Court enters the following orders.

IT IS ORDERED that the Plaintiff's Unopposed Motion to Substitute Parties [#22] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Permission to Serve Garnishment Writs [#23] is DISMISSED WITHOUT PREJUDICE to refiling.

SIGNED this the 3rd day of October 2002.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

27