IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF CONGO, )<br>)<br>Defendant; )<br>)<br>CMS NOMECO CONGO INC., )<br>)<br>Garnishee. ) | Civil Action No. 05-762 SLR |

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, and that on November 22, 2006, copies of the *Af-Cap's Reply to CMS Nomeco's Opposition to its Motion to Substitute Parties [Docket No. 50]* were served upon the following in the manner indicated.

VIA HAND DELIVERY
M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

VIA FIRST CLASS MAIL
Guy Lipe, Esquire
Jason Powers, Esquire
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002

Dated: November 22, 2006

_____
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff