IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-762-SLR |
| THE REPUBLIC OF CONGO, | ) ) ) |
| Defendant, | ) ) |
| CMS NOMECO CONGO INC., | ) ) |
| Garnishee. | ) |

**O R D E R**

At Wilmington this 7th day of December, 2006, having reviewed plaintiff's motion to substitute parties and the opposition filed thereto by garnishee CMS Nomeco Congo Inc. (D.I. 43, 49);

IT IS ORDERED that said motion (D.I. 43) is denied without prejudice to renew, once garnishee CMS Nomeco Congo Inc. has had the opportunity to pursue discovery regarding this matter.

　　　　　　　　　　　　　　　　　　／s／ Sue L. Robinson
　　　　　　　　　　　　　　　　　United States District Judge