IN THE UNITED STATES DISTRICT CURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-726 SLR |
| THE REPUBLIC OF CONGO, | ) ) | |
| Defendant, | ) ) | |
| CMS NOMECO CONGO, INC., | ) ) | |
| Garnishee. | ) | |

## NOTICE OF SERVICE OF
## NOTICE OF DEPOSITION OF AF-CAP, INC
## PURSUANT TO RULE 30(b)(6)

I hereby certify that on December 11, 2006, copies of the foregoing Notice of Deposition of Af-Cap, Inc. Pursuant to Rule 30(b)(6) were served by hand delivery on the following attorney:

>  Titania R. Mack, Esq.
>  Greenberg Traurig, LLP
>  The Nemours Building
>  1007 North Orange Street, Suite 1200
>  Wilmington, DE 19801

>  /s/ M. Duncan Grant
>  M. Duncan Grant (Del. Bar No. 2994)
>  PEPPER HAMILTON LLP
>  Hercules Plaza, Suite 5100
>  1313 North Market Street
>  P.O. Box 1709
>  Wilmington, DE 19899-1709
>  (302) 777-6500