## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) | |
| Defendant, | ) ) | |
| CMS NOMECO CONGO, INC., | ) ) | |
| Garnishee. | ) | |

## NOTICE OF SERVICE OF
## EXPERT WITNESS REPORT OF DAVID KAEUPER

I hereby certify that on December 13, 2006, copies of the expert witness report of David Kaeuper were served by hand delivery on the following attorney:

>Dennis A. Meloro, Esq.
>Greenberg Traurig, LLP
>The Nemours Building
>1007 North Orange Street, Suite 1200
>Wilmington, DE  19801

>/s/ M. Duncan Grant
>M. Duncan Grant (Del. Bar No. 2994)
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 North Market Street
>P.O. Box 1709
>Wilmington, DE  19899-1709
>(302) 777-6500

Dated:  December 13, 2006