IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant, | ) ) | |
| CMS NOMECO CONGO, INC., | ) ) ) | |
| Garnishee. | ) | |

## NOTICE OF SERVICE OF
## NOTICE OF DEPOSITION OF AF-CAP, INC
## <u>PURSUANT TO RULE 30(b)(6)</u>

I hereby certify that on December 11, 2006, copies of the foregoing Notice of Deposition of Af-Cap, Inc. Pursuant to Rule 30(b)(6) were served by hand delivery on the following attorney:

    Titania R. Mack, Esq.
    Greenberg Traurig, LLP
    The Nemours Building
    1007 North Orange Street, Suite 1200
    Wilmington, DE  19801

    /s/ M. Duncan Grant
    M. Duncan Grant (Del. Bar No. 2994)
    PEPPER HAMILTON LLP
    Hercules Plaza, Suite 5100
    1313 North Market Street
    P.O. Box 1709
    Wilmington, DE  19899-1709
    (302) 777-6500