UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE REPUBLIC OF CONGO )<br>)<br>Defendant )<br>)<br>CMS NOMECO CONGO, INC., )<br>)<br>Garnishee ) | Civil Action No. 05-762 SLR |

### NOTICE OF SERVICE OF EXPERT WITNESS REPORT

I, Dennis A. Meloro, hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, and that on December 13, 2006, copies of the *Expert Report of Alfred J. Boulos* were served upon the parties below in the manner indicated.

VIA HAND DELIVERY
M. Duncan Grant, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

VIA HAND DELIVERY
Guy Lipe, Esquire
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston TX 77002

Dated: December 13, 2006

_____
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff