<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 18, 2006, the foregoing Unopposed Motion for Leave to File Supplement to Answer to Writ of Garnishment (with proposed Supplement to Answer attached as Exhibit A) was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

    Dennis Molero, Esq.
    Greenberg Traurig, LLP
    The Brandywine Building
    1000 West Street, Suite 1540
    Wilmington, DE  19801

    /s/ M. Duncan Grant
    M. Duncan Grant (Del. Bar No. 2994)
    PEPPER HAMILTON LLP
    Hercules Plaza, Suite 5100
    1313 North Market Street
    P.O. Box 1709
    Wilmington, DE  19899-1709
    (302) 777-6500