# EXHIBIT I

SUPERIOR COURT
OF THE
STATE OF DELAWARE

SHARON D. AGNEW
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY COURT HOUSE
500 N KING STREET
LOWER LEVEL 1, STE#500
WILMINGTON DE 19801-3746
(302) 255-0800

JUDGMENTS DEPARTMENT
500 N KING STREET
1ST FLOOR, STE#1500
WILMINGTON DE 19801-3704
(302) 255-0556

## NOTICE OF ENTRY OF JUDGMENT

TO: AF-CAP, INC
    C/O HWR SERVICES LIMITED
    CRAIGMUIR CHAMBERS
    P O BOX 71
    ROAD TOWN, TORTOLA
    BRITISH VIRGIN ISLANDS

CONNECTICUT BANK OF COMMERCE, Plaintiff (s)
vs.
THE REPUBLIC OF CONGO, Defendant(s)

You are hereby notified that on the 30TH DAY OF AUGUST a judgment was entered in Superior Court, New Castle County, against you the defendant(s) and in favor of:

AF-CAP, INC, ASSIGNEE OF:
CONNECTICUT BANK OF COMMERCE
C/O HWR SERVICES LIMITED
CRAIGMUIR CHAMBERS-POB 71
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

Whose attorney is:  or Pro Se:

PAUL D BROWN, ESQUIRE
1000 WEST ST, STE#1540
WILMINGTON  DE 19801

This Judgment is a result of proceedings that were held in the State of NEW YORK.

The Judgment number in this Court is 05J-08-826 J-22-165

DATE: AUGUST 30, 2005

Sincerely,

Jay El(amin
Judgments Case Manager

C:\userdata\word 97 docs\FOREIGNJUDGMENT.doc

**SUPERIOR COURT
OF THE
STATE OF DELAWARE**

SHARON D. AGNEW
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY COURT HOUSE
500 N KING STREET
LOWER LEVEL 1, STE#500
WILMINGTON DE 19801-3746
(302) 255-0800

JUDGMENTS DEPARTMENT
500 N KING STREET
1ST FLOOR, STE#1500
WILMINGTON DE 19801-3704
(302) 255-0556

## NOTICE OF ENTRY OF JUDGMENT

TO: REPUBLIC OF CONGO
    CAISSE CONGOLAISE D' AMORTISSEMENT
    C/O HEAD OF MINISTRY OF FOREIGN AFFAIRS
    RODOLPHE ADADA
    BP 98
    BRAZZAVILLE
    CONGO

CONNECTICUT BANK OF COMMERCE, Plaintiff(s)
vs.
THE REPUBLIC OF CONGO, Defendant(s)

You are hereby notified that on the 30TH DAY OF AUGUST a judgment was entered in Superior Court, New Castle County, against you the defendant(s) and in favor of:
                    AF-CAP, INC, ASSIGNEE OF:
                    CONNECTICUT BANK OF COMMERCE
                    C/O HWR SERVICES LIMITED
                    CRAIGMUIR CHAMBERS-POB 71
                    ROAD TOWN, TORTOLA
                    BRITISH VIRGIN ISLANDS
Whose attorney is:  or Pro Se:

                    PAUL D BROWN, ESQUIRE
                    1000 WEST ST, STE#1540
                    WILMINGTON  DE 19801
This Judgment is a result of proceedings that were held in the State of NEW YORK.

The Judgment number in this Court is **05J-08-826 J-22-165**

DATE: AUGUST 30, 2005

                                Sincerely,

                                Jay El-amin
                                Judgments Case Manager

C:\userdata\word 97 docs\FOREIGNJUDGMENT.doc

http://courts.state.de.us/superior

# SUPERIOR COURT
## OF THE
## STATE OF DELAWARE

SHARON D. AGNEW
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY COURT HOUSE
500 N KING STREET
LOWER LEVEL 1, STE#500
WILMINGTON DE 19801-3746
(302) 255-0800

JUDGMENTS DEPARTMENT
500 N KING STREET
1ST FLOOR, STE#1500
WILMINGTON DE 19801-3704
(302) 255-0556

## NOTICE OF ENTRY OF JUDGMENT

TO: REPUBLIC OF CONGO
    CAISSE CONGOLAISE D' AMORTISSEMENT
    BP 2090
    BRAZZAVILLE
    CONGO

CONNECTICUT BANK OF COMMERCE, Plaintiff(s)
vs.
THE REPUBLIC OF CONGO, Defendant(s)

You are hereby notified that on the 30TH DAY OF AUGUST a judgment was entered in Superior Court, New Castle County, against you the defendant(s) and in favor of:

AF-CAP, INC, ASSIGNEE OF:
CONNECTICUT BANK OF COMMERCE
C/O HWR SERVICES LIMITED
CRAIGMUIR CHAMBERS-POB 71
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

Whose attorney is:  or Pro Se:

PAUL D BROWN, ESQUIRE
1000 WEST ST, STE#1540
WILMINGTON  DE 19801

This Judgment is a result of proceedings that were held in the State of NEW YORK.

The Judgment number in this Court is 05J-08-826 J-22-165

DATE: AUGUST 30, 2005

Sincerely,

Jay El-amin
Judgments Case Manager

C:\userdata\word 97 docs\FOREIGNJUDGMENT.doc

http://courts.state.de.us/superior

# EXHIBIT J

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. _____ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE <br> ) STATE OF NEW YORK <br> ) COUNTY OF KINGS <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| THE REPUBLIC OF CONGO, | ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

The Court, having considered the praecipe and motion of Af-Cap, Inc. ("Af-Cap"), as assignee of plaintiff/judgment creditor Connecticut Bank of Commerce, for an order directing the Prothonotary of this Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. (the "Motion"), and for good cause shown, it is hereby ORDERED that:

A.    The Motion is GRANTED; and

B.    In accordance with 28 U.S.C. § 1610 (c), the Court directs the Prothonotary of the Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. in aid of Af-Cap's execution of an underlying judgment against defendants/judgment debtors.

Dated: August ___, 2005

_____
Superior Court Judge

10:21 a.m.



# EXHIBIT K

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) | Delaware Judgment No. 05J-08-826 |
| | ) | J-22-165 FJ |
| | ) | |
| | ) | Index No. 26671/99 |
| | ) | |
| | ) | SUPREME COURT OF THE STATE |
| | ) | OF NEW YORK |
| | ) | COUNTY OF KINGS |
| Plaintiff, | ) | |
| vs. | ) | |
| THE REPUBLIC OF CONGO, | ) | |
| Defendant. | ) | |

**PRAECIPE**

TO: THE SHERIFF OF NEW CASTLE COUNTY, STATE OF DELAWARE,

PLEASE ISSUE WRIT OF EXECUTION AND ATTACHMENT FIERI FACIAS (GARNISHMENT) to The Sheriff of New Castle County for the State of Delaware for Service upon CMS Nomeco Congo, Inc., et al **c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.**

Paul D. Brown (#3903)
Joseph B. Cicero (#4388)
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801

Dated: October 3, 2005        *Attorneys for Plaintiff*

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. _____ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE <br> ) STATE OF NEW YORK <br> ) COUNTY OF KINGS <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| THE REPUBLIC OF CONGO, | ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

*unopposed*

The Court, having considered the praecipe and motion of Af-Cap, Inc. ("Af-Cap"), as assignee of plaintiff/judgment creditor Connecticut Bank of Commerce, for an order directing the Prothonotary of this Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. (the "Motion"), and for good cause shown, it is hereby ORDERED that:

A.   The Motion is GRANTED; and

B.   In accordance with 28 U.S.C. § 1610 (c), the Court directs the Prothonotary of the Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. in aid of Af-Cap's execution of an underlying judgment against defendants/judgment debtors.

_____
Superior Court Judge

Dated: ~~August~~ Sept. 30, 2005

10:21 a.m.



IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. 05J-08-826 <br> ) J-22-165 FJ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE STATE <br> ) OF NEW YORK <br> ) COUNTY OF KINGS <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| THE REPUBLIC OF CONGO, | ) WRIT OF GARNISHMENT <br> ) |
| Defendant. | ) <br> ) |

TO: THE SHERIFF OF NEW CASTLE COUNTY, STATE OF DELAWARE,
you are commanded:

To serve this attachment on **CMS Nomeco Congo., c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801**, to attach the money, goods, chattels, credits and effects, stocks, bonds, personal property, and/or real estate of **Republic of the Congo**, to satisfy a debt owed to the assignee of the above named plaintiff by the defendant in the amount of $13,628,340.11 according to the judgment of the Supreme Court of the State of New York, County of Kings, Index No. 26671/99, which has been converted to a Delaware judgment by the Superior Court of Delaware In and for New Castle County, **Delaware Judgment No. 05J-08-826, J-22-165 FJ.**

To the defendant's garnishee who is served this paper:

The Superior Court of the State of Delaware, in and for New Castle County, requires you to inform **PAUL D. BROWN, ESQUIRE, 1000 West Street, Suite 1540, Wilmington, Delaware, 19801 (302) 661-7000**, of all money, goods, credits and effects, stock, bonds, personal property, and/or real estate belonging to the defendant you currently possess. As the Garnishee, you are to retain the items stated by you in response to the above. You are to hold these items until another order of this Court releases you from this obligation. **You must do this within 20 days after service of this writ upon you, not counting the day that you received this writ.** Your failure to respond may result in a default judgment against you for the amounts the defendant owes as shown below. The amounts the defendant owes are:

Debt: $13,628.340.1
Interest at 9 % from May 9, 2000
Prothonotary filing & execution fees: $50
Sheriff filing & execution fees: $30
Garnishee fee: $20
Issued: _____

Prothonotary: _____

per Deputy: _____

Return this Writ on or before: _____

DEL-FS1\147924v01