# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT TEXAS
FOR THE DISTRICT OF DELAWARE


-------------------------------)
CONNECTICUT BANK OF           )
COMMERCE,                     )
       Plaintiff )
              )
    v.      ) Civil Action No.
           ) 05-726 SLR
           )
THE REPUBLIC OF CONGO        )
       Defendant )
           )
           )
CMS NOMECO CONGO, INC.,      )
       Garnishee )
           )
-------------------------------)


Deposition of:

MR. ROLAND FOX


taken at the offices of:

Olswang
90 High Holborn
London
WC1V 6XX
UK

on Thursday, November 30, 2006
commencing at 9:12 a.m.

**ORIGINAL**

APPEARANCES

For the plaintiffs:

> MR. KENNETH P. KAPLAN
> GREENBERG TRAURIG, LLP
> 800 Connecticut Ave., NW,
> Suite 500
> Washington, D.C. 20006
> Tel:  202.331.3191
> E-mail: kaplank@gtlaw.com
> MR. SANFORD M. SAUNDERS
> GREENBERG TRAURIG, LLP
> 800 Connecticut Ave., NW,
> Suite 500
> Washington, D.C. 20006
> Tel:  202.331.3130
> E-mail: saunderss@gtlaw.com

For the defendants:

> MR. GUY S. LIPE
> VINSON & ELKINS LLP
> First City Tower
> 1001 Fannin Street
> Suite 2300
> Houston, Texas 777002-6760
> Tel: 713.758.1109
> E-mail: glipe@velaw.com

Also present:    MR. ANDREW B. DERMAN
> THOMPSON & KNIGHT LLP
> 1700 Pacific Avenue
> Suite 3300
> Dallas, Texas 75201
> Tel: 214.969.1307
> E-mail: andrew.derman@tklaw.com

Page 2

Roland Fox                    Connecticut v Congo                    30th November 2006

Court reporter:

      KAREN McKENDRY

      Wordwave International

      190 Fleet Street

      London EC4A 2AG

      Tel:  +44 (0)207 404 1400

      Fax:  +44 (0)207 404 1424

Merrill Legal Services          www.merrillcorp.com                    190 Fleet Street
(+44) 207 404 1400                                                            London EC4A 2AG

Roland Fox                    Connecticut v Congo                    30th November 2006

# INDEX

WITNESS                          PAGE

ROLAND FOX                          8

DIRECT EXAMINATION BY MR. KAPLAN:          9

Merrill Legal Services
(+44) 207 404 1400                www.merrillcorp.com                190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | let me just read this again. | 02:45:11 |
| 2 | No, you're right. You're right, thinking about | 02:45:21 |
| 3 | it. | 02:45:24 |
| 4 | Q. What am I right about, because now I've | 02:45:24 |
| 5 | confused myself. | 02:45:27 |
| 6 | A. You're right that what is happening is that | 02:45:28 |
| 7 | those costs are being treated as a deductible cost prior to | 02:45:30 |
| 8 | the calculation of the royalty. That is what this is | 02:45:37 |
| 9 | saying. | 02:45:40 |
| 10 | Q. And what is the effect of treating that -- of | 02:45:41 |
| 11 | treating it as a deductible cost prior to the calculation of | 02:45:45 |
| 12 | the royalty? | 02:45:52 |
| 13 | A. I would imagine that leads to a smaller | 02:45:53 |
| 14 | royalty delivery to the Government. | 02:45:56 |
| 15 | Q. In -- | 02:45:59 |
| 16 | A. Could you just give me a second to just try | 02:46:00 |
| 17 | and understand this carefully? Yeah, it would make a minor | 02:46:02 |
| 18 | change to the amount of royalty oil which the Government | 02:46:17 |
| 19 | takes. | 02:46:23 |
| 20 | Q. Is SNPC authorized to sign off on a reduction | 02:46:24 |
| 21 | in the Government oils royalty? | 02:46:27 |
| 22 | A. It hasn't done that. In fact, it's the party | 02:46:30 |
| 23 | that's saying that they consider -- or they're asking that | 02:46:33 |
| 24 | the -- that CMS examine whether that's appropriate or not. | 02:46:37 |
| 25 | Q. Currently this is how the parties are | 02:46:42 |

Roland Fox                Connecticut v Congo              30th November 2006

| | | |
|---|---|---|
| 1 | proceeding though; correct? | 02:46:44 |
| 2 | A. The lifting -- the $150,000 is a deduction, | 02:46:47 |
| 3 | yes. | 02:46:50 |
| 4 | Q. So the practical effect is that SNPC has | 02:46:51 |
| 5 | signed off on the Government -- on the Government -- | 02:46:55 |
| 6 | A. Absolutely not. | 02:47:00 |
| 7 | Q. -- losing a portion? | 02:47:01 |
| 8 | A. Absolutely not. | 02:47:03 |
| 9 | Q. -- of their royalty? | 02:47:04 |
| 10 | A. Absolutely not. | 02:47:05 |
| 11 | Q. Why do you say "absolutely not"? | 02:47:07 |
| 12 | A. Because here SNPC is disputing the right of | 02:47:09 |
| 13 | CMS or asking CMS to consider whether it's appropriate. | 02:47:13 |
| 14 | It's not signing off on it at all. | 02:47:16 |
| 15 | Q. And CMS has done nothing because it's not in | 02:47:19 |
| 16 | their interest to do so; correct? | 02:47:21 |
| 17 | A. That's correct. | 02:47:24 |
| 18 | Q. Just trying to recap. There's an agreement | 02:47:52 |
| 19 | between Congo and CMS with regard to the maritime tax | 02:47:55 |
| 20 | off-set; correct? | 02:47:59 |
| 21 | A. No. | 02:48:00 |
| 22 | Q. I thought we discussed earlier that the | 02:48:02 |
| 23 | maritime tax that CMS indirectly had to pay by virtue of | 02:48:04 |
| 24 | having to pay the shippers, Congo agreed that CMS could take | 02:48:13 |
| 25 | an offtake? | 02:48:18 |

Merrill Legal Services
(+44) 207 404 1400          www.merrillcorp.com          190 Fleet Street
London EC4A 2AG

Roland Fox                    Connecticut v Congo              30th November 2006

| | | |
|---|---|---|
| 1 | A. No. It's an acquiescence is how I described | 02:48:19 |
| 2 | it. | 02:48:23 |
| 3 | Q. What do you mean by "acquiescence"? | 02:48:23 |
| 4 | A. They've gone along with it. | 02:48:26 |
| 5 | Q. You sought their approval for the | 02:48:28 |
| 6 | acquiescence -- and by "you" I mean CMS? | 02:48:30 |
| 7 | A. Sought their approval? I think -- I don't | 02:48:38 |
| 8 | know whether we -- whether CMS sought the approval or not | 02:48:42 |
| 9 | but it happened. My -- my understanding, from what | 02:48:45 |
| 10 | I learned at the time when this acquisition was made, was | 02:48:51 |
| 11 | that the Government considered or elements of the Government | 02:48:56 |
| 12 | considered -- were objecting to the fact that the | 02:49:00 |
| 13 | Hydrocarbons Ministry was receiving too much money; and this | 02:49:04 |
| 14 | was one way of sharing money around the various ministries, | 02:49:07 |
| 15 | and therefore it was acquiesced in without it being any | 02:49:11 |
| 16 | agreement. | 02:49:24 |
| 17 | Q. Are there any other acquiescences between CMS | 02:49:37 |
| 18 | and Congo, as you call them, that I haven't covered? | 02:49:42 |
| 19 | A. I can't think of any at the moment. | 02:49:45 |
| 20 | Q. Reading through the document request | 02:49:58 |
| 21 | responses -- were you involved in this in the preparation of | 02:49:59 |
| 22 | the document request responses? | 02:50:03 |
| 23 | A. Yes. | 02:50:05 |
| 24 | Q. You reviewed them? | 02:50:06 |
| 25 | A. Yes. | 02:50:11 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | Q. What about the interrogatory responses? | 02:50:11 |
| 2 | A. Yes. | 02:50:13 |
| 3 | Q. And you reviewed those? | 02:50:14 |
| 4 | A. Yes. | 02:50:15 |
| 5 | Q. The request for admissions as well? You | 02:50:16 |
| 6 | reviewed those? | 02:50:18 |
| 7 | A. Yes. | 02:50:19 |
| 8 | Q. The document requests assert a joint defence | 02:50:22 |
| 9 | privilege. Are you familiar with that? | 02:50:27 |
| 10 | A. What it means? | 02:50:29 |
| 11 | Q. Are you familiar with -- well, yes, do you | 02:50:31 |
| 12 | know what it -- what that means? | 02:50:35 |
| 13 | A. Not entirely, no. | 02:50:37 |
| 14 | Q. What's your understanding of the joint defence | 02:50:38 |
| 15 | privilege? | 02:50:41 |
| 16 | A. "Not entirely" is probably a very bad thing to | 02:50:42 |
| 17 | say. I'm not sure what it does mean. I'm not an expert on | 02:50:46 |
| 18 | legal privilege in the US. | 02:50:52 |
| 19 | Q. Okay. That's fair. Are you aware of the | 02:50:53 |
| 20 | basis for that objection? What is the basis for the | 02:51:11 |
| 21 | objection under the joint defence privilege in -- | 02:51:14 |
| 22 | A. Could I see the -- where it is actually -- | 02:51:17 |
| 23 | Q. I just want to make sure I focus you before | 02:51:19 |
| 24 | I -- before I give it to you. Just give me a second. The | 02:51:22 |
| 25 | copy at page 3, which is where it is asserted, is missing. | 02:52:16 |

| | | |
|---|---|---|
| 1 | Let me see if there's one here. Here we go. I'm just going | 02:52:22 |
| 2 | to read into the record the General Objection from | 02:53:02 |
| 3 | Defendant, CMS Nomeco Congo, Inc.'s, Responses to | 02:53:07 |
| 4 | Plaintiff's First Request for Production. This is on page 2 | 02:53:12 |
| 5 | of the document: | 02:53:16 |
| 6 | "CMS objects to each document request to the | 02:53:17 |
| 7 | extent it would require CMS to make or to divulge | 02:53:19 |
| 8 | information protected by the work product doctrine, the | 02:53:30 |
| 9 | attorney/client privilege, the joint defence/common interest | 02:53:32 |
| 10 | privilege and/or any other applicable privilege or | 02:53:38 |
| 11 | protection. To the extent that CMS objects to any document | 02:53:43 |
| 12 | request, for reasons other than privilege, CMS Nomeco | 02:53:47 |
| 13 | objects to any attempt to impose upon it an obligation to | 02:53:52 |
| 14 | privilege long any documents responsive only to the | 02:53:53 |
| 15 | objectionable portion of a request until a reasonable time | 02:53:57 |
| 16 | after CMS Nomeco's other objections may be heard and | 02:54:00 |
| 17 | resolved. CMS Nomeco will produce a log of other privileged | 02:54:07 |
| 18 | documents no later than December 31, 2006 and objects, on | 02:54:07 |
| 19 | relevancy grounds, to any purported requirement that it | 02:54:12 |
| 20 | produce such log sooner." | 02:54:15 |
| 21 | And I apologize I don't have the right one with | 02:54:23 |
| 22 | me. That is -- take on face value that's what's in here, | 02:54:26 |
| 23 | you guys are free to check when you go back. | 02:54:29 |
| 24 | With regard to the joint defence common interest | 02:54:32 |
| 25 | privilege that was asserted, do you know the basis for that | 02:54:34 |

| | | |
|---|---|---|
| 1 | objection? | 02:54:38 |
| 2 | A. No, I'm relying on legal advice I got. | 02:54:39 |
| 3 | Q. You're relying on legal advice for making the | 02:54:42 |
| 4 | objection? | 02:54:46 |
| 5 | A. For -- yes. | 02:54:47 |
| 6 | Q. Do you know if you have a joint defence | 02:54:48 |
| 7 | agreement with Congo, as the defendant in this action -- do | 02:54:51 |
| 8 | you know if you have a joint defence agreement with Congo? | 02:54:56 |
| 9 | A. I don't believe we have, no. In fact we | 02:54:59 |
| 10 | don't; I'm sure we don't. | 02:55:02 |
| 11 | Q. I'm sorry? | 02:55:04 |
| 12 | A. I'm sure we don't. | 02:55:05 |
| 13 | Q. You're sure you don't. Do you know of any | 02:55:07 |
| 14 | other joint defence agreements that CMS Nomeco has with | 02:55:09 |
| 15 | anyone associated with the District of Delaware litigation? | 02:55:17 |
| 16 | A. No, there are none. | 02:55:22 |
| 17 | Q. Is there anyone else that we could ask whether | 02:55:31 |
| 18 | or not there's a joint defence agreement in place, such that | 02:55:36 |
| 19 | this objection would be appropriate? | 02:55:40 |
| 20 | MR. LIPE: I object to the form. | 02:55:43 |
| 21 | A. I don't -- I don't believe there is a joint -- | 02:55:46 |
| 22 | there's no agreement between us and anybody else for a joint | 02:55:49 |
| 23 | defence. | 02:55:52 |
| 24 | Q. And you would know because the chief legal | 02:55:53 |
| 25 | officer and -- | 02:55:56 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | A. I should know if there was one, yes. | 02:55:57 |
| 2 | MR. KAPLAN: We'll put this on our list of things | 02:56:09 |
| 3 | to discuss after the deposition. Maybe Mr. -- | 02:56:11 |
| 4 | MR. LIPE: There are -- there are no joint defence | 02:56:15 |
| 5 | agreements. | 02:56:17 |
| 6 | MR. KAPLAN: Well, what's the basis for the joint | 02:56:18 |
| 7 | defence privilege assertion? | 02:56:19 |
| 8 | MR. LIPE: First of all, we're not claiming joint | 02:56:21 |
| 9 | defence privilege with regard to any documents generated in | 02:56:22 |
| 10 | connection with the Delaware litigation. Did you hear that? | 02:56:24 |
| 11 | MR. KAPLAN: Yes. Yeah. | 02:56:29 |
| 12 | MR. LIPE: Your document requests seek documents | 02:56:32 |
| 13 | relating to the Texas litigation. The joint defence | 02:56:34 |
| 14 | privilege would apply only to the extent the court would | 02:56:37 |
| 15 | determine that communications generated in connection with | 02:56:42 |
| 16 | the Texas garnishment litigation are discoverable in this | 02:56:46 |
| 17 | case. But there is no joint defence agreement with regard | 02:56:50 |
| 18 | to the Texas litigation either. | 02:56:54 |
| 19 | MR. KAPLAN: Who are the agreements -- who are the | 02:56:57 |
| 20 | communications between that are the -- are potentially the | 02:56:59 |
| 21 | subject of the privilege? | 02:57:02 |
| 22 | MR. LIPE: It would be communications | 02:57:06 |
| 23 | Cleary & Gotlieb lawyers and Vinson Elkins lawyers in | 02:57:08 |
| 24 | connection with the Texas litigation. | 02:57:17 |
| 25 | If you look at the first two requests in your | 02:57:26 |

Merrill Legal Services
(+44) 207 404 1400        www.merrillcorp.com        190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | document request, you're seeking documents relating to | 02:57:30 |
| 2 | litigation brought by Af-Cap and any other judgment | 02:57:34 |
| 3 | creditors of the Congo without geographic or time | 02:57:38 |
| 4 | limitation. I interpreted that request as seeking every | 02:57:41 |
| 5 | communication generated in connection with the Texas | 02:57:46 |
| 6 | garnishment actions. | 02:57:51 |
| 7 | MR. KAPLAN: I think this general matter -- the | 02:57:53 |
| 8 | interpretation -- you've broadened the interpretation beyond | 02:57:55 |
| 9 | what the request asks for. | 02:58:05 |
| 10 | MR. LIPE: I'm glad to hear that. Maybe we don't | 02:58:07 |
| 11 | have a dispute then. There are no joint defence documents | 02:58:10 |
| 12 | in connection with the Delaware litigation. | 02:58:13 |
| 13 | MR. KAPLAN: But there -- | 02:58:17 |
| 14 | Q. Mr. Fox, were you aware that there were | 02:58:19 |
| 15 | communications between lawyers for CMS Nomeco and lawyers | 02:58:22 |
| 16 | for the Congo during the Texas litigation? | 02:58:27 |
| 17 | A. Yes. | 02:58:31 |
| 18 | Q. Did you authorize those communications? | 02:58:32 |
| 19 | A. They were carried out by the lawyers. | 02:58:34 |
| 20 | I believe there were communications with the lawyers acting | 02:58:52 |
| 21 | for the claimants as well. | 02:58:57 |
| 22 | Q. What's your basis for saying that there were | 02:59:08 |
| 23 | communications between lawyers acting for the claimants as | 02:59:11 |
| 24 | well? | 02:59:14 |
| 25 | A. My understanding was that, from time to time, | 02:59:15 |

Merrill Legal Services
(+44) 207 404 1400                www.merrillcorp.com                190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | Mr. Lipe had spoken to lawyers for the claimants to discuss | 02:59:20 |
| 2 | hearings.  That's my understanding. | 02:59:25 |
| 3 | MR. LIPE:  Just so there's no confusion, we're not | 02:59:35 |
| 4 | claiming those as privileged, if that's what you're | 02:59:37 |
| 5 | concerned about.  I don't think you asked about | 02:59:41 |
| 6 | communications with claimant's lawyers claimed as privilege. | 02:59:45 |
| 7 | That's not the case. | 02:59:48 |
| 8 | MR. KAPLAN:  I'm not. | 02:59:50 |
| 9 | Q.  Are there any other understandings between | 03:00:04 |
| 10 | CMS, Congo or SNPC, other than those which we've discussed | 03:00:09 |
| 11 | today? | 03:00:17 |
| 12 | A.  I can't recollect any. | 03:00:17 |
| 13 | Q.  CMS is currently extracting oil under the | 03:00:26 |
| 14 | Marine 1 permit? | 03:00:29 |
| 15 | A.  Is currently? | 03:00:32 |
| 16 | Q.  Currently extracting oil under the Marine 1 | 03:00:33 |
| 17 | permit? | 03:00:36 |
| 18 | A.  Correct. | 03:00:37 |
| 19 | Q.  Has there ever been a period of time during | 03:00:38 |
| 20 | which -- after the wells were drilled that CMS hasn't | 03:00:42 |
| 21 | extracted oil from the field? | 03:00:49 |
| 22 | MR. LIPE:  I object to the form. | 03:00:52 |
| 23 | A.  Well CMS were the operator of the Marine 1 | 03:00:53 |
| 24 | permit.  At some stage after the wells were drilled | 03:00:59 |
| 25 | I suspect they must have been shut in.  And, subsequently, | 03:01:03 |

Page 152

Roland Fox                    Connecticut v Congo                    30th November 2006

| | | |
|---|---|---|
| 1 | when the necessary terminal facilities were prepared then | 03:01:06 |
| 2 | extraction would have started.  There may well have been | 03:01:10 |
| 3 | interruptions for production difficulties or the like. | 03:01:14 |
| 4 | Q.  But there have been -- | 03:01:17 |
| 5 | A.  But overall the production has continued since | 03:01:19 |
| 6 | 1991. | 03:01:23 |
| 7 | Q.  Okay.  When was the last royalty lifting | 03:01:26 |
| 8 | taken? | 03:01:34 |
| 9 | A.  The last royalty lifting was taken in April of | 03:01:39 |
| 10 | 2006.  It was more than a royalty lifting, of course, | 03:01:42 |
| 11 | because SNPC's working interest oil was also lifted at the | 03:01:54 |
| 12 | time. | 03:01:58 |
| 13 | Q.  Does SNPC always take its interest oil in | 03:02:01 |
| 14 | a lifting at the same time it takes the Congo's royalty | 03:02:07 |
| 15 | lifting? | 03:02:12 |
| 16 | A.  Yes.  I believe it's obliged that the two | 03:02:13 |
| 17 | things happen simultaneously, as on the date on which these | 03:02:15 |
| 18 | liftings began in kind rather than there being a cash | 03:02:21 |
| 19 | royalty. | 03:02:24 |
| 20 | Q.  And when is the next royalty due? | 03:02:25 |
| 21 | A.  The next -- we understand that SNPC -- well, | 03:02:33 |
| 22 | SNPC is entitled to take the next lifting.  We forecast it, | 03:02:35 |
| 23 | at the moment, some time around the end of December, but | 03:02:40 |
| 24 | SNPC has not nominated a date as yet.  It is entitled to the | 03:02:44 |
| 25 | next lifting then, assuming, of course, that it complies | 03:02:50 |

Page 153

| | | |
|---|---|---|
| 1 | with the requirements for nomination. | 03:03:02 |
| 2 | Q. And are you aware of when the lawsuit we're | 03:03:04 |
| 3 | here about today began? Do you know the date? | 03:03:07 |
| 4 | A. I believe it's October 2005. | 03:03:11 |
| 5 | Q. Well, do you know when -- when the lawsuit | 03:03:15 |
| 6 | actually began? | 03:03:19 |
| 7 | A. October 2005. | 03:03:19 |
| 8 | Q. Are you aware that CMS was served with | 03:03:24 |
| 9 | Af-Cap's request for garnishment writs in this action at the | 03:03:29 |
| 10 | end of August of 2005? | 03:03:33 |
| 11 | A. I thought the writ was October. I may be | 03:03:41 |
| 12 | wrong, but I thought it was October. That was my | 03:03:43 |
| 13 | recollection. I suspect you're probably right. | 03:03:45 |
| 14 | Q. Are you aware that writs of garnishment were | 03:03:53 |
| 15 | ordered in this case on September 30th, 2005? | 03:03:56 |
| 16 | MR. LIPE: I object to the form. | 03:03:59 |
| 17 | A. No. I thought it was some time in October. | 03:04:01 |
| 18 | I'm sure we were served in October. | 03:04:04 |
| 19 | Q. Then you'll agree with me on October 12th, | 03:04:07 |
| 20 | 2005 writs of garnishment were served on CMS in this case? | 03:04:09 |
| 21 | MR. LIPE: I object to the form. | 03:04:14 |
| 22 | A. Was it writs or --? I don't know. Who did | 03:04:16 |
| 23 | you serve them on? Sorry, I'm not supposed to ask | 03:04:19 |
| 24 | questions. I'm not sure whether they were served on CMS or | 03:04:22 |
| 25 | not. | 03:04:26 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | Q. That's fine. They were served | 03:04:28 |
| 2 | on October 12th, 2005 on CMS corporate representative in | 03:04:30 |
| 3 | Delaware. Were you aware of that? | 03:04:34 |
| 4 | MR. LIPE: I object to the form. | 03:04:37 |
| 5 | A. I was aware there was a writ issued on or | 03:04:39 |
| 6 | served on 12th October. Whether it was validly served or | 03:04:44 |
| 7 | not I'm not in a position to answer because that's a matter | 03:04:48 |
| 8 | of US law. | 03:04:52 |
| 9 | Q. And it's correct that the writ hasn't been | 03:04:59 |
| 10 | dismissed? | 03:05:02 |
| 11 | A. It has not been dismissed. Indeed, I'm not | 03:05:04 |
| 12 | even sure it was validly issued, but that's a matter, again, | 03:05:19 |
| 13 | of US law. | 03:05:23 |
| 14 | Q. I show you Exhibit 13. | 03:05:24 |
| 15 | (Exhibit 13 marked for identification). | 03:05:27 |
| 16 | Q. Have you seen this document before? | 03:05:48 |
| 17 | A. Yes. | 03:05:50 |
| 18 | Q. What is this document? | 03:05:55 |
| 19 | A. It's a document sent by CMS to the Congo | 03:05:56 |
| 20 | showing statistics of production and barrels lifted | 03:05:59 |
| 21 | in October. It contains also a list of the -- contains also | 03:06:05 |
| 22 | a schedule of the under/over lifts and various other items. | 03:06:12 |
| 23 | Q. And this is statistics for October 2005? | 03:06:21 |
| 24 | A. It talks here about the production that was | 03:06:26 |
| 25 | commercializable in October 2005 -- | 03:06:31 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | Q. And what is -- | 03:06:40 |
| 2 | A. -- and the volume of oil that had been lifted | 03:06:42 |
| 3 | in October 2005 which, as you can see, was zero. | 03:06:44 |
| 4 | Q. What does "Production commercialisable" mean? | 03:06:56 |
| 5 | A. It's the total production less the production | 03:07:01 |
| 6 | that had been utilized in production operations, in -- | 03:07:03 |
| 7 | during the relevant period. | 03:07:11 |
| 8 | Q. You said this reflects that there was no | 03:07:21 |
| 9 | lifting taken? | 03:07:23 |
| 10 | A. Correct. | 03:07:24 |
| 11 | Q. And why would no lifting have been taken? | 03:07:25 |
| 12 | A. Because there wasn't sufficient oil in the | 03:07:27 |
| 13 | conkouati to make a lifting sensible. | 03:07:30 |
| 14 | Q. And these statistics for October 2005, which | 03:07:34 |
| 15 | is the same month that the garnishment was served; correct? | 03:07:41 |
| 16 | A. Correct. | 03:07:45 |
| 17 | Q. Item 3 -- | 03:07:46 |
| 18 | A. Hmm. | 03:07:49 |
| 19 | Q. -- on page 1575, which is page 1 -- | 03:07:49 |
| 20 | A. Hmm. | 03:07:54 |
| 21 | Q. -- what is "Redevance comptabilsTe" mean? | 03:07:54 |
| 22 | A. This is the calculations -- the | 03:08:02 |
| 23 | computations -- it is described in the documentation of the | 03:08:03 |
| 24 | royalty -- that will otherwise or that will eventually | 03:08:07 |
| 25 | become taken by way of barrels of oil at the time that SNPC | 03:08:10 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

Roland Fox                    Connecticut v Congo                    30th November 2006

| | | |
|---|---|---|
| 1 | Q. Okay. What is Nuevo Congo and Nuevo Congo | 03:14:31 |
| 2 | Limited share? | 03:14:36 |
| 3 | A. **16.67%.** | 03:14:37 |
| 4 | Q. 16? | 03:14:40 |
| 5 | A. **.67%.** | 03:14:42 |
| 6 | Q. Just so I'm clear about this, and so the | 03:14:44 |
| 7 | record is clear, the number on page 1 of this document, | 03:14:47 |
| 8 | document -- Exhibit 13, is a calculation which takes into | 03:14:50 |
| 9 | account the royalty for each of the working interest owners | 03:14:54 |
| 10 | proportionately that would be due to the Congo? | 03:14:59 |
| 11 | A. **It -- yes, it's a combination of all the** | 03:15:02 |
| 12 | **royalties that are ultimately taken.** | 03:15:05 |
| 13 | Q. It's Nuevo's Congo 16.67%, it is Nuevo's Congo | 03:15:07 |
| 14 | Limited, CMS Nomeco's percentage and SNPC's percentage, | 03:15:15 |
| 15 | which was 14.5%; right? | 03:15:20 |
| 16 | A. **That is correct, yes.** | 03:15:23 |
| 17 | Q. And who is Mr. Faillenet? | 03:15:24 |
| 18 | A. **He's the General Manager in Congo.** | 03:15:28 |
| 19 | Q. And he's responsible for preparing these | 03:15:32 |
| 20 | documents? | 03:15:34 |
| 21 | A. **I believe they will be prepared by the** | 03:15:35 |
| 22 | **accountant in Congo and signed off by Eric Faillenet.** | 03:15:37 |
| 23 | Q. Can you give me the name of the accountant? | 03:15:45 |
| 24 | A. **Arnaud Le Blanc -- A-r-n-a-u-d, new word L-e,** | 03:15:49 |
| 25 | **new word B-l-a-n-c.** | 03:15:55 |

Page 160

| | | |
|---|---|---|
| 1 | Q. And is page 1 a summary of the underlying | 03:16:05 |
| 2 | documents attached to Exhibit 13? | 03:16:08 |
| 3 | A. I mean, a summary -- I summary of certain | 03:16:11 |
| 4 | elements of it, yes. | 03:16:14 |
| 5 | Q. Okay. And what is page 2 telling us? | 03:16:15 |
| 6 | A. It's -- it's a -- it's a list of the net | 03:16:18 |
| 7 | production or the real production, sorry, compared to what | 03:16:24 |
| 8 | had been provisioned. So it's an updated list of how much | 03:16:28 |
| 9 | off the estimates the production actually was. | 03:16:34 |
| 10 | Q. Okay. And page 3 is a pricing schedule? | 03:16:37 |
| 11 | A. Yes, the oil that's produced isn't normal | 03:16:43 |
| 12 | crude oil, it is number 6 fuel oil; and this is the prices | 03:16:46 |
| 13 | at which number 6 fuel oil is sold. | 03:16:51 |
| 14 | Q. On page 1578, what are these diagrams? What | 03:17:08 |
| 15 | are these? | 03:17:12 |
| 16 | A. They're a list of the oil in storage -- the | 03:17:13 |
| 17 | oil actually on the conkouati. It talks about, for | 03:17:18 |
| 18 | instance, what the API is, its quality, effectively. Some | 03:17:21 |
| 19 | oil is wet oil, some is condensate, and this is just | 03:17:26 |
| 20 | comparing the inventory, the various items. | 03:17:32 |
| 21 | Q. And there's an opening stock/closing stock, is | 03:17:37 |
| 22 | that -- what does that relate to? | 03:17:40 |
| 23 | A. That would represent the amount on the tanker | 03:17:42 |
| 24 | at the beginning of the period and at the end. | 03:17:44 |
| 25 | Q. And then there on 1579. Is this an updated -- | 03:17:46 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | A. Over/under lift statement. | 03:17:55 |
| 2 | Q. Over/under? | 03:17:56 |
| 3 | A. Yes. | 03:17:58 |
| 4 | Q. Okay. And the shaded portions of the | 03:17:58 |
| 5 | under/over, are those -- do they represent the SNPC royalty | 03:18:01 |
| 6 | lifting -- the SNPC/JOA portion as well as the royalty | 03:18:09 |
| 7 | lifting? | 03:18:14 |
| 8 | A. Correct. | 03:18:14 |
| 9 | Q. And then if you look at -- if we look at the | 03:18:21 |
| 10 | one from 26th November 2000 -- let's look | 03:18:25 |
| 11 | at September 7th -- | 03:18:36 |
| 12 | A. What's the lifting number on the left? It is | 03:18:38 |
| 13 | the second column in. | 03:18:40 |
| 14 | Q. 130. We'll look at number 130. | 03:18:43 |
| 15 | A. Right. Okay. | 03:18:45 |
| 16 | Q. This would be a CMS lifting; correct? | 03:18:46 |
| 17 | A. Yes. | 03:18:50 |
| 18 | Q. Okay. And it was 435,000 barrels? | 03:18:50 |
| 19 | A. Correct. | 03:18:57 |
| 20 | Q. How was the selling price represented? | 03:18:59 |
| 21 | A. It's the $43.9038. | 03:19:02 |
| 22 | Q. Okay. Okay. So I can calculate how much you | 03:19:08 |
| 23 | sold the oil for if I multiplied the number of barrels by | 03:19:14 |
| 24 | that amount of dollars? | 03:19:20 |
| 25 | A. Exactly, yes. | 03:19:22 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | Q. And then there's a notation here for 130 | 03:19:23 |
| 2 | royalty in the activities column? | 03:19:30 |
| 3 | A. Yes. | 03:19:32 |
| 4 | Q. What does that mean? | 03:19:32 |
| 5 | A. That's the computation of the royalty that | 03:19:33 |
| 6 | will become taken by the Government at the time of the next | 03:19:39 |
| 7 | SNPC lifting. | 03:19:45 |
| 8 | Q. So CMS is keeping a running tally -- | 03:19:46 |
| 9 | A. Of what will ultimately become taken by the | 03:19:49 |
| 10 | Government, yes. | 03:19:52 |
| 11 | Q. And then this reference to tax maritime? | 03:19:55 |
| 12 | A. Yes. | 03:20:00 |
| 13 | Q. Lift 130. What -- what is that? | 03:20:00 |
| 14 | A. That's the issue that we've discussed earlier | 03:20:04 |
| 15 | on, the off-set. | 03:20:06 |
| 16 | Q. And by that you mean the off-set? | 03:20:08 |
| 17 | A. Yes. | 03:20:09 |
| 18 | Q. And what -- so it's -- is that a negative | 03:20:10 |
| 19 | number? | 03:20:13 |
| 20 | A. Yes, it's a -- I mean, it's a -- it was | 03:20:14 |
| 21 | a charge that, as I've explained before, has been met by | 03:20:19 |
| 22 | CMS; it's compensated its lifters and it's been -- CMS has | 03:20:24 |
| 23 | then deducted a barrel equivalent of that value in the | 03:20:31 |
| 24 | calculation of the Government's entitlement. | 03:20:36 |
| 25 | Q. And then is that based on an actual number | 03:20:41 |