| | | |
|---|---|---|
| 1 | that CMS would have to pay or is that -- | 03:20:44 |
| 2 | **A. Yes, there's a -- under the terms of the --** | 03:20:47 |
| 3 | **I think it was 1998 decree, it spelled out how the maritime** | 03:20:51 |
| 4 | **tax is calculated; and essentially it's -- it's something** | 03:20:57 |
| 5 | **like $2 a barrel to one Government entity -- $2, sorry not** | 03:21:03 |
| 6 | **per barrel per metric ton, to one Government entity and** | 03:21:11 |
| 7 | **60 cents per metric ton to another Government entity.** | 03:21:16 |
| 8 | Q. I'm familiar with the 99 decree, I'm just | 03:21:23 |
| 9 | not -- | 03:21:27 |
| 10 | **A. I'm sorry. It may be the 99 decree.** | 03:21:28 |
| 11 | Q. Is it the September 1999 decree that you're | 03:21:32 |
| 12 | referring to? | 03:21:35 |
| 13 | **A. It's the one that imposed the maritime tax.** | 03:21:36 |
| 14 | MR. LIPE: That's not the September 99 decree. | 03:21:39 |
| 15 | It's amongst the documents that we sent over to you this | 03:21:41 |
| 16 | week. | 03:21:46 |
| 17 | Q. We will go back through. Dates are starting | 03:21:47 |
| 18 | to get confusing. | 03:21:50 |
| 19 | MR. LIPE: I understand. | 03:21:52 |
| 20 | Q. Then the last reference in the activities | 03:21:53 |
| 21 | column, "2nd qtr 05 royalty". What does that mean? | 03:21:57 |
| 22 | **A. The royalty are paid -- sorry, the royalties** | 03:22:08 |
| 23 | **are calculated usual initially on a basis of 85% of the** | 03:22:11 |
| 24 | **total; and then, on a quarterly basis, it's corrected.** | 03:22:16 |
| 25 | Q. Why is that? | 03:22:20 |

| | | |
|---|---|---|
| 1 | A. It's what the Convention provides for. | 03:22:20 |
| 2 | Q. Then it's trued up each quarter under the | 03:22:24 |
| 3 | Convention? | 03:22:27 |
| 4 | A. Exactly, yes. | 03:22:28 |
| 5 | Q. Under section 7 of the Convention; correct? | 03:22:29 |
| 6 | A. I think it's in the appendix to the | 03:22:32 |
| 7 | Convention. I think that's where it's dealt with. | 03:22:34 |
| 8 | Q. Then, if we -- we can come back to that? | 03:23:06 |
| 9 | A. Yeah. | 03:23:09 |
| 10 | Q. I'm not concerned exactly where it is in the | 03:23:09 |
| 11 | Convention, but it derived from the Convention? | 03:23:11 |
| 12 | A. Exactly, yes. | 03:23:15 |
| 13 | Q. Then lifting 131? | 03:23:17 |
| 14 | A. Yeah. | 03:23:19 |
| 15 | Q. That would be an SNPC lifting; correct? | 03:23:19 |
| 16 | A. Correct, yes. | 03:23:22 |
| 17 | Q. And the barrels category, can you read that? | 03:23:25 |
| 18 | A. Yes, it's 605,004. | 03:23:34 |
| 19 | Q. And then there's a deduction in the next | 03:23:38 |
| 20 | paragraph over/under SNPC? | 03:23:41 |
| 21 | A. Yeah, that's 373,420, I think. | 03:23:43 |
| 22 | Q. And it's a negative number; so can you explain | 03:23:51 |
| 23 | that number? | 03:23:56 |
| 24 | A. It's the amount of the -- it's the amount of | 03:23:56 |
| 25 | the over lift by SNPC on that lifting. | 03:23:58 |

Merrill Legal Services                                    190 Fleet Street
(+44) 207 404 1400              www.merrillcorp.com        London EC4A 2AG

| | | |
|---|---|---|
| 1 | Q. So they over lifted by 373,420? | 03:24:01 |
| 2 | A. On that lifting, yes. | 03:24:07 |
| 3 | Q. On that lifting. And by over lift -- what | 03:24:08 |
| 4 | would they have been entitled to? | 03:24:11 |
| 5 | A. 12.5% of 605,004. | 03:24:14 |
| 6 | Q. I see. And so the over/under to the | 03:24:17 |
| 7 | Government then is negative 155,960? | 03:24:21 |
| 8 | A. What you have -- you have to think in terms of | 03:24:32 |
| 9 | what SNPC took and what it was entitled to. What it | 03:24:34 |
| 10 | actually took for itself was the 605 less the Government | 03:24:38 |
| 11 | share of 155. So that the balance -- so the Government took | 03:24:43 |
| 12 | its own oil -- own royalty oil of 155. So the difference | 03:24:48 |
| 13 | between the 605 and 155 is what SNPC actually took. | 03:24:54 |
| 14 | However, they're only entitled to 12.5% of that 605 due to | 03:24:58 |
| 15 | the provisions of the JOA. The difference between what they | 03:25:03 |
| 16 | actually took and what they were entitled to is that number, | 03:25:06 |
| 17 | 373. | 03:25:10 |
| 18 | Q. And you said the difference between what they | 03:25:27 |
| 19 | actually took and what they were entitled to is the 373 | 03:25:32 |
| 20 | number, that's the negative number? | 03:25:37 |
| 21 | A. That is correct, yes. So that shows they had | 03:25:39 |
| 22 | over lifted on that lifting by that quantity. | 03:25:41 |
| 23 | Q. Okay. In the last column the 155,360; is that | 03:25:43 |
| 24 | correct? | 03:25:51 |
| 25 | A. Yes. | 03:25:52 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

Roland Fox                Connecticut v Congo              30th November 2006

| | | |
|---|---|---|
| 1 | Q. What does that number represent? | 03:25:53 |
| 2 | A. That represents the amount of -- the number of | 03:25:55 |
| 3 | barrels of oil taken by the Government by way of royalty | 03:26:00 |
| 4 | oil. | 03:26:03 |
| 5 | Q. Okay. So that's the same as the number, the | 03:26:04 |
| 6 | negative number prior to it? | 03:26:07 |
| 7 | A. Yes. It off-sets one another effectively. | 03:26:09 |
| 8 | Q. The overall effect of this lifting is that | 03:26:13 |
| 9 | CMS -- is that SNPC is in a negative over/under position | 03:26:16 |
| 10 | and -- | 03:26:20 |
| 11 | A. Had -- I'm sorry. | 03:26:21 |
| 12 | Q. -- correct? | 03:26:24 |
| 13 | A. Had over lifted by 375,000 barrels on that | 03:26:25 |
| 14 | lifting. | 03:26:28 |
| 15 | Q. Okay. And what effect does that have in | 03:26:28 |
| 16 | calculating -- in the next -- when the next lifting is | 03:26:31 |
| 17 | taken? | 03:26:34 |
| 18 | A. What you have to do is to add up all of the | 03:26:35 |
| 19 | under/over lifts for SNPC and by doing so, which is | 03:26:37 |
| 20 | basically all the ones in that column we've just been | 03:26:43 |
| 21 | looking at, and then you will be able to tell the cumulative | 03:26:47 |
| 22 | over/under lifting position of SNPC; and that, together with | 03:26:52 |
| 23 | any royalty oil to be taken by the Government, would | 03:26:58 |
| 24 | determine when SNPC was entitled to take the next lifting. | 03:27:01 |
| 25 | It's that number you take into account in determining when | 03:27:06 |

Page 167

| | | |
|---|---|---|
| 1 | you hit the 275. | 03:27:10 |
| 2 | Q. So to get to the 275 you subtract the | 03:27:15 |
| 3 | over/unders, the SNPC's over/under positions? | 03:27:18 |
| 4 | A. From day one. | 03:27:23 |
| 5 | Q. From day one? | 03:27:24 |
| 6 | A. Yeah. | 03:27:25 |
| 7 | Q. And then you have to add in the amount of oil | 03:27:25 |
| 8 | that CMS is accumulating? | 03:27:29 |
| 9 | A. No. | 03:27:33 |
| 10 | Q. No? | 03:27:33 |
| 11 | A. No. You'd then add in the computations -- the | 03:27:34 |
| 12 | relevant computations for the Government royalty oil; and | 03:27:37 |
| 13 | when you add the two together and that becomes more than 275 | 03:27:40 |
| 14 | SNPC is entitled to take the next lifting. | 03:27:46 |
| 15 | Q. And that returns us, then, to paragraph 3 | 03:27:50 |
| 16 | of -- to item 3 of the first page, which is that 70 barrels | 03:27:52 |
| 17 | this month are factored in to the over/under position? | 03:28:00 |
| 18 | A. Yes. What you'll see there, you see, in that | 03:28:13 |
| 19 | last section at the bottom of the page for the lifting 131, | 03:28:16 |
| 20 | the royalty oil computation for that lifting is 70.388, | 03:28:19 |
| 21 | which then is then -- it is actually 386 sorry, which is | 03:28:26 |
| 22 | then the number that appears on the first page of this | 03:28:33 |
| 23 | document. | 03:28:36 |
| 24 | Q. I see. The calculation is beginning again for | 03:28:51 |
| 25 | when they get to the 275? | 03:28:55 |

Merrill Legal Services
(+44) 207 404 1400                www.merrillcorp.com                190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | A. Yes, it's -- from that point you then try -- | 03:28:57 |
| 2 | add the two elements together; and eventually you come to | 03:29:00 |
| 3 | a stage when the 275 is hit, at which point SNPC is entitled | 03:29:03 |
| 4 | to make a nomination for the next lifting. | 03:29:07 |
| 5 | Q. And then there's two numbers under the barrel | 03:29:10 |
| 6 | in the "O/U SNPC" column. Is that 2.953 down there at the | 03:29:13 |
| 7 | bottom? | 03:29:21 |
| 8 | A. 2953, yes. | 03:29:22 |
| 9 | Q. Then negative 2953? | 03:29:23 |
| 10 | A. Yes. | 03:29:25 |
| 11 | Q. What is -- what are those numbers? | 03:29:26 |
| 12 | A. Those are the lifting costs associated with | 03:29:28 |
| 13 | that which, as you can see, is around $150,000, which is the | 03:29:30 |
| 14 | number we come back to that we discussed earlier this | 03:29:35 |
| 15 | morning. | 03:29:39 |
| 16 | Q. Oh, so part of their -- part of CMS's -- | 03:29:41 |
| 17 | I'm sorry -- | 03:29:44 |
| 18 | A. No, this is SNPC. | 03:29:45 |
| 19 | Q. Sorry. Part of SNPC's negative -- the | 03:29:47 |
| 20 | calculation of SNPC's negative position includes the | 03:29:51 |
| 21 | operating costs which CMS is entitled to subtract? | 03:29:56 |
| 22 | A. The $150,000 worth of lifting costs. | 03:30:02 |
| 23 | Q. Right. | 03:30:06 |
| 24 | A. As you can see, each barrel on this particular | 03:30:06 |
| 25 | lifting is worth around $50. It's around 3,000 barrels, so | 03:30:09 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | it's -- that's where the number comes from. | 03:30:16 |
| 2 | Q. And the NS Concept was the vessel that picked | 03:30:20 |
| 3 | up this lifting? | 03:30:27 |
| 4 | A. That would appear to be the case, yes. | 03:30:30 |
| 5 | Q. How soon before a vessel docks does CMS have | 03:30:32 |
| 6 | notice that a vessel is coming? | 03:30:39 |
| 7 | A. SNPC is, under the terms of the amendment to | 03:30:41 |
| 8 | the lifting agreement, obliged to give 25 days' notice to | 03:30:44 |
| 9 | say that a -- that it wishes to take a lifting. It | 03:30:48 |
| 10 | nominates the vessel; and then, I believe, there's | 03:30:53 |
| 11 | a notification shortly beforehand to say when the vessel | 03:30:59 |
| 12 | will arrive. | 03:31:04 |
| 13 | Q. And I'm just going to mark this as Exhibit 14. | 03:31:32 |
| 14 | (Exhibit 14 marked for identification) | 03:31:36 |
| 15 | A. Thank you. | 03:31:51 |
| 16 | Q. Mr. Fox, this is the statistics | 03:31:55 |
| 17 | for October 2006. It's the same -- | 03:31:59 |
| 18 | A. Yes. | 03:32:03 |
| 19 | Q. -- type of document that we just walked | 03:32:03 |
| 20 | through; correct? | 03:32:06 |
| 21 | A. Hmm, hmm. | 03:32:07 |
| 22 | Q. And this reflects that just last month's | 03:32:08 |
| 23 | production, October 2006; correct? | 03:32:10 |
| 24 | A. Yes. | 03:32:13 |
| 25 | Q. Now, who -- who receives -- who receives these | 03:32:14 |

Merrill Legal Services                                190 Fleet Street
(+44) 207 404 1400          www.merrillcorp.com       London EC4A 2AG

Roland Fox                    Connecticut v Congo                    30th November 2006

| | | |
|---|---|---|
| 1 | documents? | 03:32:17 |
| 2 | A. It's sent to the Government. I -- actually, | 03:32:18 |
| 3 | when I say it's sent to the Government I suspect -- | 03:32:22 |
| 4 | I believe it's sent to SNPC, not to the Government at all, | 03:32:26 |
| 5 | or maybe it is sent to both. | 03:32:29 |
| 6 | Q. On the 05 one it is sent to the Government? | 03:32:37 |
| 7 | A. I mean, it could be it's sent to both. | 03:32:41 |
| 8 | Q. Let's just finish off going through 05, the 05 | 03:32:50 |
| 9 | one -- | 03:32:56 |
| 10 | A. Actually, I think it's clear because it is | 03:32:56 |
| 11 | copied to the SNPC at the bottom. So this must be sent to | 03:32:59 |
| 12 | the Government. | 03:33:02 |
| 13 | Q. Okay. Okay. After the over/under page, which | 03:33:03 |
| 14 | is 1579, then we get to 1580? | 03:33:09 |
| 15 | A. Sorry, where? | 03:33:13 |
| 16 | Q. On document 13 -- | 03:33:15 |
| 17 | MR. LIPE: He's gone back to 13. | 03:33:18 |
| 18 | Q. I just want to follow up on 13 and finish it | 03:33:20 |
| 19 | off for us. | 03:33:23 |
| 20 | A. Okay. | 03:33:24 |
| 21 | Q. The -- 1580. What is the production? The | 03:33:36 |
| 22 | production reference of September 2005, that's the metric | 03:33:40 |
| 23 | tons that -- | 03:33:45 |
| 24 | A. Yes, yeah. | 03:33:46 |
| 25 | Q. That were produced that month? | 03:33:47 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

Roland Fox                Connecticut v Congo            30th November 2006

| | | |
|---|---|---|
| 1 | A. Correct. | 03:33:49 |
| 2 | Q. And then the next column; what is that | 03:33:50 |
| 3 | representing? | 03:33:58 |
| 4 | A. That's sales during the month. | 03:33:59 |
| 5 | Q. Okay. And then the "Redevance"? | 03:34:01 |
| 6 | A. Royalty . | 03:34:09 |
| 7 | Q. And that's calculated in dollars per each | 03:34:11 |
| 8 | working interest owner; correct? | 03:34:15 |
| 9 | A. Correct. | 03:34:18 |
| 10 | Q. So this is the breakout that we were | 03:34:24 |
| 11 | struggling with earlier that leads to the 3.575 million and | 03:34:26 |
| 12 | change calculation -- | 03:34:32 |
| 13 | A. Yes. | 03:34:33 |
| 14 | Q. -- which is then translated into barrels of | 03:34:33 |
| 15 | oil based upon the market price; correct? | 03:34:36 |
| 16 | A. Correct. | 03:34:38 |
| 17 | Q. And then the next page, which is 1581, is | 03:35:01 |
| 18 | this -- what is this reporting? | 03:35:14 |
| 19 | A. There are certain costs that are allowed to be | 03:35:19 |
| 20 | deducted before you make the calculation of the royalty, | 03:35:23 |
| 21 | again governed by Article 7 of the Convention. Internal | 03:35:26 |
| 22 | transport, as you can see, has got a zero figure. There are | 03:35:33 |
| 23 | other costs related there that you are entitled to take into | 03:35:37 |
| 24 | account before you start making your calculation; and those | 03:35:40 |
| 25 | are -- those are the costs that are associated. | 03:35:44 |

Page 172

Roland Fox                    Connecticut v Congo              30th November 2006

| | | |
|---|---|---|
| 1 | Q. Costs associated with deductions prior to | 03:35:50 |
| 2 | calculating the royalty? | 03:35:53 |
| 3 | A. Yes. These are costs which the Convention | 03:35:55 |
| 4 | allows you to deduct before you make your royalty | 03:35:56 |
| 5 | calculation. | 03:36:00 |
| 6 | Q. But that doesn't include the maritime tax | 03:36:01 |
| 7 | off-set or the off-set for the production costs? | 03:36:03 |
| 8 | A. The lifting costs. | 03:36:07 |
| 9 | Q. The operating costs? | 03:36:08 |
| 10 | A. The lifting costs. | 03:36:09 |
| 11 | Q. The lifting costs? | 03:36:10 |
| 12 | A. Yes. | 03:36:12 |
| 13 | Q. Okay. Those are represented elsewhere or | 03:36:12 |
| 14 | they're -- | 03:36:15 |
| 15 | A. They're, as we've seen already, in that | 03:36:16 |
| 16 | document, in that statement. | 03:36:18 |
| 17 | Q. In the over/under lift? | 03:36:21 |
| 18 | A. Yes. | 03:36:23 |
| 19 | Q. And then 1582. Tell me what this is | 03:36:23 |
| 20 | reporting. | 03:36:30 |
| 21 | A. This is talking about the -- it's -- the total | 03:36:31 |
| 22 | volume of oil exported is the 91 million -- 91,000 tons with | 03:36:37 |
| 23 | a value of $30 million. The share -- the work -- | 03:36:44 |
| 24 | entitlement share of CMS being 25% is the $7 million, which | 03:36:55 |
| 25 | would be a quarter of the 30. | 03:37:03 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | Q. Hmm, hmm. | 03:37:10 |
| 2 | A. The 654 is the cost, which we've already | 03:37:10 |
| 3 | discussed on the previous page, which are deductible before | 03:37:15 |
| 4 | you calculate the royalty. So that's its share of that | 03:37:21 |
| 5 | number. So, basically, 654 is 25% of the number calculated | 03:37:26 |
| 6 | on the previous page, the 1,668. | 03:37:32 |
| 7 | Q. And then? | 03:37:35 |
| 8 | A. And that gives you the basis on which you | 03:37:36 |
| 9 | calculate the royalty delivery for the Government. And it | 03:37:38 |
| 10 | goes on then to talk about the fact that CMS has to pay to | 03:37:43 |
| 11 | a royalty of 14.5%; and also refers to the fact that the | 03:37:49 |
| 12 | SNPC royalty is also a responsibility of the other working | 03:37:55 |
| 13 | interest owners, as provided for in the JOA. | 03:37:59 |
| 14 | Now, as SNPC has a 14.5% royalty the two numbers | 03:38:04 |
| 15 | work out the same. | 03:38:11 |
| 16 | Q. Under the JOA the other working interest | 03:38:12 |
| 17 | owners are responsible for SNPC's portion of the royalty? | 03:38:14 |
| 18 | A. Correct. | 03:38:18 |
| 19 | Q. Okay. And then -- | 03:38:19 |
| 20 | A. And so the second -- the second number is 50% | 03:38:23 |
| 21 | of the share of SNPC. | 03:38:28 |
| 22 | Q. You say the second number, what are you | 03:38:34 |
| 23 | referring to? | 03:38:37 |
| 24 | A. Where it talks about -- where there are two | 03:38:37 |
| 25 | numbers which are the same, 1,013,000. | 03:38:43 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | Q. Hmm, hmm. | 03:38:47 |
| 2 | A. Now, the first one relates to CMS land the | 03:38:48 |
| 3 | second one relates to the CMS's responsibility in respect of | 03:38:50 |
| 4 | SNPC. The reason that those two numbers are the same is | 03:38:54 |
| 5 | that CMS and SNPC both pay 14.5%. CMS is obliged to pay 50% | 03:38:58 |
| 6 | proportionately, obviously; and the other parties are | 03:39:04 |
| 7 | obliged -- the Nuevo parties pay 50% of the SNPC share. | 03:39:04 |
| 8 | Q. That's how we get the same number? | 03:39:09 |
| 9 | A. The same number, yeah. | 03:39:11 |
| 10 | Q. And, then, the total to the -- is that? | 03:39:13 |
| 11 | A. That's the total royalty that -- the total | 03:39:15 |
| 12 | computation of the royalty is the 1.7 million. 85% of that | 03:39:17 |
| 13 | is the initial figure that appears in the documentation; and | 03:39:22 |
| 14 | then the final 15% gets sorted out -- again, as we've | 03:39:26 |
| 15 | discussed, earlier in that quarterly adjustment. | 03:39:31 |
| 16 | Q. On the true up each quarter? | 03:39:35 |
| 17 | A. Yeah. And then the numbers at the bottom are | 03:39:37 |
| 18 | basically the 1.7 each -- CMS's share and the SNPC share of | 03:39:40 |
| 19 | the royalty. | 03:39:45 |
| 20 | Q. And the reason why it's not the 3 million | 03:39:50 |
| 21 | number is because it doesn't take into account -- | 03:39:52 |
| 22 | A. The Nuevo. | 03:39:56 |
| 23 | Q. The Nuevo and the Nomeco. | 03:39:58 |
| 24 | A. Exactly -- no, the two Nuevo companies. | 03:39:59 |
| 25 | Q. I'm sorry. That's right. Thank you. And all | 03:40:06 |

| | | |
|---|---|---|
| 1 | of these calculations are done in dollars? | 03:40:13 |
| 2 | A. Yes. | 03:40:17 |
| 3 | Q. And the detail -- then there's a line and the | 03:40:22 |
| 4 | detail of the royalty to the payer on the same page 1582? | 03:40:30 |
| 5 | A. Sorry, where are you looking at? | 03:40:36 |
| 6 | Q. The detail. | 03:40:38 |
| 7 | A. Yes. So what that's saying is you go back-up | 03:40:39 |
| 8 | to the number above which is the total royalty, which is the | 03:40:41 |
| 9 | 1.7. The CMS responsibility or the CMS -- the royalty that | 03:40:44 |
| 10 | applies in respect of the CMS entitlement interest is the | 03:40:50 |
| 11 | first figure; and the amount that CMS is responsible for | 03:40:56 |
| 12 | under the terms of the JOA regarding the SNPC royalty | 03:41:00 |
| 13 | obligation is the second element. | 03:41:05 |
| 14 | Q. Okay. What is page 1583, detail? | 03:41:08 |
| 15 | A. It's exactly the same for Nuevo Congo. | 03:41:20 |
| 16 | Q. It is just the Nuevo Congo calculation? | 03:41:24 |
| 17 | A. Yes. | 03:41:27 |
| 18 | Q. And then the next page is -- | 03:41:28 |
| 19 | A. The other Nuevo company. | 03:41:32 |
| 20 | Q. The Nuevo Congo Limited calculation? | 03:41:36 |
| 21 | A. Yes. | 03:41:39 |
| 22 | Q. Both of these pages are just reflecting their | 03:41:40 |
| 23 | share of the royalty due to the Congo? | 03:41:44 |
| 24 | A. It's reflecting -- it's their share of the | 03:41:46 |
| 25 | computation of the royalty that ultimately is taken by the | 03:41:48 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | Congo at the time of the next SNPC lifting. | 03:41:51 |
| 2 | Q. And the very last page of this is the | 03:41:59 |
| 3 | calculation for SNPC? | 03:42:00 |
| 4 | A. Exactly the same process for SNPC. | 03:42:02 |
| 5 | Q. Thank you for that. How you doing? Do you | 03:42:16 |
| 6 | want to keep marching on or you want to take a break? | 03:42:19 |
| 7 | A. I'm okay for the time being. At some stage | 03:42:23 |
| 8 | I will want to go to the loo, but I'll wait for a bit | 03:42:26 |
| 9 | longer. | 03:42:29 |
| 10 | MR. LIPE: If you want to finish. Maybe we can | 03:42:30 |
| 11 | finish 14. Or you think you don't need to go through 14? | 03:42:32 |
| 12 | MR. KAPLAN: I think that after his explanation on | 03:42:38 |
| 13 | how the -- the calculation on 14 is the same calculation | 03:42:40 |
| 14 | it's just for a different -- it's just for last month's | 03:42:42 |
| 15 | production. | 03:42:46 |
| 16 | A. Exactly, yes. | 03:42:48 |
| 17 | Q. Have there been any changes in the way CMS | 03:42:48 |
| 18 | does its calculations from October 2005 to 2006? | 03:42:52 |
| 19 | A. No. If you follow the same process for this | 03:42:56 |
| 20 | other document you will reach the same conclusions. | 03:43:02 |
| 21 | Q. The over/under sheet looks -- I just want to | 03:43:07 |
| 22 | go to the over/under check which is at 17 -- | 03:43:10 |
| 23 | A. Are we on Exhibit 13? | 03:43:17 |
| 24 | Q. 14 now. | 03:43:21 |
| 25 | A. 13 or 14? | 03:43:22 |

Merrill Legal Services                                              190 Fleet Street
(+44) 207 404 1400              www.merrillcorp.com         London EC4A 2AG

1   Q. 14.                                                          03:43:24

2   A. Right.                                                       03:43:24

3   Q. So this does not have an estimate for when the              03:43:25

4   next SNPC lifting -- 137 is the last lifting referenced        03:43:28

5   here.                                                          03:43:35

6   A. I -- I think -- let's have a look. No, it                   03:43:36

7   does. You'll see that on the right-hand side if you look at    03:43:42

8   the 174,995.                                                   03:43:49

9   Q. Aha.                                                        03:43:51

10  A. That is the Government -- you see 206,411 at                03:43:52

11  the bottom?                                                    03:43:56

12  Q. Yes.                                                        03:43:58

13  A. That is the amount that ultimately will be                 03:43:58

14  taken by the Government by way of royalty. You deduct from     03:44:04

15. that the SNPC over lift, which is the 31,000. And so the       03:44:09

16  number on the right-hand side, the 174, shows that the date   03:44:18

17  this document was produced, which is the 13th -- 13th         03:44:21

18  of November, the Government and SNPC together had not yet      03:44:25

19  reached the 275 figure; but as of now, as I'm told by         03:44:31

20  Mr. Faillenet they have, so -- which is why they will take    03:44:45

21  the next lifting.                                             03:44:49

22  Q. If you look at 1726 of Exhibit 14 and                      03:45:40

23  page 1582 of Exhibit 13. I'm sorry, I was -- I'm sorry,       03:45:46

24  apples with oranges?                                          03:45:56

25  A. Yeah.                                                       03:46:00

Merrill Legal Services
(+44) 207 404 1400          www.merrillcorp.com          190 Fleet Street
London EC4A 2AG

Roland Fox                    Connecticut v Congo                    30th November 2006

| | | |
|---|---|---|
| 1 | MR. KAPLAN: Okay. I'm done with those two | 03:46:30 |
| 2 | documents, so if you want to take the break now. | 03:46:32 |
| 3 | MR. LIPE: Sure, that's fine. | 03:46:39 |
| 4 | A. Okay. | 03:46:41 |
| 5 | (3:46 p.m.) | 03:46:42 |
| 6 | (Short Break) | 03:46:47 |
| 7 | (3:53 p.m.) | 03:53:04 |
| 8 | Q. I have a series of the documents that we've | 03:53:06 |
| 9 | just been looking at that I'm just going to look with you | 03:53:09 |
| 10 | briefly. You don't need to go through all the calculations | 03:53:14 |
| 11 | again. | 03:53:16 |
| 12 | A. Right. | 03:53:17 |
| 13 | Q. The first one I'm handing you is what's | 03:53:18 |
| 14 | Exhibit 15. | 03:53:21 |
| 15 | (Exhibit 15 marked for identification) | 03:53:30 |
| 16 | Q. This is the statistics for September 2005; | 03:53:30 |
| 17 | correct? | 03:53:33 |
| 18 | A. Yes. | 03:53:34 |
| 19 | Q. And this shows that there was, in that month, | 03:53:34 |
| 20 | 49.960 barrels of royalty oil accumulated? | 03:53:41 |
| 21 | A. Computed, yes. It's -- this was the royalty | 03:53:47 |
| 22 | oil computed on the lifting that took place on the -- | 03:53:52 |
| 23 | in August, I think. | 03:54:02 |
| 24 | Q. On the lifting that took place in when, | 03:54:05 |
| 25 | I'm sorry? | 03:54:07 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | A. It looks like it's the -- in August -- have | 03:54:08 |
| 2 | you -- have you got the previous statement -- | 03:54:11 |
| 3 | Q. I don't. | 03:54:17 |
| 4 | A. -- for the month of August 2005 -- | 03:54:19 |
| 5 | Q. But if we go to the over/under sheet -- | 03:54:22 |
| 6 | A. Yes, this -- what it says there is | 03:54:25 |
| 7 | 2 million barrels -- actually, yes if you've got the | 03:54:27 |
| 8 | over/under sheet that would be easier. There was an -- | 03:54:31 |
| 9 | Q. Well, it's -- you were saying what is -- it | 03:54:37 |
| 10 | says after "Messieurs" we have -- what do we have? | 03:54:41 |
| 11 | A. "We have the pleasure to transmit to you the | 03:54:44 |
| 12 | following statistics: commercialised production", as we've | 03:54:47 |
| 13 | explained 258,000 barrels; volume lifted | 03:54:52 |
| 14 | in September 605,000 barrels, royalty $2 million being X | 03:54:56 |
| 15 | number of barrels royalty relating to the month | 03:55:15 |
| 16 | of August 2005. | 03:55:19 |
| 17 | Q. And you say that that represents the | 03:55:26 |
| 18 | computation of the royalty? | 03:55:28 |
| 19 | A. Yes. Yeah. Yes. | 03:55:30 |
| 20 | Q. Does Congo -- does Congo -- have you talked to | 03:55:32 |
| 21 | Congo about providing these statistics to them? Has CMS | 03:55:40 |
| 22 | talked to Congo about providing these statistics to them? | 03:55:43 |
| 23 | A. I have no idea whether there have been any | 03:55:46 |
| 24 | discussions on it, but it is the form that has been used for | 03:55:50 |
| 25 | many years and is obviously acceptable to both CMS and the | 03:55:55 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

Roland Fox                    Connecticut v Congo              30th November 2006

| | | |
|---|---|---|
| 1 | Congo. | 03:55:58 |
| 2 | Q. Do you know why CMS represents the royalty to | 03:55:59 |
| 3 | them on a monthly basis? | 03:56:02 |
| 4 | A. **So that they have an idea as to how much** | 03:56:04 |
| 5 | **ultimately they will be entitled to receive on the next SNPC** | 03:56:06 |
| 6 | **lifting.** | 03:56:14 |
| 7 | Q. Now, this -- this document shows that Congo | 03:56:23 |
| 8 | took or SNPC, on Congo's behalf, took a royalty lifting | 03:56:25 |
| 9 | of -- | 03:56:31 |
| 10 | A. **Sorry.** | 03:56:32 |
| 11 | Q. Took a royalty lifting in August? | 03:56:33 |
| 12 | A. **No. I'm not sure that's correct, actually.** | 03:56:35 |
| 13 | Q. I think if you look on page 1564? | 03:56:46 |
| 14 | A. **Yes, the 20th -- the 20th of September.** | 03:56:53 |
| 15 | Q. Is that not -- | 03:57:01 |
| 16 | A. **The royalty there in paragraph 3 relates to** | 03:57:02 |
| 17 | **the September lifting.** | 03:57:04 |
| 18 | Q. Relates to the September royalty lifting? | 03:57:07 |
| 19 | A. **The September lifting which was partly royalty** | 03:57:09 |
| 20 | **oil and partly of SNPC working interest oil or ...** | 03:57:11 |
| 21 | Q. Okay. | 03:57:17 |
| 22 | MR. LIPE: I don't want there to be any confusion. | 03:57:25 |
| 23 | I'm not sure that's right, Roland. | 03:57:28 |
| 24 | A. **Am I looking? Am I looking at --** | 03:57:32 |
| 25 | MR. LIPE: This is lifting 130. | 03:57:36 |

Page 181

| | | |
|---|---|---|
| 1 | A. Yes, which is the -- I'm sorry, yes. | 03:57:46 |
| 2 | Q. 131 is the royalty lifting; correct?  This | 03:57:49 |
| 3 | reflects 130, lifting 130; and 131 is the royalty lifting? | 03:57:54 |
| 4 | A. Yes.  Do you have the over/under lift | 03:58:02 |
| 5 | statement we were looking at a minute ago? | 03:58:07 |
| 6 | Q. It's attached to the document at page 1571. | 03:58:09 |
| 7 | A. Hmm, hmm.  Yeah, 131 was the royalty lifting. | 03:58:13 |
| 8 | Q. That would be the October -- the October | 03:58:33 |
| 9 | statement we looked at earlier reflects that lifting? | 03:58:35 |
| 10 | A. Yes. | 03:58:38 |
| 11 | Q. Then if you go to Exhibit 16, which is | 03:59:21 |
| 12 | document 1637, which I will give to you. | 03:59:24 |
| 13 | (Exhibit 16 marked for identification) | 03:59:28 |
| 14 | A. Right. | 03:59:30 |
| 15 | Q. And this is the statistics for March of 2006? | 03:59:54 |
| 16 | A. Yes.  Relating to -- I'm sorry -- yes, they | 04:00:05 |
| 17 | are. | 04:00:09 |
| 18 | Q. And I'm going to give you 17 at the same time. | 04:00:10 |
| 19 | (Exhibit 17 marked for identification) | 04:00:14 |
| 20 | Q. Why don't we start with 17 and work back to | 04:00:40 |
| 21 | 16; okay? | 04:00:43 |
| 22 | A. Right.  Yes. | 04:00:44 |
| 23 | Q. 17 is the statistics for September of 2006 -- | 04:00:45 |
| 24 | A. Hmm, hmm. | 04:00:50 |
| 25 | Q. Okay.  And there's some handwriting in the | 04:00:52 |

| | | |
|---|---|---|
| 1 | right-hand side of the page. Do you know whose handwriting | 04:00:56 |
| 2 | that is? | 04:00:59 |
| 3 | A. No. | 04:01:03 |
| 4 | Q. You don't know what that note is referring to? | 04:01:08 |
| 5 | A. Well, it says the name of someone from SNPC, | 04:01:11 |
| 6 | we received 13th October. I'm wondering. I think that | 04:01:15 |
| 7 | might be the signature of Arnaud Le Blanc. I'm not sure | 04:01:20 |
| 8 | though. | 04:01:26 |
| 9 | Q. Okay. And then the royalty, paragraph 3 or | 04:01:26 |
| 10 | item 3, reflects a zero dollar value. Is that because | 04:01:32 |
| 11 | a royalty lifting was taken in August? | 04:01:37 |
| 12 | A. No. | 04:01:46 |
| 13 | Q. Why is there a zero -- | 04:01:46 |
| 14 | A. Is that because -- was there a lifting at all | 04:01:49 |
| 15 | in August? I don't think there was. That's why. The | 04:01:51 |
| 16 | liftings took place in June and September. There was | 04:01:59 |
| 17 | no August lifting and therefore that's why the zero is | 04:02:02 |
| 18 | there. | 04:02:05 |
| 19 | Q. Okay. Why -- why is the zero there? | 04:02:06 |
| 20 | A. Because there was no lifting. | 04:02:08 |
| 21 | Q. There was? | 04:02:10 |
| 22 | A. No lifting and therefore no computation to do | 04:02:11 |
| 23 | a lifting on. | 04:02:14 |
| 24 | If you look at the under/over statement you will | 04:02:21 |
| 25 | see there was a lifting in April 06, a lifting in June 06 | 04:02:23 |

Merrill Legal Services
(+44) 207 404 1400          www.merrillcorp.com          190 Fleet Street
London EC4A 2AG

| | | |
|---|---|---|
| 1 | A. **100%.** | 06:07:19 |
| 2 | Q. Okay. So then at the ultimate -- ultimate -- | 06:07:20 |
| 3 | if you could just mark that on there too, please. | 06:07:25 |
| 4 | A. **Okay.** | 06:07:28 |
| 5 | Q. The ultimate holding of the French oil group | 06:07:29 |
| 6 | emanates from the Perenco structure which is ultimately held | 06:07:34 |
| 7 | by both Perrodos? | 06:07:39 |
| 8 | A. **That's correct.** | 06:07:41 |
| 9 | Q. Hubert and -- | 06:07:42 |
| 10 | A. **And Francois.** | 06:07:43 |
| 11 | Q. And Francois? | 06:07:45 |
| 12 | A. **That's correct.** | 06:07:47 |
| 13 | Q. Does Francois have any positions within the | 06:07:47 |
| 14 | Perenco oil group? | 06:07:52 |
| 15 | A. **He is an employee of Perenco Holdings.** | 06:07:53 |
| 16 | Q. Which is the -- | 06:07:57 |
| 17 | A. **Company that employs staff in the UK.** | 06:08:00 |
| 18 | Q. Okay. And he's resident here in the UK? | 06:08:04 |
| 19 | A. **He is.** | 06:08:08 |
| 20 | Q. Okay. Do either of the Perrodo brothers have | 06:08:08 |
| 21 | interest in or do they sit on the Board of Congo Rep? | 06:08:22 |
| 22 | A. **No.** | 06:08:26 |
| 23 | Q. No. Do either of them have any other business | 06:08:27 |
| 24 | interest in Congo that you're aware of? | 06:08:33 |
| 25 | A. **No.** | 06:08:35 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

Roland Fox                    Connecticut v Congo                    30th November 2006

| | | |
|---|---|---|
| 1 | Q. No that you're aware of or they -- | 06:08:37 |
| 2 | A. They have no other business interest in Congo | 06:08:41 |
| 3 | other than through the oil holdings which we've already | 06:08:43 |
| 4 | dealt with. | 06:08:47 |
| 5 | Q. Okay. Getting back to Lankan, Inc., which was | 06:08:49 |
| 6 | the Delaware Corporation -- | 06:08:56 |
| 7 | A. Right. | 06:09:00 |
| 8 | Q. -- what is -- what is their corporate charter, | 06:09:07 |
| 9 | say in Delaware? What is their purpose for -- | 06:09:10 |
| 10 | A. I presume it's a standard Delaware charter; | 06:09:14 |
| 11 | I can't imagine it's got anything special attached to it. | 06:09:17 |
| 12 | Q. From a practical standpoint, what is -- what | 06:09:21 |
| 13 | is Lankan -- where does Lankan fit within oil -- the Perenco | 06:09:26 |
| 14 | oil business structure? What is -- what is Lankan's | 06:09:32 |
| 15 | purpose? | 06:09:41 |
| 16 | A. If we're talking about the Delaware company, | 06:09:41 |
| 17 | it was the vehicle that was used to acquire CMS Oil and Gas | 06:09:44 |
| 18 | (International) Company. | 06:09:49 |
| 19 | Q. And it was set up by Perenco prior to -- | 06:09:50 |
| 20 | A. For the purposes of the acquisition. | 06:09:53 |
| 21 | Q. Okay. Okay. And then CMS Nomeco Congo, Inc., | 06:09:56 |
| 22 | that is now the Bahamas corporation which was a Delaware | 06:10:12 |
| 23 | LLC; right? | 06:10:15 |
| 24 | A. That's correct, yes. | 06:10:17 |
| 25 | Q. Why did CMS Inc. move to the Bahamas? | 06:10:30 |

Merrill Legal Services
(+44) 207 404 1400                    www.merrillcorp.com                    190 Fleet Street
London EC4A 2AG

Roland Fox                    Connecticut v Congo                  30th November 2006

| | | |
|---|---|---|
| 1 | A. It's a more taxable -- more tax beneficially | 06:10:33 |
| 2 | place to operate out of. All our companies normally are | 06:10:37 |
| 3 | Bahamas based corporations; and it ensures we would not have | 06:10:41 |
| 4 | to spend further money on being subject to new garnishment | 06:10:45 |
| 5 | writs in the US. | 06:10:51 |
| 6 | Q. And that was done despite the institution of | 06:10:54 |
| 7 | two lawsuits -- at least two lawsuits in Delaware of which | 06:10:56 |
| 8 | I'm aware -- of this lawsuit and a lawsuit that was started | 06:11:00 |
| 9 | by a company called Walker International? | 06:11:06 |
| 10 | A. The conversion and continuance in the Bahamas | 06:11:08 |
| 11 | has no impact on the existing lawsuits in Delaware; that has | 06:11:14 |
| 12 | already been stated to you in this case. I think Mr. Lipe | 06:11:21 |
| 13 | sent you an e-mail saying this was a possibility and | 06:11:24 |
| 14 | confirmed it would have no impact whatsoever on the existing | 06:11:27 |
| 15 | lawsuits. | 06:11:31 |
| 16 | Q. So is it CMS's position that for the -- for | 06:11:32 |
| 17 | this case if judgment is rendered in favor of Af-Cap they | 06:11:37 |
| 18 | will have no impediment to collecting the judgment from CMS? | 06:11:46 |
| 19 | A. The -- I can't think of any that there would | 06:11:53 |
| 20 | be. There's -- this move was intended to have no impact | 06:11:56 |
| 21 | whatsoever on the existing garnishment litigation. It was | 06:12:01 |
| 22 | one of the reasons for the move was to ensure that we | 06:12:06 |
| 23 | didn't -- we weren't subject to new garnishment litigation. | 06:12:09 |
| 24 | Having spent $3 million in legal fees, there comes a time | 06:12:14 |
| 25 | when you have to say you've had enough. | 06:12:18 |

Merrill Legal Services
(+44) 207 404 1400            www.merrillcorp.com            190 Fleet Street
London EC4A 2AG