IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant; | ) ) | |
| CMS NOMECO CONGO INC., | ) ) | |
| Garnishee. | ) | |

**CERTIFICATE OF SERVICE**

I, Dennis A. Meloro, hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, and that on January 11, 2007, copies of the following were served upon the parties listed below in the manner indicated.

- Plaintiff's Emergency Motion For an Order to Show Cause for an Order of Contempt, Order Of Sequestration And Preliminary Injunction [Docket No. 66];
- Opening Brief in Support of Plaintiff's Emergency Motion For an Order to Show Cause for an Order of Contempt, Order Of Sequestration And Preliminary Injunction [Docket No. 68]
- Affidavit of James W. Perkins in Support of Plaintiff's Emergency Motion For an Order to Show Cause for an Order of Contempt, Order Of Sequestration And Preliminary Injunction [Docket No. 67]

VIA HAND DELIVERY
M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

VIA FEDERAL EXPRESS
Guy Lipe, Esquire
Jason Powers, Esquire
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002

Dated: January 11, 2007

Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff