IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- X
CONNECTICUT BANK OF COMMERCE,

            Plaintiff,

   - against -                         Civil Action No. 05-762 SLR

THE REPUBLIC OF CONGO,

            Defendant,

CMS NOMECO CONGO INC.,

            Garnishee.
----------------------------------------------------------------- X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

     Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of James W. Perkins, Esq., of the law firm of Greenberg Traurig, LLP, to represent the Plaintiff.

Dated: January 12, 2007

                                   Donald J. Detweiler (No. 3087)
                                   Dennis A. Meloro (No. 4435)
                                   *Attorneys for Plaintiff*
                                   The Nemours Building
                                   1007 North Orange Street, Suite 1200
                                   Wilmington, Delaware 19801
                                   Tel: (302) 661-7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                   James W. Perkins
                                   Greenberg Traurig, LLP
                                   MetLife Building, 200 Park Avenue
                                   New York, New York 10166
                                   Tel: (212) 801-9200

## ORDER GRANTING MOTION

     IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: January ____, 2007

                                   Sue L. Robinson
                                   Chief Judge United States District Court