IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant, | ) ) | |
| CMS NOMECO CONGO, INC., | ) ) | |
| Garnishee. | ) | |

**NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF MICHAEL SHEEHAN**

TO:  Plaintiff Af-Cap, Inc. as alleged successor-in-interest to Connecticut Bank of Commerce, by and through its attorney, Mr. Dennis A. Meloro, Greenberg Traurig, LLP, 1007 North Orange Street, Suite 1200, the Nemours Building, Wilmington, Delaware 19801.

Garnishee CMS Nomeco Congo Inc. ("CMS Nomeco") hereby notifies you that pursuant to Federal Rule of Civil Procedure 30(b)(6), the oral deposition of the Michael Sheehan will be taken on January 23, 2007, concurrently with the deposition of Af-Cap, Inc., at the offices of Vinson & Elkins, L.L.P., The Willard Office Building, 1455 Pennsylvania Ave., N.W., 6th Floor, Washington, D.C., 20004-1008, commencing at 9:00 a.m.  The deposition will be taken before a certified court reporter and may also be videotaped.  The deposition will be conducted over a period of seven hours (exclusive of time off of the record) unless extended by the Court for cause shown.  You are invited to attend and participate as you may desire in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| OF COUNSEL: | /s/ M. Duncan Grant |
| | M. Duncan Grant (Del. Bar No. 2994) |
| Guy S. Lipe | James C. Carignan (Del. Bar No. 4230) |
| Jason M. Powers | PEPPER HAMILTON LLP |
| VINSON & ELKINS L.L.P. | Hercules Plaza, Suite 5100 |
| First City Tower | 1313 N. Market Street |
| 1001 Fannin Street, Suite 2300 | P.O. Box 1709 |
| Houston, TX 77002-6760 | Wilmington, DE 19899-1709 |
| (713) 758-2222 | (302) 777-6500 |
| | |
| Dated: January 12, 2007 | Attorneys for Garnishee CMS Nomeco Congo Inc. |