<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 12, 2007, the foregoing Notice of Deposition of James W. Perkins was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

    Dennis Molero
    Greenberg Traurig, LLP
    The Brandywine Building
    1000 West Street, Suite 1540
    Wilmington, DE 19801


    /s/ M. Duncan Grant

    M. Duncan Grant (Del. Bar No. 2994)

    PEPPER HAMILTON LLP
    Hercules Plaza, Suite 5100
    1313 North Market Street
    P.O. Box 1709
    Wilmington, DE  19899-1709
    (302) 777-6500