IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) | |
| Defendant, | ) ) | |
| CMS NOMECO CONGO, INC., | ) ) | |
| Garnishee. | ) | |

**AMENDED NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF
CORPORATE REPRESENTATIVE OF AF-CAP, INC.**

TO:    Plaintiff Af-Cap, Inc. as alleged successor-in-interest to Connecticut Bank of Commerce, by and through its attorney, Mr. Dennis A. Meloro, Greenberg Traurig, LLP, 1007 North Orange Street, Suite 1200, the Nemours Building, Wilmington, Delaware 19801.

Garnishee CMS Nomeco Congo Inc. ("CMS Nomeco") hereby notifies you that pursuant to Federal Rule of Civil Procedure 30(b)(6), the oral deposition of the corporate representative of Af-Cap, Inc. will be taken on January 23, 2007, at the offices of Vinson & Elkins, L.L.P., The Willard Office Building, 1455 Pennsylvania Ave., N.W., 6th Floor, Washington, D.C., 20004-1008, commencing at 9:00 a.m.    Af-Cap, Inc. is directed to designate a person or persons to testify on its behalf concerning matters known or reasonably available to Af-Cap, Inc. with regard to the topics identified on Exhibit A hereto.    The deposition will be taken before a certified court reporter and may also be videotaped.    The deposition will be conducted over a period of seven hours (exclusive of time off of the record) unless extended by the Court for cause shown.    You are invited to attend and participate as you may desire in accordance with the Federal Rules of Civil Procedure.

OF COUNSEL:                              /s/ M. Duncan Grant
_____
                                        M. Duncan Grant (Del. Bar No. 2994)
Guy S. Lipe                             James C. Carignan (Del. Bar No. 4230)
Jason M. Powers                         PEPPER HAMILTON LLP
VINSON & ELKINS L.L.P.                  Hercules Plaza, Suite 5100
First City Tower                        1313 N. Market Street
1001 Fannin Street, Suite 2300          P.O. Box 1709
Houston, TX  77002-6760                 Wilmington, DE 19899-1709
(713) 758-2222                          (302) 777-6500

Dated:  January 12, 2007                Attorneys for Garnishee CMS Nomeco Congo Inc.

2