CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2007, the foregoing Amended Notice of Deposition of Corporate Representative of Af-Cap, Inc. was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

Dennis Molero
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

/s/ M. Duncan Grant

M. Duncan Grant (Del. Bar No. 2994)

PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500