# EXHIBIT A

# RALPH GUSTAV STEINHARDT

7301 Birch Avenue
Takoma Park, MD 20912

720 20th Street, N.W.
Washington, D.C. 20052
202.994.5739
rstein@law.gwu.edu

## **Employment**

### The George Washington University Law School (Washington, D.C.)

Arthur Selwyn Miller Research Professor of Law (1998- ); Professor of Law (1993- ); Associate Professor (1986 to 1993, with tenure as of 1990); Visiting Associate Professor (1985-1986). Courses taught: International Law; Conflicts of Laws; International Civil Litigation; Property; International Business Transactions; Jurisprudence; The International Law of Air and Space; International Legal Theory Seminar.

Associate Dean for International and Comparative Legal Studies (1999-2001); Director of the International and Comparative Law Program (July 1997-1999); Associate Director (1989-1997). Co-Chair, Joint Degree Program in Law and Women's Studies (1999- ); Dean Search Committee (2004-05); Faculty Supervisor, International Human Rights Clinic (2003- ); Faculty Advisor, *The George Washington International Law Review* (2003- ); Faculty Chair, University Senate Task Force on the College of Professional Studies (2000)

Joint Professorial Appointment at the Elliott School of International Affairs (1991- ).

### University of Oxford (Oxford, England)

Co-Founder, -Director and Lecturer, Oxford Programme in International Human Rights Law. Courses taught: Fundamentals of Human Rights Law and Human Rights Lawyering (1994- )

### Fulbright Fellowship for Research and Lecturing (Galway, Ireland)

Faculty of Law, University College Galway (September 1995-June 1996). Research associate at the Irish Centre for Human Rights. Course taught: Comparative Law.

### Patton Boggs (Washington, D.C.)

Attorney, 1980-1985.

### Catholic University Law School (Washington, D.C.)

Adjunct Faculty of Law, January 1984 to June 1985. Course taught: Conflicts of Laws.

### National Consumer Law Center (Boston, MA)

Summer Associate, 1978.

### Henry R. Luce Foundation Scholar (New York, NY, and Quezon City, Philippines)

Visiting Scholar, University of the Philippines Law Center, 1976-77: areas of concentration included regulation of multinational corporations, agrarian reform, law and economic development, and legal services for the poor.

**Education**

    **Harvard Law School** (Cambridge, MA)
    J.D. awarded, 1980
    Articles Editor, Harvard International Law Journal
    Winner, Jessup International Moot Court Competition

    **Bowdoin College** (Brunswick, ME)
    B.A. awarded summa cum laude, 1976
    Major in Philosophy
    Phi Beta Kappa (1975)
    Almon Goodwin Phi Beta Kappa Prize (1975)

**Publications**

    Books and Monographs

    INTERNATIONAL CIVIL LITIGATION: CASES AND MATERIALS ON THE RISE OF INTERMESTIC LAW (Lexis/Nexis Matthew Bender Publications, 2002) and the accompanying DOCUMENTS SUPPLEMENT (2003) (with Somers) and TEACHERS MANUAL (2004)

    INTERNATIONAL HUMAN RIGHTS LAWYERING: CASES AND MATERIALS (with Hoffman and Camponovo) (West Publishing, forthcoming)

    INTERNATIONAL LAW AND THE INTERPRETATION OF DOMESTIC STATUTES (Procedural Aspects of International Law Series, forthcoming)

    THE ALIEN TORT CLAIMS ACT: AN ANALYTICAL ANTHOLOGY (with D'Amato) (Transnational Publishers, 1999)

    INTERNATIONAL LAW AND SELF-DETERMINATION (Atlantic Council of the United States, 1994)

    Articles and Chapters

    "Corporate Responsibility and the International Law of Human Rights: The New *Lex Mercatoria*," NON-STATE ACTORS AND HUMAN RIGHTS, Alston. ed. (Oxford University Press, 2005).

    "The Role of Domestic Courts in Enforcing International Human Rights Law," in GUIDE TO INTERNATIONAL HUMAN RIGHTS PRACTICE, Hannum ed. (Transnational, 4th ed., 2004).

    "Laying One Bankrupt Critique to Rest: *Sosa v. Alvarez-Machain* and the Future of International Human Rights Litigation in U.S. Courts," 57 VANDERBILT LAW REVIEW 2239 (2004) (symposium on the 50th anniversary of *Brown v. Board of Education*).

"International Humanitarian Law in the Courts of the United States: *Yamashita, Filartiga*, and 911," 36 THE GEORGE WASHINGTON INTERNATIONAL LAW REVIEW 1 (2004)

"The Potsdam Accord: *Ex Nihilo Nihil Fit?,* " 72 DIE FRIEDENS-WARTE 29 (Tomuschat, ed., 1997)

"The International Law of Outer Space," UNITED NATIONS LEGAL ORDER, Schachter & Joyner, eds. (Cambridge University Press, 1995; 2d ed. 1997)

"Protecting Democracy Against Itself: Three Hard Cases," 14 IRISH LAW TIMES AND SOLICITORS' JOURNAL 162 (1996)

"The Role of the Judiciary in Liberal Democracies," 28 IRISH LAW JOURNAL 3 (1996)

"Fulfilling the Promise of *Filartiga*: Litigating Human Rights Claims Against the Estate of Ferdinand Marcos," 20 YALE JOURNAL OF INTERNATIONAL LAW 65 (1995)

"The Privatization of Public International Law," 25 GEORGE WASHINGTON JOURNAL OF INTERNATIONAL LAW & ECONOMICS 523 (Faculty Symposium, 1992)

"Human Rights Litigation and the 'One-Voice' Orthodoxy in Foreign Affairs," WORLD JUSTICE? U.S. COURTS AND INTERNATIONAL HUMAN RIGHTS, Gibney, ed. (Westview Press, 1991)

"The Role of International Law as a Canon of Domestic Statutory Interpretation," 43 VANDERBILT LAW REVIEW 1103 (1990)

"Strategic Reliance on International Human Rights Law in Domestic Litigation: Current Developments," 9 FEDERAL BAR NEWS & JOURNAL 389 (1987)

"The Fifth Amendment Privilege Against Self-Incrimination," TESTIMONIAL PRIVILEGES, Stone and Liebman, eds., (Shepard's/McGraw-Hill, 1983), and annual supplements (1984), (1985), (1986) and (1987)

"Section 301 of the Trade Act of 1974: Protection for U.S. Exporters of Goods, Services, and Capital," 14 LAW AND POLICY IN INTERNATIONAL BUSINESS 569 (1982) (with B.S. Fisher)

"Federal Jurisdiction over International Human Rights Claims: The Alien Tort Claims Act after *Filartiga v. Pena-Irala*," 22 HARVARD INTERNATIONAL LAW JOURNAL 53 (1981) (with J. Blum)

"International Shipping and Construction Differential Subsidies: *Alaska Bulk Carriers v. Kreps,*" 20 HARVARD INTERNATIONAL LAW JOURNAL 417 (1979)

### Book Reviews, Review Essays, and Shorter Works

"The Foreign Sovereign Immunities Act of 1976," in THE ENCYCLOPEDIA OF PUBLIC INTERNATIONAL LAW (Max Planck Institute, forthcoming)

"The Treatment of Prisoners Under International Law (2d ed.)," 98 AMERICAN JOURNAL OF INTERNATIONAL LAW 387 (2004)

"Foreword: Helms-Burton and the Virtues of a Good Course in Pathology," 30 GEORGE WASHINGTON UNIVERSITY JOURNAL OF INTERNATIONAL LAW AND ECONOMICS 101 (1998)

"International Human Rights Litigation in U.S. Courts," 91 AMERICAN JOURNAL OF INTERNATIONAL LAW 755 (1997)

"European Administrative Law," 28 GEORGE WASHINGTON UNIVERSITY JOURNAL OF INTERNATIONAL LAW AND ECONOMICS 225 (1995)

"Modern Law of Self-Determination, Nation Against State, and Minorities at Risk," 88 AMERICAN JOURNAL OF INTERNATIONAL LAW 831 (1994)

"State Criminality and the 'New' World Order," 2 CRIMINAL LAW FORUM 607 (1991)

"Believers Inside The Tent: Ronald Dworkin's Evangelism and Law's Empire," 56 GEORGE WASHINGTON LAW REVIEW 431 (1988)

### Published Testimony and Papers

"The Alien Tort Claims Act and Its Discontents: A Reality Check," St. Thomas University Law School, Miami, Florida (12 March 2004) (reprinted in 16 ST. THOMAS LAW REVIEW 585 (2004)

"State-Sanctioned Abductions and the Decision in *United States v. Alvarez-Machain*," Testimony before the Subcommittee on Civil and Constitutional Rights, of the Committee on the Judiciary; U.S. House of Representatives (June 22, 1992) (reprinted in 4 CRIMINAL LAW FORUM 135 (1993))

"Varieties of Discretion and the Future of Asylum in the United States," Annual Meeting of the American Society of International Law (1988) (reprinted in [1988] PROCEEDINGS OF THE AMERICAN SOCIETY OF INTERNATIONAL LAW (1991))

"The Legality and Illegality of the Haitian Interdiction Program," Testimony before the Subcommittee on Immigration, Refugees, and International Law, of the Committee on the Judiciary; U.S. House of Representatives (1989)

**Pro Bono Representation**

Plaintiffs' Counsel, *Alvarez-Machain v. Sosa* (C.D. Cal., 9th Cir., and U.S.S.C.) (civil liability of U.S. agent for state-sponsored, transboundary abduction) (1990-2004); *Mehinovic v. Vuckovic* (N.D. Ga. 2002) (civil liability of Bosnian-Serb war criminal living in the United States, $140 million judgment awarded); *Sison et al. v. Ferdinand Marcos* (D. Haw. and 9th Cir.) (exposure of former government official to civil damages for human rights violations abroad); *Rapaport et al. v. Suarez-Mason* (C.D. Cal. 1989) (same; $60 million judgment awarded).

Counsel (*amicus curiae*), The United Nations High Commissioner for Refugees, *Haitian Centers Council v. McNary*, (U.S.S.C. 1993) (legality of U.S. interdiction and return of Haitian refugees); *Immigration and Naturalization Service v. Doherty* (U.S.S.C. 1992) (asylum applicants' right to a hearing);

4

*Immigration and Naturalization Service v. Cardoza-Fonseca* (U.S.S.C. 1987) (burden of proof for asylum applicants); *Immigration and Naturalization Service v. Stevic*, (U.S.S.C. 1984) (burden of proof for applicants for withholding of deportation); *Haitian Refugee Center v. Gracey*, (D.C. Cir. 1985) (legality of Haitian interdiction program)

Counsel (*amicus curiae*), The International Human Rights Law Group, *McCleskey v. Kemp* (U.S.S.C. 1987) (discriminatory application of the death penalty); *In re Extradition of John Demjanjuk*, (N.D. Ohio 1985) (extradition of suspected Nazi war criminal to Israel)

Counsel (*amicus curiae*), Amnesty International USA, *Orantes-Hernandez v. Thornburgh*, (9th Cir. 1989) (procedural rights of refugees in U.S. territory); *Jean v. Nelson*, (U.S.S.C. 1985) (international rights of refugees to be free from prolonged arbitrary detention); *Handel v. Artukovic*, (C.D. Cal. 1983) (human rights claims against suspected war criminal)

Counsel (*amicus curiae*), Human Rights Watch, *Doe v. Radovan Karadzic*, (2d Cir., 1995) (tort action against president of the Bosnian Serbs for human rights violations)

Defendant's Counsel, *United States v. Alvarez-Machain* (9th Cir. and U.S.S.C., 1992; 9th Cir. and C.D. Ca.) (legality of abduction of Mexican national in Mexico by agents of U.S. government)

**Consultantships and Expert Witness Appearances (Selected List)**

Expert witness, *Ashcroft v. O Centro Espirita Beneficiente Uniao do Vegetal* (D.N.M., 10th Cir., U.S.S.C. (2001-present)) (interpretation of narcotics control and human rights treaties under the Religious Freedom Restoration Act); *Bowoto v. Chevron* (N.D. Ca. 2006) (existence of aiding-and-abetting liability at international law); *Letter of Request for International Judicial Assistance (Nicholas Cannar): United States v. Phillip Morris, Inc., et al.* (Australian proceedings in connection with criminal matter before the D.D.C., interpretation of the Hague Evidence COnvention) (2004); *International Bechtel Co., Ltd. v. Department of Civil Aviation of the Government of Dubai* (D.D.C.) (2003-04) (enforceability of foreign arbitral award in U.S. court); *Presbyterian Church of Sudan v. Talisman*, (S.D.N.Y.) (exposure of corporation to liability for human rights violations) (2002-2003; 2005); *Marquess of Northampton v. Allen & Overy* (UK) (transnational *res judicata* and the ownership of Roman antiquities) (1998-99); *In the Matter of the Arbitration of Certain Controversies between Chromalloy Aeroservices v. The Arab Republic of Egypt* (D.D.C.) (1995) (enforceability of foreign arbitral award, interpretation of the New York Convention)

Consultant, United States Institute of Peace, International Humanitarian Law Working Group (2000-03); Atlantic Council of the United States, Program on Ethnic and Sectarian Conflict, Working Group on Individual Rights, Group Rights, National Sovereignty, and International Law (1993-96)

Counsel, to Simmons & Simmons (U.K.) and Williams and Connolly (U.S.), *United States v. Hundley et al*, (U.K. Magistrates' Court and S.D.N.Y.) (fugitive disentitlement doctrine, international limitations periods, extradition proceedings); to Patton Boggs L.L.P., *First American Corporation et al. v. H.H. Sheikh Zayad bin Sultan al Nahyan, et al.*, (D.D.C.) (1993-94) (head-of-state immunity and the Foreign Sovereign Immunities Act); to the United Nations High Commissioner for Refugees, *Canas-Segovia v. Immigration and Naturalization Service* (9th Cir.) (asylum rights of Salvadoran conscientious objectors) (1990); to Arnold & Porter, Washington, D.C., *Martin Marietta Corp. v. INTELSAT* (D. Md.) (liability of private launch services provider) (1990); to Joseph L. Brand, Special Factfinder for the U.S. Department of State, *In re J. Royal Parker v. Government of Costa Rica* (see § 593, Foreign Operations, Export Financing and Related Appropriations Act of 1989) (1989); to the Ministry of Foreign Affairs,

5

Sultanate of Oman, in connection with border disputes, state succession, and other international issues (1985-1988)

**Major Scholarly and Professional Presentations (2000-06)** (Selected List)

"International Law and Litigation for U.S. Judges: The Alien Tort Statute after *Sosa*," Federal Judicial Center, Washington, D.C. (13 November 2006)

"Trying Enemy Combatants in Civilian Courts," George Washington Law Review Symposium, Washington, D.C. (20 October 2006)

"Human Rights and Democratisation in Africa," Centre for Human Rights, University of Pretoria, South Africa (29-31 May 2006)

"Law, Diplomacy, and War," The Keck Center for International and Strategic Studies, Claremont-McKenna College (26 March 2006)

"Does Corporate Law Have Anything To Do With Poverty Reduction? Empirical and Theoretical Approaches," The George Washington University Law School, Washington, DC (23 February 2006)

"The Making of *Filartiga v. Pena*: Alien Tort Claims Act After 25 Years," Bar Association of the City of New York, New York, NY (2 November 2005)

"International Law and the Supreme Court," Eleventh Circuit Judicial Conference, Miami, Florida (12 May 2005)

"Review of the 2003 Supreme Court Term," Annual Meeting of the American Society for International Law, Washington, D.C. (31 March 2005)

"The Evolution of a Counter-Terrorist Jurisprudence," Rubin Symposium, New York University Law School (25 February 2005)

"The Future of the Alien Tort Claims Act: *Sosa v. Alvarez Machain*," 11th Annual Rebellious Lawyering Conference, Yale Law School (19 February 2005)

"Human Rights Litigation After *Sosa v. Alvarez-Machain*," University of Virginia Law School, Charlottesville, VA (10 September 2004)

"Humanitarian Intervention: Is There An Emerging Customary Norm to Intervene Without a Security Council Mandate? (and What Difference Does It Make?)," Seventeenth Annual Military Law and Operations Conference, Pacific Fleet Command, U.S. Navy, Victoria, BC (5 May 2004)

"Domestic Civil Rights Law Is To *Brown* As International Human Rights Law Is To ... What?," Symposium on the 50th anniversary of *Brown v. Board of Education*, Vanderbilt Law School, Nashville, Tennessee (19 March 2004)

"Human Rights Litigation: Bringing Claims Against Corporations in U.S. Courts," Joan Fitzpatrick Human Rights Conference, Urban Morgan Institute, Cincinnati, Ohio (28 February 2004)

"Authorization to Investigate Certain Alleged Criminal Acts by U.S. Personnel in the Territory of Iraq," Office of the Prosecutor, Moot Session of the International Criminal Court, The Honorable Patricia Wald, Presiding (4 October 2003)

"The Prosecution of Humanitarian Law Violations in Domestic Courts," Department of Public and International Law, University of Oslo, Norway (5 May 2003)

"When Worlds Collide," Carlos Caceris Memorial Lecture, Oxford University (12 July 2002)

"Corporate Responsibility and the International Law of Human Rights: The New *Lex Mercatoria*," Academy of European Law, Course in Human Rights Law, Florence, Italy (19-21 June 2002)

"International Humanitarian Law in the Courts of the United States," and "Human Rights NGOs and the Prospects for Cooperation, Mutual Forbearance, and Friction," Fifteenth Annual Military Law and Operations Conference, Pacific Fleet Command, U.S. Navy, Bangkok, Thailand (3 and 4 June 2002)

"Plaintiffs' Diplomacy," Annual Meeting of the American Society of International Law, Washington, D.C. (14 March 2002)

"When Justice Fails: Threats to the Independence of the Judiciary," The National Judicial College, Washington, D.C. (21 February 2002)

"Globalization and Human Rights," Boston College Law School, Boston, MA (2 November 2001)

"International Humanitarian Law in the Courts of the United States: *Yamashita*, *Filartiga*, and 911," U.S. Institute of Peace, Washington, D.C. (14 October 2001)

"Litigating Corporate Responsibility," United Nations Office of the Secretary General and London School of Economics Global Dimensions Seminar, New York, NY (1 June 2001)

"The Alien Tort Claims Act: Should Wrongs Abroad Be Resolved in U.S. Courts?," District of Columbia Bar, Washington, D.C. (24 April 2001)

"Non-State Actors and Their Impact on International Human Rights Law," American Association of Law Schools, Washington, D.C. (28 October 2000)

"Self-Determination in Asia," Free Asia Conference, Washington, D.C. (27 May 2000)

"International Law in Domestic Litigation: Recovering the *Charming Betsy* Principle," Annual Meeting of the American Society of International Law, Washington D.C. (6 April 2000)

**University and Law School Administration (Selected List)**

    Associate Dean for International & Comparative Legal Studies (1999-2001); Director (1997-1999),
        Associate Director (1989-1997), and Acting Director (1987-89), the International and
        Comparative Law Program
Co-Founder and -Director, Oxford/GW Programme in International Human Rights Law (1994-present)
Faculty Supervisor, International Human Rights Clinic (2003- )
Co-Director, Joint Degree Program in Women's Studies (2000- )

7

Faculty Advisor, International Law Society, *International Law Review*; prior service includes Jessup Moot Court Competition and International Space Law Moot Court Competition

Faculty Committees: past or current service includes the Dean Search Committee (2004-05), Graduate Studies Board, Tenure and Promotion Committee (Chair); Academic Scholarship Committee; Clinical Affairs Committee (Chair); Faculty Appointments Committee; Curriculum Committee; Legal Theory Workshop/Works in Progress Committee

University Committees: University Senate Task Force on the College of Professional Studies (Co-Chair, 2000); Council on International Programs (1986-90, 1998-2000); additional prior service includes Faculty Senate Special Committee on the Consolidation of the School of Public and International Affairs; Luce Scholar Selection Committee; Parliamentarian, Faculty Senate; and Committee on the Humanities

Instructor, Honors Humanities Program, Columbian College of Arts and Sciences (1991)

## Awards and Honors

Fulbright Lecturing and Research Award (1995-1996)
Young Leader of America, Atlantic Council of the United States (1994)
Finalist, Trial Lawyer of the Year (1989)
Pro Bono Attorney Award, International Human Rights Law Group (1987)
Henry Luce Foundation Scholar (1976-77)
Who's Who in America

## Media Appearances (Selected List)

*New York Times, Washington Post, Wall Street Journal, International Herald Tribune, Slate, Miami Herald, Boston Globe, Financial Times, The Guardian, Washington Times, ABA Journal, Los Angeles Times, Legal Times,* CNN, ABC News, CBS News, NBC Nightly News, BBC, Voice of America

## Professional Associations

Admitted to District of Columbia Bar, December 1980; U.S. District Court for the District of Columbia, 1981; United States Court of Appeals for the District of Columbia Circuit, 1983; United States Supreme Court, 1984; United States Court of Appeals for the Ninth Circuit, 1989.

Member, Editorial Board, *Oxford Reports on International Law in Domestic Courts* (Oxford University Press, 2005- ).

Member,
American Society of International Law (prior positions include Executive Council and Executive Committee, Congressional Outreach Committee, Board of Review and Development, Annual Meeting Committee, Jessup Problem Review Committee);

Human Rights First (formerly the Lawyers Committee for Human Rights), Advisory Council (1994- ); Program and Policy Committee (1995-98);

The International Law Section of the D.C. Bar;

    American Bar Association, Co-Chair of the Task Force on the Alien Tort Claims Act (2003-present); Advisory Council, Center on Human Rights; Working Group for the Ratification of the United Nations Convention on the Rights of the Child; and the Central and East European Law Initiative;.

Member, Board of Directors, Center for Justice and Accountability, San Francisco, CA (Founding Chair, 1998-2002)

Member, Panel of Experts, International Commission of Jurists, Project on Corporate Complicity in International Crimes

Selected Prior Service to Non-Governmental Organizations: International Human Rights Law Group (Domestic Litigation Advisory Committee); Amnesty International Legal Support Network (National Steering Committee); United Nations High Commissioner for Refugees (Council of Advisors); ACLU Foundation of Southern California (legal consultant)

**Personal**

Born July 28, 1954, in Bethlehem, Pennsylvania, USA. Citizen of the United States. Married, with two children. Interests include musical composition and performance (guitar, bass, and piano), sailing.

References available on request