IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO | ) ) | |
| Defendant, | ) ) | |
| CMS NOMECO CONGO, INC., | ) ) | |
| Garnishee. | ) | |

## ORDER

Upon consideration of Plaintiff Af-Cap, Inc.'s ("Af-Cap"), successor-in-interest to Plaintiff Connecticut Bank of Commerce, Motion For Extension of Time To Submit Rebuttal Expert Report (the "Motion"), and for good cause shown, IT IS HEREBY ORDERED:

A. That the Motion is GRANTED;

B. Af-Cap may submit its rebuttal expert report on or before January 22, 2007.

Dated: January ____, 2007

SO ORDERED:

_____
Sue L. Robinson
Chief United States District Court Judge