IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF CONGO, )<br>)<br>Defendant; )<br>)<br>CMS NOMECO CONGO INC., )<br>)<br>Garnishee. ) | Civil Action No. 05-762-SLR |

## MOTION AND ORDER FOR ADMISSION OF JASON M. POWERS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jason M. Powers, Esquire to represent Garnishee CMS Nomeco Congo, Inc. in this matter.

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709
(302) 777-6505

Attorneys for Garnishee
CMS NOMECO CONGO, INC.

Dated: January 17, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission of Jason M. Powers *pro hac vice* is granted.

Dated: January ____, 2007

Sue L. Robinson, C.J.