## CERTIFICATION OF JASON M. POWERS

Pursuant to Local Rule 83.5, I certify (1) that I am eligible for admission to this Court, (2) that I am admitted, practicing and in good standing as a member of the Bars of the State of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Southern, Eastern, and Western Districts of Texas, (3) that I do not reside in Delaware, I am not regularly employed in Delaware, and I am not regularly engaged in business, professional, or other similar activities in Delaware, (4) that pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action, and (5) that I am generally familiar with this Court's Local Rules.

Jason M. Powers
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2300
Houston, TX 77002-6760
(713) 758-2222

Dated: January 16, 2007