CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, the foregoing Motion and Order for Admission of Jason M. Powers *Pro Hac Vice* was filed with the Clerk of Court using CM / ECF, which will send notification of such filing to the following counsel of record:

Dennis Meloro, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801

/s/ M. Duncan Grant
M. DUNCAN GRANT (Del. Bar No. 2994)