IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-762-SLR |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant; | ) ) | |
| CMS NOMECO CONGO INC., | ) ) | |
| Garnishee. | ) | |

## MOTION AND ORDER FOR ADMISSION OF GUY S. LIPE *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Guy S. Lipe, Esquire to represent Garnishee CMS Nomeco Congo, Inc. in this matter.

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709
(302) 777-6505

Attorneys for Garnishee
CMS NOMECO CONGO, INC.

Dated: January 17, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission of Guy S. Lipe *pro hac vice* is granted.

Dated: January ____, 2007

_____
Sue L. Robinson, C.J.