UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO | ) ) ) | |
| Defendant | ) ) ) | |
| CMS NOMECO CONGO, INC., | ) ) ) | |
| Garnishee | ) | |

**NOTICE OF SERVICE OF DISCOVERY**

I, Donald J. Detweiler, hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, Af-Cap, Inc. (successor in interest to Connecticut Bank of Commerce), and that on January 12, 2007, copies of the following were served upon the parties below in the manner indicated.

- Supplemental Response to Garnishee's First Interrogatories to Plaintiff
- Notice of Deposition of Maryse Bernard
- Notice of Deposition of Jean-Michel Runacher

VIA HAND DELIVERY
M. Duncan Grant, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

VIA FEDERAL EXPRESS
Guy Lipe, Esquire
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002

Dated: January 16, 2007

Donald J. Detweiler (No. 3087)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff