IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CONGO, <br><br> Defendant; <br><br> CMS NOMECO CONGO INC., <br><br> Garnishee. | Civil Action No. 05-762-SLR |

## MOTION AND ORDER FOR ADMISSION OF ANDREW B. DERMAN *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrew B. Derman, Esquire to represent Garnishee CMS Nomeco Congo, Inc. in this matter.

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709
(302) 777-6505

Attorneys for Garnishee
CMS NOMECO CONGO, INC.

Dated: January 18, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission of Andrew B. Derman *pro hac vice* is granted.

Dated: January ____, 2007

_____
Sue L. Robinson, C.J.