## CERTIFICATION OF ANDREW B. DERMAN

Pursuant to Local Rule 83.5, I certify (1) that I am eligible for admission to this Court, (2) that I am admitted, practicing and in good standing as a member of the Bars of the States of New York and Texas and the United States District Court for the Southern District of Texas, (3) that I do not reside in Delaware, I am not regularly employed in Delaware, and I am not regularly engaged in business, professional, or other similar activities in Delaware, (4) that pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action, and (5) that I am generally familiar with this Court's Local Rules.

Andrew B. Derman
THOMPSON & KNIGHT LLP
1700 Pacific Ave, Suite 3300
Dallas, TX 75201
(214) 969-1307

Dated: January 18, 2007