IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
CONNECTICUT BANK OF COMMERCE,            :
                                         :   Civil Action No. 05-762 SLR
                    Plaintiff,           :
                                         :
    - against -                          :
                                         :
THE REPUBLIC OF CONGO.                   :
                                         :
                    Defendant,           :
                                         :
CMS NOMECO CONGO INC.,                   :
                                         :
                    Garnishee.           :
------------------------------------------------------------ x

## PLAINTIFF AF-CAP, INC.'S MOTION FOR A PROTECTIVE ORDER

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 26(c), plaintiff Af-Cap, Inc., by and through its undersigned counsel, hereby moves for a Protective Order against certain discovery demands that garnishee CMS Nomeco Congo, Inc. ("CMS") has propounded to plaintiff as overbroad, burdensome, and harassing, as detailed in the brief filed contemporaneously herewith.

Dated: Wilmington, Delaware
       January 18, 2007

                                    GREENBERG TRAURIG, LLP

                                    By: _____
                                    Donald J. Detweiler (No. 3087)
                                    Dennis A. Meloro (No. 4435)
                                    The Nemours Building
                                    1007 North Orange Street, Suite 1200
                                    Wilmington, Delaware 19801
                                    (302) 661-7000

                                    And

238267265v1

GREENBERG TRAURIG LLP
Kenneth Kaplan
800 Connecticut Ave., N.W., Suite 500
Washington, DC 20006
(202) 331-3100

And

GREENBERG TRAURIG, LLP
James W. Perkins
200 Park Avenue
New York, New York 10166
(212) 801-9200

*Attorneys for the Plaintiff*