IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :
CONNECTICUT BANK OF COMMERCE,                                    :
                                                                 :
                    Plaintiff,                                   :
                                                                 :   Civil Action No. 05-762 SLR
        - against -                                              :
                                                                 :
THE REPUBLIC OF CONGO, et al.,                                   :
                                                                 :
                    Defendant;                                   :
                                                                 :
CMS NOMECO CONGO INC.,                                           :
                                                                 :
                    Garnishee.                                   :
---------------------------------------------------------------- x

## ORDER

Upon consideration of the Motion of Af-Cap, Inc. ("Af-Cap"), successor-in-interest to Plaintiff Connecticut Bank of Commerce, for a Protective Order against certain discovery demands propounded by Garnishee CMS Nomeco Congo, Inc. (now CMS Nomeco Congo LLC ("CMS")), (the "Motion"), and for good cause shown, IT IS HEREBY ORDERED:

A. That the Motion is GRANTED;

B. That, in accordance with Rule 26(c) of the Federal Rules of Civil Procedure, a Protective Order is hereby issued against the following discovery: (i) the deposition of Mr. James Perkins, Af-Cap's counsel; (ii) the deposition of Michael Sheehan in his individual capacity and to the extent that such deposition seeks information outside the scope of this proceeding; (iii) the 30(b)(6) notice of deposition to the extent CMS seeks discovery of information outside of the scope of this proceeding; (iv) CMS's First Set of Interrogatories, items

238267939v1

numbered 1 through 6, to the extent that CMS seeks discovery of information outside the scope of this proceeding; and (v) CMS's First Requests for Production, items numbered 1 through 12 and 19, to the extent that CMS seeks discovery of information outside the scope of this proceeding.

SO ORDERED:

_____
U.S.D.J.