IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, ) ) ) Plaintiff, ) ) v. ) ) THE REPUBLIC OF CONGO, ) ) Defendant; ) ) CMS NOMECO CONGO INC., ) ) Garnishee. ) | Civil Action No. 05-762 SLR |

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, and that on January 18, 2007, copies of the following were served upon the following in the manner indicated.

- *Motion for Protective Order [Docket No. 84]*
- *Opening Brief in Support of Motion for Protective Order [Docket No. 85]*

VIA HAND DELIVERY
M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

Dated: January 18, 2007

VIA FEDERAL EXPRESS
Guy Lipe, Esquire
Jason Powers, Esquire
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002

_____
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff