UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO | ) ) ) | |
| Defendant | ) ) | |
| CMS NOMECO CONGO, INC., | ) ) | |
| Garnishee | ) | |

## NOTICE OF SERVICE OF DISCOVERY

    I, Dennis A. Meloro, hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, Af-Cap, Inc. (successor in interest to Connecticut Bank of Commerce), and that on January 22, 2007, copies of the following were served upon the parties below in the manner indicated.

- Supplemental Rule 26(a) Disclosures
- Declaration of Professor Ralph G. Steinhardt

VIA HAND DELIVERY
M. Duncan Grant, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

VIA FEDERAL EXPRESS
Guy Lipe, Esquire
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston TX 77002

Dated: January 22, 2007

_____
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff