# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) ) | |
| Defendant; | ) ) | |
| CMS NOMECO CONGO INC., | ) ) ) | |
| Garnishee. | ) | |

## CMS NOMECO CONGO INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to the directive of the Court at the hearing conducted on January 18, 2007, garnishee CMS Nomeco Congo Inc. hereby moves, under Rule 12(c) of the Federal Rules of Civil Procedure, for judgment on the pleadings. The Motion is supported by the accompanying Opening Brief.

OF COUNSEL:

Guy S. Lipe
Jason M. Powers
VINSON & ELKINS L.L.P.
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002-6760
(713) 758-2222

Dated: January 26, 2007

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
James C. Carignan (Del. Bar No. 4230)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Garnishee CMS Nomeco Congo Inc.

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, the foregoing Motion for Judgment on the Pleadings and Opening Brief were electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

>Donald Detweiler, Esq.
>Dennis Meloro, Esq.
>Greenberg Traurig, LLP
>The Brandywine Building
>1000 West Street, Suite 1540
>Wilmington, DE 19801

>/s/ M. Duncan Grant
>M. Duncan Grant (Del. Bar No. 2994)
>PEPPER HAMILTON LLP
>Hercules Plaza, Suite 5100
>1313 North Market Street
>P.O. Box 1709
>Wilmington, DE 19899-1709
>(302) 777-6500