# Greenberg Traurig

Donald Detweiler
Tel. 302.661.7000
Fax 302-661-7360
detweilerd@gtlaw.com

January 29, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

Re: **Connecticut Bank of Commerce v. Republic of Congo, Defendant, CMS Nomeco Congo, Inc. Garnishee**
<u>**Civil Action No. 05-762-SLR**</u>

Dear Judge Robinson:

We are in receipt of Mr. Grant's January 26, 2007 correspondence to Your Honor, enclosing a proposed form order governing the legal issues to be briefed to the Court. While plaintiff AF-Cap, Inc. objects to, and disagrees with, the statements contained within Mr. Grant's letter, AF-Cap, Inc. has no objection to the entry of the proposed form of order submitted by Mr. Grant.

Should Your Honor have any questions, or require any additional information, counsel remain at the convenience of the Court.

Respectfully submitted,

Donald J. Detweiler

DJD/ps

cc: M. Duncan Grant, Esquire
    Kenneth P. Kaplan, Esquire
    Guy S. Lipe, Esquire

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

www.gtlaw.com