IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-762-SLR |
| ) | |
| THE REPUBLIC OF CONGO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| CMS NOMECO CONGO INC., ) | |
| ) | |
| Garnishee. ) | |

**O R D E R**

At Wilmington this 7th day of February, 2007, having conferred with counsel;

IT IS ORDERED that the pretrial conference presently set for June 25, 2007 and the jury trial presently set for July 23, 2007 are hereby cancelled until further order of this court.

_____
United States District Judge