IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, : | |
| : | |
| Plaintiff, : | |
| : | |
| THE REPUBLIC OF CONGO, : | Civil Action No. 05-762 SLR |
| : | |
| Defendant, : | |
| : | |
| CMS NOMECO CONGO INC., : | |
| : | |
| Garnishee. : | |

## AF-CAP, INC.'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to the directive of the Court at the hearing conducted on January 18, 2007, Af-Cap, Inc., assignee of Connecticut Bank of Commerce, hereby moves, under Rule 12(c) of the Federal Rules of Civil Procedure, for judgment on the pleadings. The Motion is supported by Af-Cap, Inc.'s accompanying Answering Brief.

Dated: February 9, 2007

GREENBERG TRAURIG, LLP

Donald J. Detweiler (No. 3087)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, and that on February 9, 2007, copies of the following were served upon the parties listed below in the manner indicated.

- *Cross-Motion for Judgment on the Pleadings*
- *Answering Brief in Support of Cross-Motion for Judgment on the Pleadings*

VIA HAND DELIVERY
M. Duncan Grant, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

VIA U.S. MAIL
Guy Lipe, Esquire
Jason Powers, Esquire
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002

Dated: February 9, 2007

Donald J. Detweiler (No. 3087)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff