IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | : |
| Plaintiff, | : |
| | : Civil Action No. 05-762 SLR |
| - against - | : |
| THE REPUBLIC OF CONGO, | : |
| Defendant, | : |
| CMS NOMECO CONGO INC., | : |
| Garnishee. | : |

**APPENDIX OF EXHIBITS IN SUPPORT OF OPENING BRIEF IN SUPPORT
OF CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS AND IN
OPPOSITION TO GARNISHEE'S RELATED MOTION**

Dated: February 9, 2007

GREENBERG TRAURIG, LLP
Donald J. Detweiler (No. 3087)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

Sanford M. Saunders, Jr.
Kenneth P. Kaplan
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
(202) 331-3100

and

James W. Perkins
Stephanie R. Feldman
200 Park Avenue
New York, NY 10166
(212) 801-9200

Attorneys for the Plaintiff

| TAB | EXHIBIT |
|---|---|
| A | September 30, 2005, Order of the Delaware Superior Court Granting Unopposed Motion of Af-Cap, Inc. for Order Directing Writ of Garnishment to be Issued |
| B | September 3, 2002, Transfer of Judgment |
| C | September 5, 2002, Queen's Bench Order Substituting Af-Cap, Inc. as Claimant |
| D | New York Supreme Court Order of Substitution |
| E | August 10, 2005, CMS's Certificate of Conversion from a Delaware Limited Liability Company |
| F | November 30, 2006, Deposition of Roland Fox |
| G | August 10, 2005, CMS's Certificate of Formation of Limited Liability Company |
| H | August 31, 2005, Affidavit of Personal Service |
| I | January 25, 2007, Ninth Circuit Decision Af-Cap, Inc. v Congo, C.A. Nos. 04-16387, 04-16388, 04-16788, 04-16810 |