# EXHIBIT A

**EXHIBIT A**

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) Delaware Judgment No. _____ <br> ) <br> ) Index No. 26671/99 <br> ) <br> ) SUPREME COURT OF THE <br> ) STATE OF NEW YORK <br> ) COUNTY OF KINGS <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| THE REPUBLIC OF CONGO, | ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

The Court, having considered the praecipe and *unopposed* motion of Af-Cap, Inc. ("Af-Cap"), as assignee of plaintiff/judgment creditor Connecticut Bank of Commerce, for an order directing the Prothonotary of this Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. (the "Motion"), and for good cause shown, it is hereby ORDERED that:

A.   The Motion is GRANTED; and

B.   In accordance with 28 U.S.C. § 1610 (c), the Court directs the Prothonotary of the Court to issue a writ of garnishment on CMS Nomeco Congo, Inc. in aid of Af-Cap's execution of an underlying judgment against defendants/judgment debtors.

/s/ _____
Superior Court Judge

Dated: ~~August~~ *Sept. 30*, 2005

*10:21 a.m.*

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY