# EXHIBIT B

**COPY**

No. GN100095

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, ) | IN THE DISTRICT COURT |
| Plaintiff, ) | |
| v. ) | OF TRAVIS COUNTY, TEXAS |
| THE REPUBLIC OF CONGO ) | |
| Defendant. ) | 345th JUDICIAL DISTRICT |

## TRANSFER OF JUDGMENT

Pursuant to Texas Property Code Section 12.014, Af-Cap, Inc. and the Federal Deposit Insurance Corporation ("the FDIC"), as Receiver for the Connecticut Bank of Commerce ("the Bank"), respectfully submit this Transfer of Judgment. As authority for the Transfer, Af-Cap, Inc. and the FDIC state the following:

      1.      On January 11, 2001, pursuant to Section 35.003 of the Texas Civil Practice and Remedies Code, the Bank filed a Notice of Filing of Foreign Judgment in this action. *See* Ex. A. The Notice was based on a judgment of the Supreme Court of the State of New York against The Republic of Congo ("the Congo") and in favor of the Bank for $13,628,340.11. *See id.*

      2.      On June 26, 2002, the FDIC was named receiver for the Bank. *See* Ex. B (FDIC press release).

      3.      The name and address of the judgment creditor is: Connecticut Bank of Commerce, c/o The Federal Deposit Insurance Corporation acting as Receiver, Division of Resolutions and Receiverships, 1910 Pacific Avenue, Dallas, Texas 75201.

4. The name and address of the judgment debtor is: The Republic of Congo, c/o Head of the Ministry of Foreign Affairs, Rodolphe Adada, BP 98, Brazzaville, Congo.

5. The FDIC, as Receiver for the judgment creditor, hereby acknowledges that the judgment creditor transfers its right, title and interest in the judgment in this action, consisting of the unpaid amount of $13,628,340.11, to Af-Cap, Inc., c/o Wakefield Quin, Chancery Hall, 52 Reid Street, Hamilton HM 12, Bermuda.

6. Accordingly, pursuant to Texas Property Code Section 12.014(c), Af-Cap, Inc. and the FDIC respectfully request that the Clerk of the Court "note the transfer on the margin of the minute book at the place where the judgment is recorded."

Dated: ~~August~~ September 3, 2002

By: _____
the FEDERAL DEPOSIT INSURANCE
CORPORATION as SELLER acting as
RECEIVER for CONNECTICUT BANK
OF COMMERCE

Subscribed and sworn to before me
This 3rd day of ~~August~~ September 2002.

_____
Notary Public
My commission expires:

MOLLY D. McDEVITT
Notary Public, State of New York
No. 02MC6067018
Qualified in New York County
Commission Expires Dec. 3, 2005

A

NO. GI01000 95

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | OF TRAVIS COUNTY, TEXAS |
| THE REPUBLIC OF CONGO, | § § § | |
| Defendant | § § | 345 JUDICIAL DISTRICT |

## NOTICE OF FILING OF FOREIGN JUDGMENT

Pursuant to Section 35.003 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, Connecticut Bank of Commerce hereby files the enclosed judgment (Exhibit A) of the Supreme Court of the State of New York, County of Kings, against the Republic of Congo, in favor of Connecticut Bank of Commerce, in the sum of $13,628,340.11 (a certified copy of which is included in Exhibit A).

The judgment creditor is Connecticut Bank of Commerce, 612 Bedford Street, Stamford, Connecticut 06901.

An affidavit stating the name and last known post office address of the judgment debtor and the judgment creditor is attached as Exhibit B.

Connecticut Bank of Commerce also requests that it collect post judgment interest at a rate of nine percent (9%) per annum as provided in the New York Civil Practice Law and Rules Sections 5003 and 5004.

FILED

01 JAN 11 AM 11: 21

288402

Respectfully submitted,

SCOTT, DOUGLASS & McCONNICO, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701-2589
(512) 495-6300
(512) 474-0731 Fax

By _____
Thomas A. Albright
State Bar No. 00974790
Doug Sigel
State Bar No. 18347650

ATTORNEYS FOR CONNECTICUT BANK
OF COMMERCE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing of Foreign Judgment has been served on Defendant, as shown below, on January 11, 2001.

| | |
|---|---|
| Directeur General de la Caisse Congolaise<br>    d'Amortissement<br>BP 2090<br>Brazzaville, Congo | By Registered Mail<br>Return Receipt Requested |
| Republic of the Congo<br>c/o Head of the Ministry of Foreign Affairs<br>Rodolphe Adada<br>BP 98<br>Brazzaville, Congo | By Registered Mail<br>Return Receipt Requested |
| United States Corporation Company<br>(Registered Agent for Republic of Congo)<br>2 World Trade Center, Suite 8746<br>New York, NY 10048 | By Registered Mail<br>Return Receipt Requested |

_____
Doug Sigel

SUPREME COURT OF STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------X
CONNECTICUT BANK OF COMMERCE

        - Plaintiff,

-against-

THE REPUBLIC OF CONGO

        Defendant.
---------------------------------------X

Index No. 26671/99

**MONEY JUDGMENT**

FILE COPY

STATE OF NEW YORK )
                )ss:
COUNTY OF KINGS  )

1. Plaintiff, CONNECTICUT BANK OF COMMERCE, by its attorneys, GOLDBERG & COHN, LLP., LOCAL COUNSEL to the FIRM OF WILLIAMS & CONNOLLY, having moved by Motion for Summary Judgment in Lieu of Complaint dated for an Order that a Money Judgment be granted to Plaintiff in the sum of Ten Million Three Hundred Seventy Five Thousand Two Hundred Forty Four Dollars and Eighty Three ($10,375,244.83) DOLLARS plus interest and such costs and disbursements as are fixed by the Court; and

2. The Defendant having defaulted by failing to put in any Response to said motion and the matter having come before Hon. Irving Aronin on November 17, 1999 and Justice Aronin having granted Plaintiff's Motion for a Money Judgment of Ten Million Three Hundred Seventy Five Thousand Two Hundred Forty Four Dollars and Eighty Three ($10,375,244.83) Cents and directing Plaintiff to settle an Order on Notice and Plaintiff having settled said Order on Notice to Defendant, and this Order having been signed by Justice Aronin on February 1, 2000 and having been duly entered by the County Clerk, Kings County on March 10, 2000, *granting that*

~~a Mo~~ ...dgment be ~~issued~~ *entered* against Defendant ~~R~~epublic of Congo in the sum of Ten Million Three Hundred Seventy Five Thousand Two Hundred Forty Four Dollars and Eighty Three ($10,375,244.83) Cents plus interest from November 15, 1996, of ~~————————————————————————————————~~ and now on the Motion of GOLBERG & COHN, LLP., LOCAL COUNSEL to the FIRM OF WILLIAMS & CONNOLLY it is;

ADJUDGED that Plaintiff, CONNECTICUT BANK OF COMMERCE residing at and with a principal place of business at 612 Bedford Street, Stamford, Connecticut 06901 have Judgment against and do recover of the Defendant, The Republic of Congo, a sovereign foreign entity with a principal residence in the United States at its Embassy located in 4891 Colorado Avenue, Northwest, Washington. D.C., (202) 726-0825 the sum of $10,375,244.83, plus interest in the amount of $3,252,650.28 and ~~————————~~ plus costs and disbursements in the amount of $445.00, making a total sum of $13,628,340.11 and the plaintiff shall have execution therefor.

*Wilbur A. Levin*
CLERK
SUPREME COURT, KINGS COUNTY

KINGS COUNTY CLERK'S OFFICE
2011 MAY -9 PM 2:46
FILED

CONNECTICUT BANK OF COMMERCE,

Plaintiff(s)

-against-

THE REPUBLIC OF CONGO,

Defendant(s).

## MONEY JUDGMENT

**GOLDBERG & COHN, LLP**
*Attorneys for*

*Office and Post Office Address, Telephone*
16 Court Street - Suite 2304
BROOKLYN, N.Y. 11241
(718) 875-2400
FAX (718) 858-2101

To

Signature (Rule 130-1.1-a)

Print name beneath
Elliott S. Martin

Attorney(s) for

Service of a copy of the within is hereby admitted.

Dated,

Attorney(s) for

Please take notice
☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT
that an order of which the within is a true copy will be presented for
settlement to the HON. one of the judges
of the within named court, at

Dated,

Yours, etc.
GOLDBERG & COHN, LLP
*Attorneys for*

*Office and Post Office Address*
16 Court Street - Suite 2304
BROOKLYN, N.Y. 11241

CONNECTICUT BANK OF COMMERCE,

Plaintiff(s)

-against-

THE REPUBLIC OF CONGO,

Defendant(s).

## BILL OF COSTS

**GOLDBERG & COHN, LLP**
*Attorneys for*

*Office and Post Office Address, Telephone*
16 Court Street - Suite 2304
BROOKLYN, N.Y. 11241
(718) 875-2400
FAX (718) 858-2101

To                                                                                          Signature (Rule 130-1.1-a)

Attorney(s) for                                                              Print name beneath
                                                                             Elliott S. Martin

Service of a copy of the within                                              is hereby admitted.

Dated,

                                                                  Attorney(s) for

Please take notice

that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on

that an order                of which the within is a true copy will be presented for
settlement to the HON.                                           one of the judges
of the within named court

GOLDBERG & COHN, LLP
16 Court Street, Suite 2304
BROOKLYN, N.Y. 11241

## ATTORNEY'S CERTIFICATION

ELLIOTT S. MARTIN, an attorney duly admitted to practice law in the State of New York, make this affirmation pursuant to CPLR 2106 and under the penalty of perjury:

I certify that the annexed **MONEY JUDGMENT AND BILL OF COSTS** has been compared by me with the original and found to be a true and complete copy thereof.

DATED: Brooklyn, New York
       June 21, 2000

                                              ELLIOTT S. MARTIN, ESQ.

against

**THE REPUBLIC OF CONGO**

*Petitioner(s)*

*Defendant(s) Respondent(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF: **KINGS**   ss.: **0917151  ROGELIO A. NICHOLSON**

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at **KINGS COUNTY**

**JUNE 21ST, 2000 at 12:55 PM** at **2 WORLD TRADE CENTER, SUITE 8746, N.Y. N.Y**

Deponent served the within
- ☐ summons
- ☐ summons and complaint
- ☐ subpoena duces tecum
- ☐ citation
- ☐ with notice
- ☐ notice of petition and petition
- ☐ subpoena
- ☐ summons, Spanish summons and complaint, the language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)
- ☒ **MONEY JUDGEMENT / BILL OF COST**

on **THE REPUBLIC OF CONGO**
- ☐ defendant
- ☐ respondent
- ☐ witness

hereinafter called the recipient therein named

**INDIVIDUAL** 1. ☐ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION** 2. ☒ a **DOMESTIC** corporation, by delivering thereat a true copy of each to **JUDITH MORGAN** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **MANAGING AGENT** thereof. **TO ACCEPT**

**SUITABLE AGE PERSON** 3. ☐ by delivering thereat a true copy of each to
a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC.** 4. ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**USE WITH 3 OR 4** A. ☐ Deponent talked to                at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at                and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**USE WITH 3 OR 4** B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at                in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒
- ☐ Male   ☒ Female
- ☐ White Skin   ☒ Black Skin   ☐ Yellow Skin   ☐ Brown Skin   ☐ Red Skin
- ☒ Black Hair   ☐ Brown Hair   ☐ Blonde Hair   ☐ Gray Hair   ☐ Red Hair
- ☐ White Hair   ☐ Balding   ☐ Mustache   ☐ Beard   ☐ Glasses
- ☐ 14-20 Yrs.   ☐ 21-35 Yrs.   ☒ 36-50 Yrs.   ☐ 51-65 Yrs.   ☐ Over 65 Yrs.
- ☐ Under 5'   ☐ 5'0"-5'3"   ☒ 5'4"-5'8"   ☐ 5'9"-6'0"   ☐ Over 6'
- ☐ Under 100 Lbs.   ☐ 100-130 Lbs.   ☒ 131-160 Lbs.   ☐ 161-200 Lbs.   ☐ Over 200 Lbs.

Other identifying features:

**WITNESS FEES** ☐ $            the authorizing traveling expenses and one days' witness fee:
- ☐ was paid (tendered) to the recipient
- ☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  **6/21/00**

RICHARD S. GOLDBERG
Notary Public, State of New York
No. 24-6252700
Qualified in Kings County
Commission Expires May 31, 2000

_Rogelio A. Nicholson_   **0917151**
License No.

**Rogelio A. Nicholson**

NO. _____

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § § | OF TRAVIS COUNTY, TEXAS |
| THE REPUBLIC OF CONGO, | § § | |
| Defendant | § | _____ JUDICIAL DISTRICT |

STATE OF CONNECTICUT
COUNTY OF FAIRFIELD

## AFFIDAVIT OF J. DONALD WEAND

On this date, J. Donald Weand personally appeared before me, the undersigned Notary Public, and after being duly sworn stated the following under oath:

1. My name is J. Donald Weand. I reside in Fairfield, Connecticut. I am over 18 years of age. I have never been convicted of a crime, and I am fully competent to make this affidavit. I have personal knowledge of the facts stated, and they are true and correct.

2. I am the president of Connecticut Bank of Commerce.

3. This affidavit is being filed together with an authentic copy of a judgment of the Supreme Court of the State of New York, County of Kings, against the Republic of Congo, in favor of Connecticut Bank of Commerce, in the sum of $13,628,340.11.

271387

4. The last known post office addresses of the judgment debtor, the Republic of Congo, are as follows:

> Directeur General de la Caisse Congolaise d'Amortissement
> BP 2090
> Brazzaville, Congo
>
> Republic of the Congo
> c/o Head of the Ministry of Foreign Affairs
> Rodolphe Adada
> BP 98
> Brazzaville, Congo

5. The address of the registered agent for the Republic of Congo, pursuant to the loan agreement that gave rise to the judgment, is:

> United States Corporation Company
> 2 World Trade Center, Suite 8746
> New York, NY 10048

6. The post office address of the judgment creditor, Connecticut Bank of Commerce, is 612 Bedford Street, Stamford, Connecticut 06901.

Further Affiant saith not.

_____
J. Donald Weand

SUBSCRIBED AND SWORN TO BEFORE ME by J. Donald Weand on this the 8th day of January, 2001.

MARIA E. DIAZ
Notary Public, State of New York
No. 01DI6044777
Qualified in New York County
Commission Expires July 10, 2002

_____
Notary Public's Signature

271387                                    2

B

**FDIC**

## Press Releases

### FDIC ANNOUNCES RECEIVERSHIP OF THE CONNECTICUT BANK OF COMMERCE, STAMFORD, CONNECTICUT

**FOR IMMEDIATE RELEASE**
PR-74-2002 (6-26-2002)

**Media Contact:**
Phil Battey (202) 898-6993

WASHINGTON, D.C. -- The Connecticut Bank of Commerce, Stamford, Connecticut, was closed today by the Banking Commissioner, Connecticut Department of Banking, and the Federal Deposit Insurance Corporation (FDIC) was named receiver.

The FDIC is attempting to arrange a transaction under which the failed bank's insured deposits will be assumed by a healthy bank over the weekend. If this effort proves unsuccessful, the FDIC will move immediately to make funds available to depositors up to the statutory insurance limit of $100,000.

The FDIC expects to make an announcement of the outcome of its effort within the next few days. As of March 31, 2002, the Connecticut Bank of Commerce reported approximately $398.6 million in assets and $323.7 million in deposits.

This was the seventh failure of an FDIC-insured institution in 2002.

### # # #

Congress created the Federal Deposit Insurance Corporation in 1933 to restore public confidence in the nation's banking system. The FDIC insures deposits at the nation's 9,538 banks and savings associations and it promotes the safety and soundness of these institutions by identifying, monitoring and addressing risks to which they are exposed. The FDIC receives no federal tax dollars - insured financial institutions fund its operations.

FDIC press releases and other information are available on the Internet at www.fdic.gov or through the FDIC's Public Information Center (800-276-6003 or 202-416-6940).

Last Updated 06/26/2002

communications@fdic.gov

Sitemap | Search | Help | Home

http://www.fdic.gov/news/news/press/2002/pr7402.html                                  8/12/2002

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2002 OC -4 AM 11: 05

CONNECTICUT BANK OF COMMERCE,
Plaintiff,

-vs-

Case No. A-01-CA-321-SS

THE REPUBLIC OF CONGO,
Defendant.

## ORDER

BE IT REMEMBERED on the 3rd day of October 2002 the Court reviewed the file in the above-styled cause, specifically Plaintiff's Motion to Substitute Parties [#22], Plaintiff's Motion for Permission to Serve Garnishment Writs [#23], and Defendant's Response [#25]. After considering the motions and responses, the case file as a whole, and the relevant law, the Court enters the following orders.

IT IS ORDERED that the Plaintiff's Unopposed Motion to Substitute Parties [#22] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Permission to Serve Garnishment Writs [#23] is DISMISSED WITHOUT PREJUDICE to refiling.

SIGNED this the 3rd day of October 2002.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

27