# EXHIBIT C

1996 Folio No. 1309

IN THE HIGH COURT OF JUSTICE
QUEENS BENCH DIVISION
COMMERCIAL COURT

Mr Justice Tomlinson

BETWEEN:

CONNECTICUT BANK OF COMMERCE

<u>Claimant</u>

- and -

REPUBLIC OF CONGO
(formerly The People's Republic of Congo)

<u>Defendant</u>



ORDER

UPON reading the witness statement of Guy Richard Wilkes dated 5th September, 2002 given on behalf of Af-Cap, Inc. and the exhibit thereto.

IT IS ORDERED

1.  that Af-Cap, Inc. be substituted as Claimant in these proceedings in place of Connecticut Bank of Commerce.

Dated the 5th day of September, 2002

**8**

1996 Folio No. 1309
IN THE HIGH COURT OF JUSTICE
QUEENS BENCH DIVISION
COMMERCIAL COURT

BETWEEN:

CONNECTICUT BANK OF COMMERCE
<u>Claimant</u>

- and -

REPUBLIC OF CONGO
(formerly The People's Republic of Congo)
<u>Defendant</u>

---

ORDER

---

Allen & Overy
One New Change
London EC4M 9QQ

Tel: 020 7330 3000
Ref: PMW/ICC/LT:607745.1

**9**