# EXHIBIT E

PAGE 11

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:44 PM 08/10/2005
FILED 02:00 PM 08/10/2005
SRV 050659233 - 2031230 FILE

## STATE OF DELAWARE
## CERTIFICATE OF CONVERSION
## FROM A CORPORATION TO
## A LIMITED LIABILITY COMPANY
## PURSUANT TO SECTION
## 266 OF THE DELAWARE GENERAL
## CORPORATION LAW.

1.) The name of the corporation immediately prior to filing this Certificate is CMS NOMECO Congo, Inc.

2.) The date the Certificate of Incorporation was filed on is March 23, 1984

3.) The original name of the corporation as set forth in the Certificate of Incorporation is Amoco Congo Exploration Company

4.) The name of the limited liability company as set forth in the formation is CMS NOMECO Congo, LLC

5.) The conversion has been approved in accordance with the provisions of Section 266.

By: _____
Authorized Officer

Name: Brian Wrathmell
Print or Type Signature