# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT TEXAS
FOR THE DISTRICT OF DELAWARE

------------------------)
CONNECTICUT BANK OF        )
COMMERCE,                  )
    Plaintiff )
                     )
   v.      ) Civil Action No.
            ) 05-726 SLR
            )
THE REPUBLIC OF CONGO      )
    Defendant )
             )
            )
CMS NOMECO CONGO, INC.,    )
    Garnishee )
             )
------------------------)

Deposition of:

MR. ROLAND FOX

taken at the offices of:

Olswang
90 High Holborn
London
WC1V 6XX
UK

on Thursday, November 30, 2006
commencing at 9:12 a.m.

**ORIGINAL**

| | | |
|---|---|---|
| 1 | let me just read this again. | 02:45:11 |
| 2 | No, you're right. You're right, thinking about | 02:45:21 |
| 3 | it. | 02:45:24 |
| 4 | Q. What am I right about, because now I've | 02:45:24 |
| 5 | confused myself. | 02:45:27 |
| 6 | A. You're right that what is happening is that | 02:45:28 |
| 7 | those costs are being treated as a deductible cost prior to | 02:45:30 |
| 8 | the calculation of the royalty. That is what this is | 02:45:37 |
| 9 | saying. | 02:45:40 |
| 10 | Q. And what is the effect of treating that -- of | 02:45:41 |
| 11 | treating it as a deductible cost prior to the calculation of | 02:45:45 |
| 12 | the royalty? | 02:45:52 |
| 13 | A. I would imagine that leads to a smaller | 02:45:53 |
| 14 | royalty delivery to the Government. | 02:45:56 |
| 15 | Q. In -- | 02:45:59 |
| 16 | A. Could you just give me a second to just try | 02:46:00 |
| 17 | and understand this carefully? Yeah, it would make a minor | 02:46:02 |
| 18 | change to the amount of royalty oil which the Government | 02:46:17 |
| 19 | takes. | 02:46:23 |
| 20 | Q. Is SNPC authorized to sign off on a reduction | 02:46:24 |
| 21 | in the Government oils royalty? | 02:46:27 |
| 22 | A. It hasn't done that. In fact, it's the party | 02:46:30 |
| 23 | that's saying that they consider -- or they're asking that | 02:46:33 |
| 24 | the -- that CMS examine whether that's appropriate or not. | 02:46:37 |
| 25 | Q. Currently this is how the parties are | 02:46:42 |

| | | |
|---|---|---|
| 1 | proceeding though; correct? | 02:46:44 |
| 2 | A. The lifting -- the $150,000 is a deduction, | 02:46:47 |
| 3 | yes. | 02:46:50 |
| 4 | Q. So the practical effect is that SNPC has | 02:46:51 |
| 5 | signed off on the Government -- on the Government -- | 02:46:55 |
| 6 | A. Absolutely not. | 02:47:00 |
| 7 | Q. -- losing a portion? | 02:47:01 |
| 8 | A. Absolutely not. | 02:47:03 |
| 9 | Q. -- of their royalty? | 02:47:04 |
| 10 | A. Absolutely not. | 02:47:05 |
| 11 | Q. Why do you say "absolutely not"? | 02:47:07 |
| 12 | A. Because here SNPC is disputing the right of | 02:47:09 |
| 13 | CMS or asking CMS to consider whether it's appropriate. | 02:47:13 |
| 14 | It's not signing off on it at all. | 02:47:16 |
| 15 | Q. And CMS has done nothing because it's not in | 02:47:19 |
| 16 | their interest to do so; correct? | 02:47:21 |
| 17 | A. That's correct. | 02:47:24 |
| 18 | Q. Just trying to recap. There's an agreement | 02:47:52 |
| 19 | between Congo and CMS with regard to the maritime tax | 02:47:55 |
| 20 | off-set; correct? | 02:47:59 |
| 21 | A. No. | 02:48:00 |
| 22 | Q. I thought we discussed earlier that the | 02:48:02 |
| 23 | maritime tax that CMS indirectly had to pay by virtue of | 02:48:04 |
| 24 | having to pay the shippers, Congo agreed that CMS could take | 02:48:13 |
| 25 | an offtake? | 02:48:18 |

| | | |
|---|---|---|
| 1 | A. No. It's an acquiescence is how I described | 02:48:19 |
| 2 | it. | 02:48:23 |
| 3 | Q. What do you mean by "acquiescence"? | 02:48:23 |
| 4 | A. They've gone along with it. | 02:48:26 |
| 5 | Q. You sought their approval for the | 02:48:28 |
| 6 | acquiescence -- and by "you" I mean CMS? | 02:48:30 |
| 7 | A. Sought their approval? I think -- I don't | 02:48:38 |
| 8 | know whether we -- whether CMS sought the approval or not | 02:48:42 |
| 9 | but it happened. My -- my understanding, from what | 02:48:45 |
| 10 | I learned at the time when this acquisition was made, was | 02:48:51 |
| 11 | that the Government considered or elements of the Government | 02:48:56 |
| 12 | considered -- were objecting to the fact that the | 02:49:00 |
| 13 | Hydrocarbons Ministry was receiving too much money; and this | 02:49:04 |
| 14 | was one way of sharing money around the various ministries, | 02:49:07 |
| 15 | and therefore it was acquiesced in without it being any | 02:49:11 |
| 16 | agreement. | 02:49:24 |
| 17 | Q. Are there any other acquiescences between CMS | 02:49:37 |
| 18 | and Congo, as you call them, that I haven't covered? | 02:49:42 |
| 19 | A. I can't think of any at the moment. | 02:49:45 |
| 20 | Q. Reading through the document request | 02:49:58 |
| 21 | responses -- were you involved in this in the preparation of | 02:49:59 |
| 22 | the document request responses? | 02:50:03 |
| 23 | A. Yes. | 02:50:05 |
| 24 | Q. You reviewed them? | 02:50:06 |
| 25 | A. Yes. | 02:50:11 |

| | | |
|---|---|---|
| 1 | Q. What about the interrogatory responses? | 02:50:11 |
| 2 | A. Yes. | 02:50:13 |
| 3 | Q. And you reviewed those? | 02:50:14 |
| 4 | A. Yes. | 02:50:15 |
| 5 | Q. The request for admissions as well? You | 02:50:16 |
| 6 | reviewed those? | 02:50:18 |
| 7 | A. Yes. | 02:50:19 |
| 8 | Q. The document requests assert a joint defence | 02:50:22 |
| 9 | privilege. Are you familiar with that? | 02:50:27 |
| 10 | A. What it means? | 02:50:29 |
| 11 | Q. Are you familiar with -- well, yes, do you | 02:50:31 |
| 12 | know what it -- what that means? | 02:50:35 |
| 13 | A. Not entirely, no. | 02:50:37 |
| 14 | Q. What's your understanding of the joint defence | 02:50:38 |
| 15 | privilege? | 02:50:41 |
| 16 | A. "Not entirely" is probably a very bad thing to | 02:50:42 |
| 17 | say. I'm not sure what it does mean. I'm not an expert on | 02:50:46 |
| 18 | legal privilege in the US. | 02:50:52 |
| 19 | Q. Okay. That's fair. Are you aware of the | 02:50:53 |
| 20 | basis for that objection? What is the basis for the | 02:51:11 |
| 21 | objection under the joint defence privilege in -- | 02:51:14 |
| 22 | A. Could I see the -- where it is actually -- | 02:51:17 |
| 23 | Q. I just want to make sure I focus you before | 02:51:19 |
| 24 | I -- before I give it to you. Just give me a second. The | 02:51:22 |
| 25 | copy at page 3, which is where it is asserted, is missing. | 02:52:16 |

| # | | time |
|---|---|---|
| 1 | Let me see if there's one here. Here we go. I'm just going | 02:52:22 |
| 2 | to read into the record the General Objection from | 02:53:02 |
| 3 | Defendant, CMS Nomeco Congo, Inc.'s, Responses to | 02:53:07 |
| 4 | Plaintiff's First Request for Production. This is on page 2 | 02:53:12 |
| 5 | of the document: | 02:53:16 |
| 6 | "CMS objects to each document request to the | 02:53:17 |
| 7 | extent it would require CMS to make or to divulge | 02:53:19 |
| 8 | information protected by the work product doctrine, the | 02:53:30 |
| 9 | attorney/client privilege, the joint defence/common interest | 02:53:32 |
| 10 | privilege and/or any other applicable privilege or | 02:53:38 |
| 11 | protection. To the extent that CMS objects to any document | 02:53:43 |
| 12 | request, for reasons other than privilege, CMS Nomeco | 02:53:47 |
| 13 | objects to any attempt to impose upon it an obligation to | 02:53:52 |
| 14 | privilege long any documents responsive only to the | 02:53:53 |
| 15 | objectionable portion of a request until a reasonable time | 02:53:57 |
| 16 | after CMS Nomeco's other objections may be heard and | 02:54:00 |
| 17 | resolved. CMS Nomeco will produce a log of other privileged | 02:54:07 |
| 18 | documents no later than December 31, 2006 and objects, on | 02:54:07 |
| 19 | relevancy grounds, to any purported requirement that it | 02:54:12 |
| 20 | produce such log sooner." | 02:54:15 |
| 21 | And I apologize I don't have the right one with | 02:54:23 |
| 22 | me. That is -- take on face value that's what's in here, | 02:54:26 |
| 23 | you guys are free to check when you go back. | 02:54:29 |
| 24 | With regard to the joint defence common interest | 02:54:32 |
| 25 | privilege that was asserted, do you know the basis for that | 02:54:34 |

| | | |
|---|---|---|
| 1 | objection? | 02:54:38 |
| 2 | A. No, I'm relying on legal advice I got. | 02:54:39 |
| 3 | Q. You're relying on legal advice for making the | 02:54:42 |
| 4 | objection? | 02:54:46 |
| 5 | A. For -- yes. | 02:54:47 |
| 6 | Q. Do you know if you have a joint defence | 02:54:48 |
| 7 | agreement with Congo, as the defendant in this action -- do | 02:54:51 |
| 8 | you know if you have a joint defence agreement with Congo? | 02:54:56 |
| 9 | A. I don't believe we have, no. In fact we | 02:54:59 |
| 10 | don't; I'm sure we don't. | 02:55:02 |
| 11 | Q. I'm sorry? | 02:55:04 |
| 12 | A. I'm sure we don't. | 02:55:05 |
| 13 | Q. You're sure you don't. Do you know of any | 02:55:07 |
| 14 | other joint defence agreements that CMS Nomeco has with | 02:55:09 |
| 15 | anyone associated with the District of Delaware litigation? | 02:55:17 |
| 16 | A. No, there are none. | 02:55:22 |
| 17 | Q. Is there anyone else that we could ask whether | 02:55:31 |
| 18 | or not there's a joint defence agreement in place, such that | 02:55:36 |
| 19 | this objection would be appropriate? | 02:55:40 |
| 20 | MR. LIPE: I object to the form. | 02:55:43 |
| 21 | A. I don't -- I don't believe there is a joint -- | 02:55:46 |
| 22 | there's no agreement between us and anybody else for a joint | 02:55:49 |
| 23 | defence. | 02:55:52 |
| 24 | Q. And you would know because the chief legal | 02:55:53 |
| 25 | officer and -- | 02:55:56 |

| | | |
|---|---|---|
| 1 | A. I should know if there was one, yes. | 02:55:57 |
| 2 | MR. KAPLAN: We'll put this on our list of things | 02:56:09 |
| 3 | to discuss after the deposition. Maybe Mr. -- | 02:56:11 |
| 4 | MR. LIPE: There are -- there are no joint defence | 02:56:15 |
| 5 | agreements. | 02:56:17 |
| 6 | MR. KAPLAN: Well, what's the basis for the joint | 02:56:18 |
| 7 | defence privilege assertion? | 02:56:19 |
| 8 | MR. LIPE: First of all, we're not claiming joint | 02:56:21 |
| 9 | defence privilege with regard to any documents generated in | 02:56:22 |
| 10 | connection with the Delaware litigation. Did you hear that? | 02:56:24 |
| 11 | MR. KAPLAN: Yes. Yeah. | 02:56:29 |
| 12 | MR. LIPE: Your document requests seek documents | 02:56:32 |
| 13 | relating to the Texas litigation. The joint defence | 02:56:34 |
| 14 | privilege would apply only to the extent the court would | 02:56:37 |
| 15 | determine that communications generated in connection with | 02:56:42 |
| 16 | the Texas garnishment litigation are discoverable in this | 02:56:46 |
| 17 | case. But there is no joint defence agreement with regard | 02:56:50 |
| 18 | to the Texas litigation either. | 02:56:54 |
| 19 | MR. KAPLAN: Who are the agreements -- who are the | 02:56:57 |
| 20 | communications between that are the -- are potentially the | 02:56:59 |
| 21 | subject of the privilege? | 02:57:02 |
| 22 | MR. LIPE: It would be communications | 02:57:06 |
| 23 | Cleary & Gotlieb lawyers and Vinson Elkins lawyers in | 02:57:08 |
| 24 | connection with the Texas litigation. | 02:57:17 |
| 25 | If you look at the first two requests in your | 02:57:26 |

| | | |
|---|---|---|
| 1 | document request, you're seeking documents relating to | 02:57:30 |
| 2 | litigation brought by Af-Cap and any other judgment | 02:57:34 |
| 3 | creditors of the Congo without geographic or time | 02:57:38 |
| 4 | limitation. I interpreted that request as seeking every | 02:57:41 |
| 5 | communication generated in connection with the Texas | 02:57:46 |
| 6 | garnishment actions. | 02:57:51 |
| 7 | MR. KAPLAN: I think this general matter -- the | 02:57:53 |
| 8 | interpretation -- you've broadened the interpretation beyond | 02:57:55 |
| 9 | what the request asks for. | 02:58:05 |
| 10 | MR. LIPE: I'm glad to hear that. Maybe we don't | 02:58:07 |
| 11 | have a dispute then. There are no joint defence documents | 02:58:10 |
| 12 | in connection with the Delaware litigation. | 02:58:13 |
| 13 | MR. KAPLAN: But there -- | 02:58:17 |
| 14 | Q. Mr. Fox, were you aware that there were | 02:58:19 |
| 15 | communications between lawyers for CMS Nomeco and lawyers | 02:58:22 |
| 16 | for the Congo during the Texas litigation? | 02:58:27 |
| 17 | A. Yes. | 02:58:31 |
| 18 | Q. Did you authorize those communications? | 02:58:32 |
| 19 | A. **They were carried out by the lawyers.** | 02:58:34 |
| 20 | **I believe there were communications with the lawyers acting** | 02:58:52 |
| 21 | **for the claimants as well.** | 02:58:57 |
| 22 | Q. What's your basis for saying that there were | 02:59:08 |
| 23 | communications between lawyers acting for the claimants as | 02:59:11 |
| 24 | well? | 02:59:14 |
| 25 | A. My understanding was that, from time to time, | 02:59:15 |

| | | |
|---|---|---|
| 1 | Mr. Lipe had spoken to lawyers for the claimants to discuss | 02:59:20 |
| 2 | hearings. That's my understanding. | 02:59:25 |
| 3 | MR. LIPE: Just so there's no confusion, we're not | 02:59:35 |
| 4 | claiming those as privileged, if that's what you're | 02:59:37 |
| 5 | concerned about. I don't think you asked about | 02:59:41 |
| 6 | communications with claimant's lawyers claimed as privilege. | 02:59:45 |
| 7 | That's not the case. | 02:59:48 |
| 8 | MR. KAPLAN: I'm not. | 02:59:50 |
| 9 | Q. Are there any other understandings between | 03:00:04 |
| 10 | CMS, Congo or SNPC, other than those which we've discussed | 03:00:09 |
| 11 | today? | 03:00:17 |
| 12 | A. I can't recollect any. | 03:00:17 |
| 13 | Q. CMS is currently extracting oil under the | 03:00:26 |
| 14 | Marine 1 permit? | 03:00:29 |
| 15 | A. Is currently? | 03:00:32 |
| 16 | Q. Currently extracting oil under the Marine 1 | 03:00:33 |
| 17 | permit? | 03:00:36 |
| 18 | A. Correct. | 03:00:37 |
| 19 | Q. Has there ever been a period of time during | 03:00:38 |
| 20 | which -- after the wells were drilled that CMS hasn't | 03:00:42 |
| 21 | extracted oil from the field? | 03:00:49 |
| 22 | MR. LIPE: I object to the form. | 03:00:52 |
| 23 | A. Well CMS were the operator of the Marine 1 | 03:00:53 |
| 24 | permit. At some stage after the wells were drilled | 03:00:59 |
| 25 | I suspect they must have been shut in. And, subsequently, | 03:01:03 |

1  when the necessary terminal facilities were prepared then    03:01:06
2  extraction would have started. There may well have been    03:01:10
3  interruptions for production difficulties or the like.    03:01:14
4      Q. But there have been --    03:01:17
5      A. But overall the production has continued since    03:01:19
6  1991.    03:01:23
7      Q. Okay. When was the last royalty lifting    03:01:26
8  taken?    03:01:34
9      A. The last royalty lifting was taken in April of    03:01:39
10  2006. It was more than a royalty lifting, of course,    03:01:42
11  because SNPC's working interest oil was also lifted at the    03:01:54
12  time.    03:01:58
13      Q. Does SNPC always take its interest oil in    03:02:01
14  a lifting at the same time it takes the Congo's royalty    03:02:07
15  lifting?    03:02:12
16      A. Yes. I believe it's obliged that the two    03:02:13
17  things happen simultaneously, as on the date on which these    03:02:15
18  liftings began in kind rather than there being a cash    03:02:21
19  royalty.    03:02:24
20      Q. And when is the next royalty due?    03:02:25
21      A. The next -- we understand that SNPC -- well,    03:02:33
22  SNPC is entitled to take the next lifting. We forecast it,    03:02:35
23  at the moment, some time around the end of December, but    03:02:40
24  SNPC has not nominated a date as yet. It is entitled to the    03:02:44
25  next lifting then, assuming, of course, that it complies    03:02:50

| | | |
|---|---|---|
| 1 | with the requirements for nomination. | 03:03:02 |
| 2 | Q. And are you aware of when the lawsuit we're | 03:03:04 |
| 3 | here about today began? Do you know the date? | 03:03:07 |
| 4 | A. I believe it's October 2005. | 03:03:11 |
| 5 | Q. Well, do you know when -- when the lawsuit | 03:03:15 |
| 6 | actually began? | 03:03:19 |
| 7 | A. October 2005. | 03:03:19 |
| 8 | Q. Are you aware that CMS was served with | 03:03:24 |
| 9 | Af-Cap's request for garnishment writs in this action at the | 03:03:29 |
| 10 | end of August of 2005? | 03:03:33 |
| 11 | A. I thought the writ was October. I may be | 03:03:41 |
| 12 | wrong, but I thought it was October. That was my | 03:03:43 |
| 13 | recollection. I suspect you're probably right. | 03:03:45 |
| 14 | Q. Are you aware that writs of garnishment were | 03:03:53 |
| 15 | ordered in this case on September 30th, 2005? | 03:03:56 |
| 16 | MR. LIPE: I object to the form. | 03:03:59 |
| 17 | A. No. I thought it was some time in October. | 03:04:01 |
| 18 | I'm sure we were served in October. | 03:04:04 |
| 19 | Q. Then you'll agree with me on October 12th, | 03:04:07 |
| 20 | 2005 writs of garnishment were served on CMS in this case? | 03:04:09 |
| 21 | MR. LIPE: I object to the form. | 03:04:14 |
| 22 | A. Was it writs or --? I don't know. Who did | 03:04:16 |
| 23 | you serve them on? Sorry, I'm not supposed to ask | 03:04:19 |
| 24 | questions. I'm not sure whether they were served on CMS or | 03:04:22 |
| 25 | not. | 03:04:26 |

| | | |
|---|---|---|
| 1 | Q. That's fine. They were served | 03:04:28 |
| 2 | on October 12th, 2005 on CMS corporate representative in | 03:04:30 |
| 3 | Delaware. Were you aware of that? | 03:04:34 |
| 4 | MR. LIPE: I object to the form. | 03:04:37 |
| 5 | A. I was aware there was a writ issued on or | 03:04:39 |
| 6 | served on 12th October. Whether it was validly served or | 03:04:44 |
| 7 | not I'm not in a position to answer because that's a matter | 03:04:48 |
| 8 | of US law. | 03:04:52 |
| 9 | Q. And it's correct that the writ hasn't been | 03:04:59 |
| 10 | dismissed? | 03:05:02 |
| 11 | A. It has not been dismissed. Indeed, I'm not | 03:05:04 |
| 12 | even sure it was validly issued, but that's a matter, again, | 03:05:19 |
| 13 | of US law. | 03:05:23 |
| 14 | Q. I show you Exhibit 13. | 03:05:24 |
| 15 | (Exhibit 13 marked for identification). | 03:05:27 |
| 16 | Q. Have you seen this document before? | 03:05:48 |
| 17 | A. Yes. | 03:05:50 |
| 18 | Q. What is this document? | 03:05:55 |
| 19 | A. It's a document sent by CMS to the Congo | 03:05:56 |
| 20 | showing statistics of production and barrels lifted | 03:05:59 |
| 21 | in October. It contains also a list of the -- contains also | 03:06:05 |
| 22 | a schedule of the under/over lifts and various other items. | 03:06:12 |
| 23 | Q. And this is statistics for October 2005? | 03:06:21 |
| 24 | A. It talks here about the production that was | 03:06:26 |
| 25 | commercializable in October 2005 -- | 03:06:31 |

| | | |
|---|---|---|
| 1 | Q. And what is -- | 03:06:40 |
| 2 | A. -- and the volume of oil that had been lifted | 03:06:42 |
| 3 | in October 2005 which, as you can see, was zero. | 03:06:44 |
| 4 | Q. What does "Production commercialisable" mean? | 03:06:56 |
| 5 | A. It's the total production less the production | 03:07:01 |
| 6 | that had been utilized in production operations, in -- | 03:07:03 |
| 7 | during the relevant period. | 03:07:11 |
| 8 | Q. You said this reflects that there was no | 03:07:21 |
| 9 | lifting taken? | 03:07:23 |
| 10 | A. Correct. | 03:07:24 |
| 11 | Q. And why would no lifting have been taken? | 03:07:25 |
| 12 | A. Because there wasn't sufficient oil in the | 03:07:27 |
| 13 | conkouati to make a lifting sensible. | 03:07:30 |
| 14 | Q. And these statistics for October 2005, which | 03:07:34 |
| 15 | is the same month that the garnishment was served; correct? | 03:07:41 |
| 16 | A. Correct. | 03:07:45 |
| 17 | Q. Item 3 -- | 03:07:46 |
| 18 | A. Hmm. | 03:07:49 |
| 19 | Q. -- on page 1575, which is page 1 -- | 03:07:49 |
| 20 | A. Hmm. | 03:07:54 |
| 21 | Q. -- what is "Redevance comptabilsTe" mean? | 03:07:54 |
| 22 | A. This is the calculations -- the | 03:08:02 |
| 23 | computations -- it is described in the documentation of the | 03:08:03 |
| 24 | royalty -- that will otherwise or that will eventually | 03:08:07 |
| 25 | become taken by way of barrels of oil at the time that SNPC | 03:08:10 |