# EXHIBIT G

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:44 PM 08/10/2005
FILED 02:00 PM 08/10/2005
SRV 050659233 - 2031230 FILE

# STATE of DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE of FORMATION

- **First:** The name of the limited liability company is __CMS NOMECO Congo, LLC__

- **Second:** The address of its registered office in the State of Delaware is __1209 Orange Street__ in the City of __Wilmington__. The name of its Registered agent at such address is __The Corporation Trust Company__

- **Third:** (Use this paragraph only if the company is to have a specific effective date of dissolution: "The latest date on which the limited liability company is to dissolve is _____.")

- **Fourth:** (Insert any other matters the members determine to include herein.)

In Witness Whereof, the undersigned have executed this Certificate of Formation this __10th__ day of __August__, 20__05__

By: _____
    Authorized Person(s)

Name: __Brian Wrathmell__
    Typed or Printed