# EXHIBIT H

AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE        }
                         } ss.
COUNTY OF NEW CASTLE     }

I, Joseph Saienni, of the State of Delaware, County of New Castle, being duly sworn, says that on the 31st day of August, 2005, at 12:20 p.m., I personally served a copy of a NOTICE OF SUIT, AFFIDAVIT FOR CONVERSION FOR FOREIGN JUDGEMENT TO DELAWARE JUDGEMENT, FORM FOR RECORDATION OF ASSIGNED DELAWARE JUDGEMENT NUMBER, NOTICE OF MOTION FOR ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT, MOTION FOR ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT, ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT & WRIT OF GARNISHMENT on **CMS NOMECO CONGO, INC.,** by serving its registered agent, The Corporation Trust Company, at 1209 Orange Street, Wilmington, DE 19801.

Name of individual personally served: Brian Penrod.

*Joseph G. Saienni III*

Subscribed and sworn before me
This 31st day of August, 2005.

_____
Notary Public

My commission expires: _____

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 24, 2007