CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, the foregoing CMS Nomeco Congo Inc.'s Answering Brief in Opposition to Af-Cap Inc.'s Motion for Judgment on the Pleadings and Reply Brief in Support of Motion for Judgment on the Pleadings was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

> Dennis Meloro, Esq.
> Greenberg Traurig, LLP
> The Brandywine Building
> 1000 West Street, Suite 1540
> Wilmington, DE 19801

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500