IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
CONNECTICUT BANK OF COMMERCE,    :

          Plaintiff,    :

   - against -    : Civil Action No. 05-762 SLR

THE REPUBLIC OF CONGO, et al.,    :

          Defendant;    :

CMS NOMECO CONGO INC.,    :

          Garnishee.    :
------------------------------------------------------------- x

## ORDER GRANTING MOTION TO STAY BRIEFING SCHEDULE BASED UPON SETTLEMENT WITH JUDGMENT DEBTOR

Upon consideration of the Motion of Plaintiff, Af-Cap, Inc. (assignee of Connecticut Bank of Commerce), to Stay Briefing Schedule Based Upon Settlement With Judgment Debtor (the "Motion"), and for good cause shown, IT IS HEREBY ORDERED:

   A.   That the Motion is GRANTED;

   B.   That, briefing in the above-captioned action is stayed pending final dismissal of this matter.

SO ORDERED:

_____
U.S.D.J.