IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
:
CONNECTICUT BANK OF COMMERCE,
:
            Plaintiff,
:
    - against -                  :   Civil Action No. 05-762 SLR

THE REPUBLIC OF CONGO,       :
:
            Defendant,
:
CMS NOMECO CONGO INC.,
:
            Garnishee.      :
------------------------------------------------------------------------- x

PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

       Pursuant to Rule 41(a)(1)(i), Fed. R. Civ. P., plaintiff, Af-Cap, Inc. (assignee of Connecticut Bank of Commerce) ("Af-Cap"), by and through undersigned counsel, hereby notices its dismissal of the instant case. The dispute with Defendant/Judgment Creditor, the Republic of Congo ("Congo"), has been resolved and, thus, there is no longer a case and controversy between Af-Cap and Congo. At the time of this filing, Congo has not served an answer or motion for summary judgment.

Dated: March 9, 2007  GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Donald J. Detweiler (No. 3087)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
(302) 661-7000

      and

Kenneth P. Kaplan
Sanford M. Saunders
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006
(202) 331-3100

      and

James W. Perkins
MetLife Building
200 Park Avenue
New York, NY 10166
(212)801-9200


Attorneys for Plaintiff