IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
:
CONNECTICUT BANK OF COMMERCE,
:
                Plaintiff,
:
    - against -                         :   Civil Action No. 05-762 SLR
:
THE REPUBLIC OF CONGO,
:
                Defendant,
:
CMS NOMECO CONGO INC.,
:
                Garnishee.
:
------------------------------------------------------------------------ x

### CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for the Plaintiff, and that on March 9, 2007, copies of the following were served upon the parties listed below in the manner indicated.

- *Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(i)*
- *Letter to Chief Judge Robinson re: Notices of Dismissal*

| VIA HAND DELIVERY | VIA U.S. MAIL |
|---|---|
| M. Duncan Grant, Esquire | Guy Lipe, Esquire |
| James C. Carignan, Esquire | Jason Powers, Esquire |
| Pepper Hamilton LLP | Vinson & Elkins LLP |
| Hercules Plaza, Suite 5100 | First City Tower |
| 1313 N. Market Street | 1001 Fannin Street, Suite 2300 |
| Wilmington, DE 19801 | Houston, TX 77002 |

Dated: March 9, 2007                /s/ Dennis A. Meloro
                                          Dennis A. Meloro (No. 4435)
                                          Greenberg Traurig, LLP
                                          1007 North Orange Street, Suite 1200
                                          The Nemours Building
                                          Wilmington, DE 19801
                                          (302) 661-7000

                                          Attorneys for the Plaintiff