# Greenberg Traurig

Donald Detweiler
302-661-7667
detweilerd@gtlaw.com

March 9, 2007

*Via Electronic Filing*

Chief Judge Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lock Box 31
Wilmington, DE 19801

RE:   Connecticut Bank of Commerce v. The Republic of Congo,
      Civil Action No. 05-762 SLR

Dear Chief Judge Robinson:

We write in response to Mr. Grant's letter of earlier today regarding Af-Cap's Notice of Dismissal in the above-captioned case. CMS's view that it, a garnishee in this enforcement proceeding, has status as an adverse party is not supported by either the statutory language or the case law. The Southern District of New York has directly held that a garnishee is not an "adverse party" within the meaning of Rule 41(a)(1). *See Fantasy Shipping Pool, Ltd. v. Simatech Marine S.A.*, No. 01 CIV.10725ICSH, 2002 WL 1733662 at * 1- * 2 (S.D.N.Y. July 25, 2002). In fact, the adverse party, the judgment debtor Congo, has settled its dispute with Af-Cap. Accordingly, because the adverse party has not filed an answer or motion for summary judgment, Af-Cap's Notice is an appropriate vehicle to dismiss this matter.

Moreover, there is no statutory or other basis for CMS to be awarded fees in this action. CMS was a proper garnishee in this action and it only has itself to blame for electing to raise and litigate Congo's defenses.

Should Your Honor have any questions or concerns, counsel remain at the convenience of the Court.

Respectfully submitted,

*Donald Detweiler* /s/

Donald J. Detweiler (DE #3087)

cc:   M. Duncan Grant, Esquire (CM/ECF)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360                                                                                www.gtlaw.com