# DECLARATION OF WILLIAM M. KATZ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | § | |
| Plaintiff, | § | |
| v. | § | |
| THE REPUBLIC OF CONGO | § | |
| Defendant, | § | CIVIL ACTION No. 05-762 SLR |
| and | § | |
| | § | |
| CMS NOMECO CONGO INC., | § | |
| | § | |
| Garnishee. | § | |

### DECLARATION OF WILLIAM M. KATZ, JR. IN SUPPORT OF CMS NOMECO'S MOTION FOR ORDER AWARDING ATTORNEY'S FEES AND OTHER COSTS

William M. Katz, Jr. declares the following:

1.  My name is William M. Katz, Jr.  I am over the age of twenty-one years and am competent to make this declaration.  I have personal knowledge of the facts stated in this declaration, and they are true and correct.

2.  I obtained a J.D. degree from Georgetown University Law Center in 1994 and have been licensed to practice law in the State of Texas since November 1994.  I am also licensed to practice law in the State of New York and the District of Columbia.  Since November 1994, I have engaged in a commercial litigation practice with the law firm of Thompson & Knight LLP ("T&K").  Currently I am a partner in the Trial Practice Group at T&K.  I have handled litigation matters involving foreign parties.  I am also familiar with the work required to defend an action like the one brought against CMS Nomeco.  In addition to this case, I am involved in the cases with Af-Cap, Inc. in the Western District of Texas and the Fifth Circuit Court of Appeals, the FG Hemisphere cases in the Southern District of Texas and the Fifth Circuit Court of Appeals, and the NUFI case in the Northern District of Texas, all relating to the Congo.

3.  T&K was hired by CMS Nomeco to serve as its counsel in this case.  I have represented CMS Nomeco in this case and have performed legal work on behalf of CMS Nomeco in connection with this case.  T&K has done a great deal of work in connection with this case.  We have investigated the facts surrounding the claims against CMS Nomeco.  We have done a significant amount of legal research.  We have assisted in the preparation of pleadings.  We have also assisted with the discovery served on CMS Nomeco and against the claimant.

4.      Andrew B. Derman and Ellie H. Hodges, partners of my firm, and Andrew Melsheimer, an associate in our firm, have also provided services to CMS Nomeco in this action. Mr. Derman received his J.D. degree from Temple University in 1978 and was admitted to the Texas Bar in 1984. He is also licensed to practice law in the States of New York and Pennsylvania. Mr. Derman is Board Certified in Oil, Gas and Mineral Law by the Texas Board of Legal Specialization. Mr. Derman is the head of the International Energy Practice Group at T&K. Mr. Melsheimer received his J.D. degree from Louisiana State University in 2002 and was admitted to the Texas Bar in that same year. Mr. Melsheimer is also licensed to practice law in the State of Louisiana. Mr. Melsheimer has worked in our Trial Practice Group and currently works in our International Energy Practice Group.

5.      Acting through our Management Committee, my law firm sets standard hourly rates for each lawyer in the firm, and such rates are normally adjusted as of January 1 each year. The standard hourly rates are set after a review by the Management Committee of client reactions to the hourly rates during the preceding year, of available information about rates charged by comparable law firms in the geographic markets in which my firm has offices, and of other information, followed by consultation with the leaders of our firm's practice groups. For example, the firm's Management Committee reviews written analyses that are published by PricewaterhouseCoopers of hourly rates charged by groups of law firms that are identified in the studies, although the specific rates charged by specific law firms are not shown. Following its annual review of relevant information, the Management Committee set the following standard hourly rates for Mr. Melsheimer, Mr. Derman, and me for 2006 and 2007, and T&K charged CMS Nomeco (and other clients of the firm) for our time at our standard hourly rates in each of those years:

- Andrew Melsheimer, $280 in 2006; $330 in 2007.

- William M. Katz, Jr., $450 in 2006; and $485 in 2007.

- Andrew B. Derman, $525 in 2006; and $565 in 2007.

6.      I am familiar with the legal work performed in this action. I have reviewed the time entries for attorneys who have worked on matters relating to this action, and I have identified the time entries that relate to defending against the writs of garnishment issued against CMS Nomeco, as well as the preparation of this fee application. Those time entries are set out in Exhibit 1 to this Declaration. Exhibit 1 to this Declaration contains only those time entries that include time spent in defending against this action. I have removed time entries in which all of the time relates to proceedings in other Courts or not pertaining to this specific action. The work of the T&K attorneys reflected on Exhibit 1 was necessary and proper in defending CMS Nomeco against the writs of garnishment and in preparing this fee application. To date, the amount of attorney's fees billed for the work reflected on Exhibit 1 to this Declaration is $145,132.00.

2

7.     I am familiar with the customary and reasonable charges for services rendered by attorneys for claims of the type that have been raised in a lawsuit of this complexity. In my opinion, the billing rates for each attorney that worked on this matter at T&K were reasonable for the work performed. The number of hours of work for the various tasks involved was reasonable and necessary for the representation of the interests of CMS Nomeco in this case considering that (1) the time and labor required was great, (2) the novelty and difficulty of the questions presented in this case was high, (3) the skill required to perform the legal services properly was high, due to the complex issues presented, (4) the fees charged are customary in the relevant market for this level of litigation, (5) the fee is based on a fixed hourly rate, (6) time limitations were often imposed by the circumstances of the litigation, (7) the amount claimed was substantial, and a positive result (dissolution of the writs of garnishment) was obtained, and (8) I have experience in civil matters with similar complexity as this one. Considering all of these factors, it is my opinion that the sum of $145,132.00 is a reasonable and necessary attorney's fee for the work performed by T&K in the representation of the interests of CMS Nomeco in contesting the writs of garnishment issued in this case.

8.     I am also familiar with the expenses that have been incurred in this action. Attached as Exhibit 2 to my Declaration is a summary of the expenses incurred in connection with the defense of the writs against CMS Nomeco. These expenses total $7,607.32. In my opinion, these expenses were reasonable and necessary in the defensive efforts relating to the writs of garnishment issues in this action and the preparation of this fee application.

9.     The fees and expenses described above do not include amounts relating to fees and expenses that may be incurred in proceedings arising out of any opposition to the fee application supported by this Declaration. I will supplement this Declaration with regard to any additional work and expenses that are required in connection with such opposition, including but not limited to discovery.

10.    Attached as Exhibits 1 and 2 are spreadsheets itemizing the fees and expenses incurred by CMS Nomeco in defending against this action. These exhibits were prepared utilizing the information in T&K's billing systems concerning fees and expenses charged or to be charged to CMS Nomeco for this matter, which billing systems and records are kept in the ordinary course of the firm's business.

11.    Exhibit 1 is a summary of time entries made by T&K attorneys who have worked on the above-captioned and numbered case on behalf of CMS Nomeco, from 2006 to the present. The entries relating to work performed by attorneys which are summarized in Exhibit 1 hereto were prepared by the individual attorneys and were entered into T&K's computer system in the ordinary course of business at or near the time that the work was performed. It is the regular practice of T&K attorneys to make such time entries and for those entries to be promptly entered into the computer system. The time entries for the work that I performed accurately reflect the work that I performed on this matter. The entries for the other attorneys reflected on Exhibit 1 represent work that was actually performed by those attorneys under the direction and supervision of other attorneys at

3

T&K.  Where a time entry made by me or another T&K attorney contained privileged matter, that privileged matter has been redacted and a bracketed description of the subject of the privileged matter has been inserted.

12.    With regard to expenses, the entries for expenses that are summarized on Exhibit 2 were entered into the T&K computer system either by persons with knowledge of the expenditure or based on information supplied by a person with such knowledge, at or near the time the expense was incurred.  It is the regular practice of T&K to make such entries

13.    With minor exceptions, CMS Nomeco has paid all of my firm's invoices in full.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2007.

_____
WILLIAM M. KATZ, JR.

4

# EXHIBIT 1

## CMS Nomeco's Attorneys' Fees and Expenses in Case No. 05-726-SLR

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 01/01/06 | A. Derman | 1.00 | 525.00 | Began review of Af-Cap Delaware brief |
| 01/02/06 | A. Derman | 2.00 | 1,050.00 | Review Af-Cap brief and provided comments |
| 01/03/06 | A. Derman | 2.00 | 1,050.00 | Reviewed Af-Cap reply to opposition to cross-motion for summary judgment and provided comments |
| 01/04/06 | A. Derman | 1.50 | 787.50 | Reviewed revised Af-Cap reply to opposition to cross-motion for summary judgment and provided comments; reviewed status of litigation |
| 07/22/06 | W. Katz | 1.10 | 495.00 | Review Delaware orders and decision; review e-mail from A. Derman; analyze [trial issues]; memorandum to A. Derman regarding same |
| 07/25/06 | W. Katz | .50 | 225.00 | E-mails regarding discovery issues and Court-ordered scheduling conference; review and comment on proposed court order |
| 07/26/06 | W. Katz | .50 | 225.00 | E-mails regarding discovery issues and scheduling order |
| 07/27/06 | A. Derman | 2.00 | 1,050.00 | Reviewed pleadings and prepared strategy and forward plan |
| 07/28/06 | A. Derman | 2.00 | 1,050.00 | Reviewed pleadings and prepared strategy and forward plan |
| 07/28/06 | W. Katz | .50 | 225.00 | E-mails regarding Delaware litigation and strategy |
| 08/01/06 | A. Derman | 1.00 | 525.00 | Exchanged notes with team reviewed court decisions, briefs and prepared strategy and forward plan |
| 08/08/06 | W. Katz | .20 | 90.00 | E-mails regarding Delaware disclosures; review and analyze same |
| 08/14/06 | W. Katz | .20 | 90.00 | E-mails regarding Delaware scheduling order; review and comment on order |
| 08/21/06 | W. Katz | .60 | 270.00 | E-mails and conferences with G. Lipe regarding scheduling order; review and analyze Af-Cap's initial disclosures and scheduling order |
| 08/22/06 | W. Katz | .80 | 360.00 | E-mails regarding Delaware scheduling conference; review and analyze proposed order; e-mails regarding same; e-mails regarding conference call |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/23/06 | W. Katz | 1.20 | 540.00 | E-mails regarding scheduling order and conference call; review various versions of order; conference call with G. Lipe and D. Grant |
| 08/24/06 | W. Katz | .50 | 225.00 | E-mails regarding scheduling order; e-mails regarding status; conference with A. Derman |
| 08/24/06 | A. Derman | 2.00 | 1,050.00 | Reviewed and considered implications of recent orders; conversations with team |
| 08/25/06 | A. Derman | 1.00 | 525.00 | Discussions with team and prepared strategy and forward plan |
| 08/28/06 | A. Derman | 1.00 | 525.00 | Discussions with team and prepared strategy and forward plan |
| 08/29/06 | A. Derman | 1.00 | 525.00 | Discussions with team and prepared strategy and forward plan |
| 08/30/06 | A. Derman | 1.00 | 525.00 | Multiple discussions with team and prepared strategy and forward plan |
| 08/31/06 | A. Derman | 1.00 | 525.00 | Numerous discussions and prepared strategy and forward plan |
| 09/05/06 | A. Derman | 1.00 | 525.00 | Shared ideas with team and prepared strategy and forward plan |
| 09/06/06 | A. Derman | 1.00 | 525.00 | Multiple conversations with team, reviewed documents and prepared strategy and forward plan |
| 09/07/06 | A. Derman | 1.00 | 525.00 | Exchanged ideas with team and prepared strategy and forward plan |
| 09/08/06 | A. Derman | 1.00 | 525.00 | Discussions with team and prepared strategy and forward plan |
| 09/11/06 | A. Derman | 1.00 | 525.00 | Reviewed pleadings and court documents, discussions with team and prepared strategy and forward plan |
| 09/11/06 | W. Katz | .50 | 225.00 | Conference with G. Lipe regarding experts; e-mail to A. Derman |
| 09/12/06 | A. Derman | .50 | 262.50 | Reviewed pleadings and prepared strategy and forward plan |
| 09/13/06 | A. Derman | .50 | 262.50 | Discussions with team and prepared strategy and forward plan |
| 09/14/06 | A. Derman | .50 | 262.50 | Discussions with team and prepared strategy and forward plan |
| 09/15/06 | A. Derman | .50 | 262.50 | Exchanged ideas with team and prepared strategy and forward plan |
| 09/17/06 | A. Derman | 1.00 | 525.00 | Reviewed and edited pleadings, discussions with team and prepared strategy and forward plan |

2

| | | | | |
|---|---|---|---|---|
| 09/18/06 | W. Katz | 3.30 | 1,485.00 | E-mails and conferences regarding supplemental brief; review and revise brief |
| 09/18/06 | A. Derman | 1.00 | 525.00 | Reviewed draft pleadings, discussions with team and prepared strategy and forward plan |
| 09/19/06 | A. Derman | 1.00 | 525.00 | Reviewed draft pleadings, discussions with team and prepared strategy and forward plan |
| 09/20/06 | A. Derman | 1.00 | 525.00 | Discussions with team and prepared strategy and forward plan |
| 09/21/06 | A. Derman | 2.50 | 1,312.50 | Researched potential expert witnesses, discussions with team and prepare strategy and forward plan |
| 09/22/06 | A. Derman | 2.50 | 1,312.50 | Researched potential expert witnesses, discussions with team and prepared strategy and forward plan |
| 09/25/06 | A. Derman | 1.00 | 525.00 | Reviewed draft pleadings, exchanged notes with team and prepare strategy |
| 09/26/06 | A. Derman | 1.50 | 787.50 | Discussions with team and prepared strategy and forward plan |
| 09/26/06 | A. Melsheimer | .50 | 140.00 | Analyze and review emails from A. Derman regarding Delaware matter and expert location |
| 09/27/06 | W. Katz | .50 | 225.00 | E-mails regarding Delaware briefs and filings; review filings; conference with A. Derman regarding experts and strategy |
| 09/27/06 | A. Derman | 1.00 | 525.00 | Researched expert witness, discussions with team and prepared strategy and forward plan |
| 09/28/06 | A. Derman | 1.50 | 787.50 | Shared communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 09/29/06 | A. Derman | 1.00 | 525.00 | Communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/01/06 | A. Derman | .50 | 262.50 | Prepared strategy and forward plan |
| 10/02/06 | A. Derman | 1.00 | 525.00 | Communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/03/06 | A. Derman | 1.50 | 787.50 | Exchanged ideas with team, focused on expert witnesses and prepared strategy and forward plan |

3

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 10/04/06 | A. Derman | 1.50 | 787.50 | Communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/05/06 | A. Derman | 1.00 | 525.00 | Communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/06/06 | A. Derman | 1.00 | 525.00 | Communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/09/26 | A. Derman | 1.00 | 525.00 | Communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/10/06 | A. Derman | 1.00 | 525.00 | Exchanged ideas with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/11/06 | A. Derman | 2.00 | 1,050.00 | Communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/12/06 | A. Derman | 1.00 | 525.00 | Communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/13/06 | A. Derman | 1.50 | 787.50 | Exchanged communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/16/06 | A. Derman | .50 | 262.50 | Exchanged communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/17/06 | A. Derman | .50 | 262.50 | Exchanged communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/18/06 | A. Derman | 1.00 | 525.00 | Exchanged ideas with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/19/06 | A. Derman | 1.00 | 525.00 | Reviewed briefing, exchanged communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/20/06 | A. Derman | 1.00 | 525.00 | Focused on expert witnesses and prepared strategy and forward plan |
| 10/22/06 | W. Katz | .50 | 225.00 | Telephone call from G. Lipe regarding scheduling conferences |
| 10/23/06 | W. Katz | .80 | 360.00 | E-mails and telephone calls regarding scheduling conference and status |
| 10/23/06 | A. Derman | 1.50 | 787.50 | Exchanged communications with team, focused on expert witnesses and prepared strategy and forward plan |

4

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/24/06 | A. Derman | 2.50 | 1,312.50 | Exchanged communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/25/06 | A. Derman | 1.50 | 787.50 | Exchanged communications with team, reviewed case law, focused on expert witnesses and prepared strategy and forward plan |
| 10/26/06 | A. Derman | 2.00 | 1,050.00 | Exchanged communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/27/06 | A. Derman | .50 | 262.50 | Exchanged communications with team, focused on expert witnesses and prepared strategy and forward plan |
| 10/27/06 | W. Katz | .50 | 225.00 | E-mails regarding [pending motions] |
| 10/30/06 | A. Derman | 1.00 | 525.00 | Considered pleadings, exchanged communications with team, worked with expert witnesses and prepared strategy and forward plan |
| 10/31/06 | A. Derman | 2.00 | 1,050.00 | Considered pleadings, exchanged communications with team, worked with expert witnesses and prepared strategy and forward plan |
| 11/01/06 | A. Derman | 1.50 | 787.50 | Exchanged communications with team, worded on expert witnesses and prepared strategy and forward plan |
| 11/01/06 | W. Katz | 1.30 | 585.00 | Conference call with R. Fox regarding discovery and depositions and experts |
| 11/02/06 | W. Katz | .50 | 225.00 | E-mails regarding expert witness and meeting in DC |
| 11/02/06 | A. Derman | 1.00 | 525.00 | Exchanged thoughts with team, worked on expert witnesses and prepared strategy and forward plan |
| 11/03/06 | A. Derman | .50 | 262.50 | Exchanged thoughts with team, worked on expert witnesses and prepared strategy and forward plan |
| 11/04/06 | A. Derman | 1.00 | 525.00 | Reviewed materials for depositions preparation and prepared strategy and forward plan |
| 11/05/06 | A. Derman | .50 | 262.50 | Exchanged thoughts with team, worked with expert witnesses and prepared strategy and forward plan |
| 11/06/06 | A. Derman | .50 | 262.50 | Exchanged thoughts with team, worked with expert witnesses and prepared strategy and forward plan |
| 11/06/06 | W. Katz | .50 | 225.00 | E-mails regarding experts |

| | | | | |
|---|---|---|---|---|
| 11/07/06 | W. Katz | 2.00 | 900.00 | E-mails and conferences regarding experts; review, analyze, and prepare discovery responses |
| 11/07/06 | A. Derman | 1.00 | 525.00 | Exchanged thoughts with team, worked with expert witnesses and prepared strategy and forward plan |
| 11/08/06 | A. Derman | .50 | 262.50 | Exchanged thoughts with team, worked with expert witnesses and prepared strategy and forward plan |
| 11/09/06 | A. Derman | 1.00 | 525.00 | Exchanged thoughts with team, worked with expert witnesses and prepared strategy and forward plan |
| 11/09/06 | W. Katz | 1.00 | 450.00 | Prepare discovery |
| 11/10/06 | W. Katz | .50 | 225.00 | E-mails regarding discovery; review same |
| 11/10/06 | A. Derman | 1.00 | 525.00 | Exchanged thoughts with team, worked with expert witnesses and prepared strategy and forward plan |
| 11/11/06 | A. Derman | .50 | 262.50 | Shared thoughts with team, worked with expert witnesses and prepared strategy and forward plan |
| 11/12/06 | A. Derman | .50 | 262.50 | Prepared strategy and forward plan |
| 11/13/06 | A. Derman | 1.00 | 525.00 | Focused on expert witness, prepared strategy and forward plan |
| 11/14/06 | A. Derman | .50 | 262.50 | Focused on strategy and forward plan |
| 11/15/06 | A. Derman | .50 | 262.50 | Coordinate strategy |
| 11/16/06 | A. Derman | 1.50 | 787.50 | Focused on expert witness, prepared strategy and forward plan |
| 11/16/06 | A. Melsheimer | 1.00 | 280.00 | Analyze and review emails from A. Derman and D. Keauper; prepare letter to State Department requesting permission to use D. Keauper as an expert witness |
| 11/16/06 | W. Katz | .90 | 405.00 | E-mails regarding expert issues; prepare letter to State Department; review pleadings |
| 11/17/06 | A. Derman | 1.00 | 525.00 | Considered draft pleadings, focused on expert witness, prepared strategy and forward plan |
| 11/18/06 | W. Katz | 2.00 | 900.00 | Review and analyze materials; prepare for meeting with potential expert |

6

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 11/20/06 | W. Katz | .50 | 225.00 | E-mails and conferences regarding expert meeting |
| 11/20/06 | A. Derman | 4.00 | 2,100.00 | Prepared to visit with expert witness (Ambassador Kaeuper); flew to Washington, DC; prepared strategy and forward plan |
| 11/21/06 | W. Katz | 5.00 | 2,250.00 | Prepare for and meet with potential expert; conferences regarding same |
| 11/21/06 | A. Derman | 6.00 | 3,150.00 | Prepared for and participated in meeting with Ambassador Kaeuper in Washington, DC; prepared strategy and forward plan; return to Dallas |
| 11/22/06 | A. Derman | 2.00 | 1,050.00 | Reviewed materials for possible deposition of R. Fox on November 20 |
| 11/23/06 | A. Derman | 1.00 | 525.00 | Reviewed exchange of communications and pleadings; focused on R. Fox deposition; prepared strategy and forward plan |
| 11/24/06 | A. Derman | 1.00 | 525.00 | Reviewed pleadings, prepared for London deposition of R. Fox; prepared strategy and forward plan |
| 11/24/06 | W. Katz | .50 | 225.00 | E-mails regarding deposition; review topics for corporate representative |
| 11/25/06 | A. Derman | 1.00 | 525.00 | Prepared for R. Fox deposition |
| 11/26/06 | A. Derman | 1.00 | 525.00 | Reviewed pleadings |
| 11/27/06 | A. Derman | 3.00 | 1,575.00 | Prepared for R. Fox deposition; prepared strategy and forward plan |
| 11/28/06 | A. Derman | 5.00 | 2,625.00 | Prepared for R. Fox deposition; prepared strategy and forward plan; flew to London |
| 11/29/06 | A. Derman | 6.00 | 3,150.00 | Assisted in the preparation of R. Fox in London; prepared strategy and forward plan |
| 11/30/06 | A. Derman | 8.00 | 4,200.00 | Attended R. Fox deposition |
| 11/30/06 | A. Melsheimer | 1.00 | 280.00 | Analyze and review email from A. Derman regarding second letter to G. Taft; review code of federal regulations regarding special requirements to use government employee as an expert in litigation; prepare second letter to G. Taft; emails with B. Katz regarding same |
| 11/30/06 | W. Katz | .80 | 360.00 | Conferences and e-mails regarding deposition and expert issues; prepare letter to State Department |

| 12/01/06 | A. Derman | 6.00 | 3,150.00 | Exchanged communications with G. Taft regarding clearance for Ambassador Kaeuper to testify as an expert witness; reviewed relevant CFR regulations; prepared and disseminated letter in support of the granting of Ambassador Kaeuper clearance to testify; reviewed pleadings; prepared strategy and forward plan |
| 12/01/06 | A. Melsheimer | .50 | 140.00 | Revise and edit letter to G. Taft; prepare same for delivery to G. Taft |
| 12/01/06 | W. Katz | 1.50 | 675.00 | Telephone calls, e-mails, and internal conferences with A. Derman, A. Melsheimer, G. Lipe and potential expert; prepare letter to State Department regarding potential expert |
| 12/02/06 | A. Derman | .50 | 262.50 | Reviewed pleadings; prepared strategy and forward plan |
| 12/04/06 | A. Derman | 1.00 | 525.00 | [Review] expert witness report; focused on strategy and forward plan |
| 12/05/06 | W. Katz | 4.00 | 1,800.00 | Conference call with G. Lipe and D. Keauper |
| 12/05/06 | A. Melsheimer | .50 | 140.00 | Emails with A. Derman regarding Ambassador Keauper; telephone call with G. Taft requesting status report of approval |
| 12/05/06 | A. Derman | 1.00 | 525.00 | [Reviewed] expert witness report; focused on strategy and forward plan |
| 12/06/06 | A. Melsheimer | .50 | 140.00 | Confer with G. Taft of State Department regarding ability of Ambassador Keauper to testify as an expert |
| 12/07/06 | A. Derman | 1.00 | 525.00 | [Reviewed] expert witness report; focused on strategy and forward plan |
| 12/07/06 | A. Melsheimer | 1.00 | 280.00 | Telephone calls, emails and letter to G. Taft requesting information regarding approval of D. Keauper |
| 12/07/06 | W. Katz | 1.00 | 450.00 | Review report; e-mails regarding State Department |
| 12/08/06 | A. Melsheimer | .50 | 140.00 | Telephone calls and emails with G. Taft regarding approval of D. Kaeuper as an expert; receive and forward fax from G. Taft approving D. Kaeuper as expert |
| 12/08/06 | W. Katz | .50 | 225.00 | E-mails regarding expert issues and discovery |
| 12/08/06 | A. Derman | 1.00 | 525.00 | Reviewed pleadings; [reviewed] expert witness report; focused on strategy and forward plan |
| 12/09/06 | A. Derman | 1.00 | 525.00 | Reviewed draft pleadings; [reviewed] expert witness report; focused on strategy and forward plan |

8

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/10/06 | A. Derman | 1.00 | 525.00 | Reviewed document and pleadings; [reviewed] expert witness report; focused on strategy and forward plan |
| 12/11/06 | A. Melsheimer | .50 | 140.00 | Gather correspondence with State Department for discovery |
| 12/11/06 | W. Katz | .50 | 225.00 | E-mails regarding expert report and production of related documents |
| 12/11/06 | A. Derman | 3.50 | 1,837.50 | Reviewed and edited draft pleadings; focused on strategy and forward plan |
| 12/12/06 | A. Derman | 1.50 | 787.50 | Reviewed and edited draft pleadings; focused on strategy and forward plan |
| 12/12/06 | W. Katz | .50 | 225.00 | E-mails regarding expert report; review and comments on pleadings |
| 12/13/06 | A. Derman | 1.00 | 525.00 | Reviewed draft pleadings; focused on strategy and forward plan |
| 12/14/06 | A. Derman | 1.50 | 787.50 | Reviewed expert witness report; draft pleadings; focused on strategy and forward plan |
| 12/15/06 | A. Derman | 1.00 | 525.00 | Reviewed draft pleadings; focused on strategy and forward plan |
| 12/15/06 | W. Katz | .50 | 225.00 | E-mails and analysis of expert issues |
| 12/15/06 | A. Melsheimer | .50 | 140.00 | Review files for documents for A. Derman |
| 12/16/06 | A. Derman | 1.00 | 525.00 | Focused on strategy and forward plan |
| 12/17/06 | A. Derman | 1.00 | 525.00 | Reviewed pleadings; focused on strategy and forward plan |
| 12/18/06 | W. Katz | .50 | 225.00 | E-mails and correspondence regarding expert issues and motion for leave |
| 12/20/06 | A. Derman | 1.50 | 787.50 | Reviewed pleadings; exchanged notes with team and focused on strategy and forward plan |
| 12/21/06 | A. Derman | 1.50 | 787.50 | Reviewed pleadings and focused on strategy and forward plan |
| 12/22/06 | A. Derman | 1.00 | 525.00 | Reviewed new pleadings; focused on strategy and forward plan |
| 12/23/06 | A. Derman | 1.00 | 525.00 | Reviewed new pleadings; focused on strategy and forward plan |
| 12/26/06 | W. Katz | .50 | 225.00 | Review and analyze expert reports and related issues |
| 12/27/06 | A. Derman | 1.00 | 525.00 | Prepared for depositions; focused on strategy and forward plan |

9

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/28/06 | A. Derman | 1.00 | 525.00 | Prepared for deposition; focused on strategy and forward plan |
| 01/01/07 | A. Derman | 1.00 | 565.00 | Reviewed pleadings; focused on strategy and forward plan |
| 01/02/07 | A. Derman | 2.00 | 1,130.00 | Reviewed draft pleadings; focused on strategy and forward plan |
| 01/03/07 | A. Derman | 1.50 | 847.50 | Reviewed and commented on pleadings; focused on strategy and forward plan |
| 01/04/07 | A. Derman | 1.00 | 565.00 | Reviewed pleadings, exchanged notes and conversations with team; focused on strategy and forward plan |
| 01/04/07 | W. Katz | .50 | 242.50 | E-mails regarding motions and amended pleadings; review same |
| 01/05/07 | A. Derman | 2.00 | 1,130.00 | Reviewed pleadings, exchanged notes and conversations with team; prepared for upcoming depositions; focused on strategy and forward plan |
| 01/06/07 | A. Derman | 1.00 | 565.00 | Reviewed pleadings; focused on strategy and forward plan |
| 01/07/07 | A. Derman | 1.00 | 565.00 | Reviewed pleadings; prepared for depositions; focused on strategy and forward plan |
| 01/08/07 | W. Katz | .50 | 242.50 | E-mails regarding discovery and injunctive issues; review correspondence |
| 01/08/07 | A. Derman | 1.00 | 565.00 | Reviewed pleadings; focused on strategy and forward plan |
| 01/09/07 | A. Derman | 2.00 | 1,130.00 | Reviewed pleadings; prepared for depositions; focused on strategy and forward plan |
| 01/09/07 | W. Katz | .50 | 242.50 | Review correspondence and memorandum regarding discovery issues |
| 01/10/07 | A. Derman | 1.50 | 847.50 | Reviewed pleadings; prepared for depositions; focused on strategy and forward plan |
| 01/11/07 | A. Derman | 3.00 | 1,695.00 | Reviewed pleadings; prepared for depositions; focused on strategy and forward plan |
| 01/11/07 | W. Katz | 1.00 | 485.00 | Review and analyze emergency pleadings; e-mails regarding same |
| 01/12/07 | W. Katz | .50 | 242.50 | Review pleadings regarding emergency relief, e-mails regarding same |
| 01/12/07 | A. Derman | 3.00 | 1,695.00 | Reviewed pleadings; prepared for depositions and hearings; focused on strategy and forward plan |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 01/13/07 | A. Derman | 3.50 | 1,977.50 | Reviewed pleadings; prepared for depositions and hearings; focused on strategy and forward plan |
| 01/14/07 | A. Derman | 2.00 | 1,130.00 | Prepared for hearings, reviewed pleadings, focused on strategy and forward plan |
| 01/14/07 | W. Katz | .60 | 291.00 | Review and analyze motions for garnishment, sequestration, contempt, and injunctive relief |
| 01/15/07 | W. Katz | .50 | 242.50 | E-mails regarding depositions |
| 01/15/07 | A. Derman | 3.00 | 1,695.00 | Reviewed pleadings, prepared for depositions and hearings, focused on strategy and forward plan |
| 01/16/07 | A. Derman | 5.50 | 3,107.50 | Prepare for hearings, reviewed pleadings, focused on strategy and forward plan |
| 01/17/07 | A. Derman | 7.00 | 3,955.00 | Prepared for hearings, reviewed pleadings, focused on strategy and forward plan; traveled to Delaware |
| 01/18/07 | A. Derman | 8.00 | 4,520.00 | Participated in hearings in Wilmington, Delaware; returned to Dallas |
| 01/19/07 | A. Derman | 1.50 | 847.50 | Exchanges notes with team regarding briefing schedule; focused on strategy and forward plan |
| 01/21/07 | A. Derman | .50 | 282.50 | Exchanged notes with team; focused on strategy and forward plan |
| 01/22/07 | A. Derman | 3.00 | 1,695.00 | Reviewed and edited draft pleadings, focused on strategy and forward plan |
| 01/23/07 | A. Derman | 3.50 | 1,977.50 | Reviewed draft pleadings, focused on strategy and forward plan |
| 01/24/07 | A. Derman | 3.00 | 1,695.00 | Reviewed draft brief, focused on strategy and forward plan |
| 01/25/07 | A. Derman | 2.50 | 1,412.50 | Reviewed and edited briefs, focused on strategy and forward plan |
| 01/26/07 | A. Derman | 1.50 | 847.50 | Reviewed pleadings, focused on strategy and forward plan |
| 01/29/07 | A. Derman | 1.50 | 847.50 | Reviewed pleadings, focused on strategy and forward plan |
| 01/30/07 | A. Derman | 1.50 | 847.50 | Reviewed pleadings, focused on strategy and forward plan |
| 01/31/07 | A. Derman | 1.50 | 847.50 | Reviewed pleadings, focused on strategy and forward plan |
| 02/01/07 | A. Derman | 1.00 | 565.00 | Reviewed pleadings, focused on strategy and forward plan |

11

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 02/08/07 | A. Derman | 2.00 | 1,130.00 | Reviewed orders and pleadings; focused on strategy and forward plans |
| 02/09/07 | A. Derman | 1.50 | 847.50 | Reviewed orders and pleadings; focused on strategy and forward plans |
| 02/10/07 | A. Derman | .50 | 282.50 | Reviewed orders and pleadings; exchanged notes with team |
| 02/13/07 | A. Derman | 1.00 | 565.00 | Reviewed case law, orders and pleadings; focused on strategy and forward plan |
| 02/14/07 | A. Derman | 1.00 | 565.00 | Reviewed orders and pleadings; focused on strategy and forward plan |
| 02/15/07 | A. Derman | 2.00 | 1,130.00 | Reviewed case law, orders and pleadings; focused on strategy and forward plan |
| 02/18/07 | A. Derman | 2.50 | 1,412.50 | Edited and disseminated comments to draft motion; exchanged notes with team |
| 02/20/07 | A. Derman | 2.00 | 1,130.00 | Reviewed reply brief; exchanged notes with team |
| 02/21/07 | A. Derman | 1.00 | 565.00 | Focused on motion to recover attorneys' fees; discussions with team |
| 02/26/07 | A. Derman | .50 | 282.50 | Discussion with G. Lipe regarding Af-Cap withdrawal; considered implications |
| 02/27/07 | A. Derman | .50 | 282.50 | Discussion with R. Fox regarding Af-Cap withdrawal; focused on forward plan |
| 02/28/07 | A. Derman | .50 | 282.50 | Reviewed draft stipulation of dismissal and draft response |
| 03/01/07 | A. Derman | .50 | 282.50 | Reviewed case law on recovery of attorney's fees |
| 03/05/07 | A. Derman | 1.50 | 847.50 | Reviewed and commented on draft pleadings |
| 03/07/07 | A. Derman | 1.00 | 565.00 | Focused on dismissal and attorneys' fees |
| 03/08/07 | A. Derman | 1.00 | 565.00 | Focused on dismissal and attorneys' fees |
| 03/09/07 | A. Melsheimer | .20 | 66.00 | Emails with J. Powers regarding pending motions and status of case |
| 03/09/07 | A. Derman | .50 | 282.50 | Focused on dismissal and attorneys' fees |
| 03/12/07 | A. Derman | 1.50 | 847.50 | Reviewed pleadings and case law |
| 03/13/07 | A. Melsheimer | 1.00 | 330.00 | Prepare affidavit and supporting documents for motion for attorneys' fees |
| 03/15/07 | A. Derman | 1.00 | 565.00 | Reviewed pleadings and communications related to withdrawal and attorneys' fees |

12

| 03/20/07 | W. Katz | 1.50 | 727.50 | Prepare application for attorneys' fees and costs; emails and conferences regarding same |
| 03/21/07 | W. Katz | 1.00 | 485.00 | Prepare fee application |
| | **TOTALS** | 278.10 | $145,132.00 | |

13

# EXHIBIT 2

## CMS Nomeco's Attorneys' Disbursements and Expenses in Case No. 05-726-SLR

| Date | Name | Amount | Description |
|------|------|--------|-------------|
| 01/31/06 | | 11.40 | Copy charges |
| 01/31/06 | | 225.00 | Electronic Research |
| 01/31/06 | | 4.75 | Printing Costs |
| 11/29/06 | William Katz | 21.90 | Other Charges: Travel to Washington, DC |
| 11/29/06 | William Katz | 1,178.86 | Travel: Travel to Washington, DC |
| 12/06/06 | Andrew Derman | 3,125.50 | Travel: Trip to London to meet with CMS Nomeco |
| 11/20/06 | Andrew Derman | 862.21 | Travel: Trip to Washington, DC for meeting with expert |
| 11/28/06 | Andrew Derman | 196.00 | Travel: Taxi's and trains on trip to London to meet with CMS Nomeco-Delaware |
| 11/28/06 | | 383.00 | Travel |
| 01/17/07 | Andrew Derman | 1,598.70 | Travel: Trip to Delaware to attend court hearing – CMS Nomeco |
| **TOTAL** | | $7,607.32 | |