IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-762 SLR |
| THE REPUBLIC OF CONGO, | ) ) | |
| Defendant; | ) ) | |
| CMS NOMECO CONGO INC., | ) ) | |
| Garnishee. | ) | |

**GARNISHEE CMS NOMECO'S MOTION FOR
<u>ORDER AWARDING ATTORNEY'S FEES AND OTHER COSTS</u>**

Garnishee CMS Nomeco Congo Inc. ("CMS Nomeco") hereby moves for an Order Awarding Attorney's Fees and Other Costs.

For the reasons set out in the accompanying Opening Brief and in the supporting declarations and exhibits thereto, CMS Nomeco requests that the Court order Plaintiff Af-Cap to pay to CMS Nomeco the sum of $495,995.75 in attorney's fees incurred to date (the total of the fees referenced in the Lipe, Katz, and Grant Declarations attached hereto), the sum of $28,920.97 in expenses incurred to date, additional fees and expenses that may be incurred by CMS Nomeco in litigating its entitlement to fees and expenses (as may be shown in a supplemental application to be filed with the Court), and a conditional award of attorney's fees and expenses in the event of an unsuccessful appeal of the fee award, in the amount of $50,000.  CMS Nomeco also requests such other relief to which it may be entitled.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | /s/ M. Duncan Grant |
| | M. Duncan Grant (Del. Bar No. 2994) |
| Guy S. Lipe | James C. Carignan (Del. Bar No. 4230) |
| Jason M. Powers | PEPPER HAMILTON LLP |
| VINSON & ELKINS L.L.P. | Hercules Plaza, Suite 5100 |
| First City Tower | 1313 N. Market Street |
| 1001 Fannin Street, Suite 2300 | P.O. Box 1709 |
| Houston, TX 77002-6760 | Wilmington, DE 19899-1709 |
| (713) 758-2222 | (302) 777-6500 |
| | |
| Dated: March 23, 2007 | Attorneys for Garnishee CMS Nomeco Congo Inc. |