# EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the **Notice of Suit, Affidavit for Conversion of Foreign Judgment to Delaware Judgment, Form of Recordation of Assigned Delaware Judgment Number, Notice of Motion for Order Directing Clerk to Issue Writ of Garnishment, Motion for Order Directing Clerk to Issue Writ of Garnishment** and **[proposed] Order Directing Clerk to Issue Writ of Garnishment,** and **Writ of Garnishment** was served on the 30th day of August, 2005 on the following in the manner indicated below:

| | |
|---|---|
| Directeur General de la Caisse Congolaise d'Amortissement<br>BP 2090<br>Brazzaville, Congo | Republic of the Congo<br>c/o Head of the Ministry of Foreign Affairs<br>Rodolphe Adada<br>BP 98<br>Brazzaville, Congo |
| Registered Mail RB 669332499 US<br>Return Receipt Requested | Registered Mail RB 669332508 US<br>Return Receipt Requested |
| Minstre de l'Economie, des Finances et du Budget<br>Centre Administratiff, Quartier Plateau<br>BP 2093<br>Brazzaville, Congo | United States Corporation Company<br>(Registered Agent for Republic of Congo)<br>1133 Avenue of the Americas, Suite 3100<br>New York, New York 10036 |
| Registered Mail RB 669332542 US<br>Return Receipt Requested | Certified Mail<br>7001670001161805014<br>Return Receipt Requested |

Mr. Boaz S. Morag
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, New York  10006

Certified Mail  70001670001161805021
Return Receipt Requested

_____
Paul D. Brown (#3903)

DEL-FS1\148009v01

AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE    }
                     } ss.
COUNTY OF NEW CASTLE }

I, Joseph Saienni, of the State of Delaware, County of New Castle, being duly sworn, says that on the 31st day of August, 2005, at 12:20 p.m., I personally served a copy of a NOTICE OF SUIT, AFFIDAVIT FOR CONVERSION FOR FOREIGN JUDGEMENT TO DELAWARE JUDGEMENT, FORM FOR RECORDATION OF ASSIGNED DELAWARE JUDGEMENT NUMBER, NOTICE OF MOTION FOR ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT, MOTION FOR ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT, ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT & WRIT OF GARNISHMENT on **CMS NOMECO CONGO, INC.**, by serving its registered agent, The Corporation Trust Company, at 1209 Orange Street, Wilmington, DE 19801.

Name of individual personally served: Brian Penrod.

*Joseph J. Saienni III* (signature)

Subscribed and sworn before me
This 31st day of August, 2005.

*(signature)*
Notary Public

My commission expires: _____
CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 24, 2007