<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 19, 2007, the foregoing Reply Brief in Support of Motion for Order Awarding Attorneys' Fees and Other Costs was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

> Dennis A. Meloro, Esq.
> Greenberg Traurig, LLP
> The Nemours Building
> 1007 North Orange Street, Suite 1200
> Wilmington, DE 19801

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
