IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONNECTICUT BANK OF COMMERCE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-762-SLR ) |
| REPUBLIC OF CONGO, | ) ) |
| Defendant, | ) ) |
| CMS NOMECO CONGO INC., | ) ) |
| Garnishee. | ) |

**ORDER**

At Wilmington this 27th day of September, 2007, having reviewed the docket and the procedural posture of the above referenced garnishment action;

IT IS ORDERED that the cross motions for judgment on the pleadings (D.I. 90, 96) are denied as moot, in light of plaintiff's notice of voluntary dismissal (D.I. 102), which notice is based on settlement of the underlying litigation between plaintiff and judgment defendant (D.I. 103).

IT IS FURTHER ORDERED, however, that the court retains jurisdiction to determine the motion for attorney fees and other costs (D.I. 107) filed by garnishee CMS Nomeco Congo Inc., said motion to be resolved in due course.

_____
United States District Judge